# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

BPI SPORTS, LLC,

    Plaintiff,

vs.

THERMOLIFE INTERNATIONAL, LLC and RONALD L. KRAMER,

    Defendants.

CASE NO.: 0:19-cv-60505-SMITH

## JOINT MOTION FOR EXTENSION OF ALL DEADLINES AND NEW TRIAL DATE

The Parties, Plaintiff, BPI Sports, LLC and Defendants, ThermoLife International, LLC and Ronald L. Kramer (collectively, "Parties"), hereby jointly request a ninety (90) day extension of all deadlines set forth in the Court's Order Setting Civil Trial Dates, Pretrial Deadlines, and Referral to Magistrate Judge ("Order") [D.E. 38], and a new trial date, and in support thereof, respectfully state as follows.

1. The Court's Order sets forth the applicable deadlines for the remainder of this case.

2. As reflected therein, significant actions must be taken by the Parties to meet the deadlines in the April–June time-frame and fact and expert discovery are set to close in early July.

3. The Parties do not believe it is either prudent or possible to maintain the current schedule given the issues surrounding coronavirus (COVID-19). As the Court is acutely aware, the present conditions require extensive social distancing, businesses are under enormous strain to maintain operations and many employees are not working in their typical places of employment. The Parties expect the Court itself (and court staff) are under similar pressures and have been required to make changes to normal schedules and protocols for the sake of safety and otherwise.

4. In order for the Parties to meet the deadlines under the current schedule, several

individuals, including attorneys, staff, witnesses, experts, reporters and third parties, will be required to engage in activities that may be prohibited or increase infection to themselves or others, including in-person meetings, extensive air travel, depositions, court appearances, etc. Certain discovery in this case has been held in abeyance or substantially modified in view of the potential risks and the Parties believe this will be necessary with increasing frequency moving forward.

5. Accordingly, on March 16, 2020, the Parties met and conferred to discuss what were perceived to be the necessary adjustments to the Court's schedule in view of the foregoing.

6. Under the circumstances, the Parties respectfully propose and move for a ninety (90) day extension of all deadlines in the Court's Order and for a new trial date. The Parties will inform the Court if it is believed that further adjustments are necessary.

7. Thus, the Parties believe there is good cause for the requested extension and new trial date, which are not being sought for purposes of delay or any other improper purpose.

8. A proposed order granting the Motion is submitted for the Court's convenience.

Respectfully submitted,

Dated this 17th day of March, 2020.

KRINZMAN, HUSS & LUBETSKY
FELDMAN & HOTTE
Cary A. Lubetsky
Florida Bar No. 961360
Salvatore H. Fasulo
Florida Bar No. 143952

800 Brickell Avenue, Suite 1501
Miami, Florida 33131
Telephone:  (305) 854-9700
Facsimile:  (305) 854-0508
Primary email:   cal@khllaw.com
                 shf@khllaw.com
Secondary email: eservicemia@khllaw.com


HILLYER LEGAL, PLLC

*s/ Gregory L. Hillyer*
Gregory L. Hillyer
Fla. Bar No. 682489
Email: ghillyer@hillyerlegal.com
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20015-2052
Telephone: 202-686-2884
Facsimile: 202-686-2877

*Attorneys for Plaintiff*

Edward M. Mullins (FBN 863920)
Ana M. Barton (FBN 85721)
Reed Smith LLP
1001 Brickell Bay Drive
9th Floor
Miami, FL 33131
Telephone: 786-747-0200
Facsimile: 786-747-0299
Email: emullins@reedsmith.com
Email: abarton@reedsmith.com

and

KERCSMAR & FELTUS PLLC

s/ Gregory B. Collins
Gregory B. Collins
E-mail: gbc@kflawaz.com
7150 E. Camelback Road
Suite 285
Scottsdale, AZ 85251
Telephone: (480) 421-1001

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Joint Motion for Extension of All Deadlines and New Trial Date was filed via CM/ECF on March 17, 2020 and served on counsel of record.

s/ Gregory L. Hillyer