IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| BPI SPORTS, LLC,<br><br>    Plaintiff,<br>vs.<br><br>THERMOLIFE INTERNATIONAL, LLC,<br>and RONALD L. KRAMER,<br><br>    Defendants. | CASE NO. 0:19-cv-60505-RS |

**JOINT MOTION FOR EXTENSION OF TIME TO COMPLY WITH ORDER [DE 72]**

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff BPI Sports, LLC ("Plaintiff") and Defendants ThermoLife International, LLC and Ronald L. Kramer (together, "Defendants") respectfully request a one-day enlargement of time, up to and including April 27, 2020, to comply with this Court's April 20, 2020 order [DE 72] requiring the parties to file a joint status report on the issues raised in Plaintiff's Motion to Compel by April 24, 2020. In support of this joint motion, the parties state:

1.  On April 20, 2020, the Court entered an order permitting Defendants to supplement their opposition to Plaintiff's Motion to Compel, and requiring the parties to further confer on the issues raised in the Motion to Compel and file a joint status report by April 24, 2020. *See* DE 72.

2.  The parties engaged in a good faith conferral by telephone on April 22, 2020, and have agreed to continue conferring and to exchange drafts of the joint status report to the Court by April 23, 2020.

3.  Prior to the Court's Order, however, the deposition of Plaintiff's corporate representative was scheduled for April 24, 2020. That deposition is expected to last the majority of the day.

4.      Given that the parties are focused on deposition preparation and the taking of the deposition on April 24, 2020, they seek a one-day enlargement to Monday, April 27, 2020 to finalize and file the joint status report requested by the Court.

5.      "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) . . . if a request is made, before the original time . . . expires." Fed. R. Civ. P. 6(b)(1).

6.      The conflict of Plaintiff's corporate representative deposition on April 24, 2020—the same day as the deadline for the joint status report—is good cause for granting the requested brief enlargement of time.

WHEREFORE, the parties jointly and respectfully request that the Court enlarge the time within which to file a joint status report on the issues pending in Plaintiff's Motion to Compel be extended by one day to April 27, 2020.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(3)

In accordance with Local Rule 7.1(a)(3), the parties certify that this is a joint motion and are in agreement with the relief requested.

RESPECTFULLY SUBMITTED on this 23rd day of April, 2020.

| | |
|---|---|
| By: *Gregory L. Hillyer* | By: *Ana M. Barton* |
| Gregory L. Hillyer (FBN 682489) | Edward M. Mullins (FBN 863920) |
| HILLYER LEGAL, PLLC | Ana M. Barton (FBN 85721) |
| 5335 Wisconsin Avenue, N.W. | REED SMITH LLP |
| Suite 440 | 1001 Brickell Bay Drive |
| Washington, D.C. 200015-2052 | Miami, FL 33131 |
| 202-686-2884 | 786-747-0200 |
| Fax: 202-686-2877 | Fax: 786-747-0299 |
| Email: ghillyer@hillyerlegal.com | Email: emullins@reedsmith.com |
| | Email: abarton@reedsmith.com |
| | |
| And | And |

| | |
|---|---|
| Cary A. Lubetsky<br>Salvatore H. Fasulo<br>KRINZMAN HUSS & LUBETSKY<br>FELDMAN & HOTTE<br>800 Brickell Avenue<br>Suite 1501<br>Miami, FL 33131<br>Telephone: 305-854-9700<br>*Attorneys for Plaintiff* | Gregory B. Collins (admitted PHV)<br>KERCSMAR & FELTUS PLLC<br>E-mail: gbc@kflawaz.com<br>7150 E. Camelback Road<br>Suite 285<br>Scottsdale, AZ 85251<br>Telephone: (480) 421-1001<br><br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 23, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record.

By:   *Ana M. Barton*_____
      Ana M. Barton