# EXHIBIT 9

DEREK ETTINGER

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
------------------------------------------X
BPI SPORTS, LLC

                    Plaintiff,

                        CASE NO. 0:19-cv-60505-SMITH

            v.

THERMOLIFE INTERNATIONAL, LLC, and

RONALD L. KRAMER,

                    Defendants.
------------------------------------------X


              VIDEOTAPED DEPOSITION

                via LIVE LITIGATION

                OF DEREK ETTINGER

                  Miami, Florida

               Friday, April 24, 2020


REPORTED BY:  BOBBIE ZELTMAN
              Professional Realtime Court Reporter


Job Number  179533



Page 42

DEREK ETTINGER

[REDACTED]

---

Page 43

DEREK ETTINGER

[REDACTED]

Q   How many employees does BPI have now, approximately?

A   We just let go of a lot yesterday. I would say the number would be about, right now, 43, but that probably also includes {inaudible} and the other one --

THE COURT REPORTER:  Listen, I'm losing this witness.  I can't hear.  I'm really getting, like, every third word.

MR. COLLINS:  Let me just say this.

We do have a video here, but we need to create a transcript after the fact.  We're all dealing with the problems of technology.  And I think we can do the best that we can do.  We can try to put the phone up to the ear, see

---

Page 44

DEREK ETTINGER

if that's helps.  But --

THE WITNESS:  Whatever you guys want.

MR. COLLINS:  Greg, are you okay with that?

MR. HILLYER:  I mean, let's -- you want to do like a test, just say something and let's see if it's better?

THE WITNESS:  Okay.  Is this better?

MR. COLLINS:  That's better.

THE WITNESS:  Okay.

MR. HILLYER:  And I think -- sorry to interject, and I think it's probably memorialized already, but just for purposes of the record, the reason the witness is the holding the phone to ear is to improve the quality of the audio, he's not a third-party call.

THE WITNESS:  It's a relatively old phone.

MR. COLLINS:  We're still

---

Page 45

DEREK ETTINGER

hearing everything.

BY MR. COLLINS:

Q   So you've got between 40 and 50 employees now, right?

A   I think -- like I said, I think it's closer to -- it's like 42, 43 and it's furloughed and we'll see where it is when we land back, but for now, today, not being back in the office, we're probably at 42, 43, with the hunch that we'll probably end up a little bit under 40, but not much when we get back.

Q   Okay.

And you described yourself as the chairman of the company?

A   Yeah.  I'm no longer CEO of the company.  There's somebody in there who runs the business full time.  I'm -- I try to be here with my kids.  And it's a good, fair trade-off for me at this point.

Q   Okay.

Who is the CEO of the company?

A   Chris MacKenzie.

Q   Do you supervise Mr. MacKenzie?

Page 46

DEREK ETTINGER

A     I definitely don't supervise him, but I definitely have oversight over him, if that makes sense.

Q     It does.

Does he report to you?

A     He checks in, but, you know, we'll have a talk every couple weeks or we'll sit down and we'll have lunch for an hour and a half or so. We'll go over everything, give me updates. And I've known him for nine years and, in fact, he worked with a company before me that went under with my fiance' at the time and he worked for free, he just loved the business so much, he would come in and offer to rep the company for free and so he was like Employee Number 1 or 2. Probably Number 2 for us.

Q     What company was that, the one that went under with your fiance'?

A     CMI Nutrition.

Q     Okay.

Are you still involved in the day-to-day business decisions of BPI?

A     Depends what it pertains to. If it

Page 47

DEREK ETTINGER

has to deal with the customer, no, I don't deal with the customers.

If it has to do with financials, yes, very into the financials.

Q     How about product offerings?

A     Probably not as much as I used to be.

Q     How about advertising?

A     Advertising is more of a process now. Specifically, we have a Marketing Department, albeit not as big as it used to be because, in fact, we don't have ads in magazines anymore. But then it has to go through the finance team in-house and it has to be verified by counsel or and/or scientific experts.

Q     Do you know somebody named Ali Jacob?

A     I do happen to know her, yes.

Q     Who is she?

A     She works in the office. She's probably our version of an analyst.

Q     A financial analyst?

A     No, not a financial analyst. More

Page 48

DEREK ETTINGER

or less she's really good in getting information together and supporting all the different departments in the office, so she's probably the person who's best to do that.

Q     Okay.

Who is in charge of financials at BPI?

A     Specifically, it would depend on what financials. I mean, that's a broad question.

I mean, are you asking who is in charge of spending money? Who is in charge of receiving money? Who is in charge of doing audits?

I mean, we have the CFO, but at the end of the day, I mean, different tasks fall in different places.

Q     Okay. Who is the CFO?

A     Noelia Mayer.

Q     Who is in charge of product formulation?

A     It's a committee of people.

Q     Are you involved in product

Page 49

DEREK ETTINGER

formulation?

A     Sometimes I give my input. I'm never shy to give my input.

Sometimes I don't. Sometimes it involves --

Q     In the past --

A     Go ahead.

I didn't mean to interrupt, so ahead.

A     I'm sorry. Go ahead.

THE REPORTER: Repeat your answer.

BY MR. COLLINS:

Q     Mr. Ettinger, you said, "Sometimes it involves" and then I think I went over the top of you.

What else were you going to say from then on, if you can continue?

A     I forgot it. Sorry.

Q     Okay.

There's a group of people that are in charge of product formulation at BPI, right?

A     Group of people, yes.

Q     You are one person that would be