UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:19-cv-60505-RS

**BPI SPORTS, LLC,**

       **Plaintiff,**

vs.

**THERMOLIFE INTERNATIONAL, LLC, and RONALD L. KRAMER,**

       **Defendants.**

**DEFENDANTS'** ***EXPEDITED*** **REQUEST FOR TELEPHONIC STATUS CONFERENCE TO DISCUSS MAINTAINING CURRENT PRETRIAL SCHEDULE**

Defendants ThermoLife International, LLC and Ron Kramer, along with recently added Defendant Muscle Beach Nutrition, LLC ("MBN")[1] (together "Defendants"), request that the Court set an expedited status conference. As this Court indicated it would enter an amended scheduling order that may be unnecessary, Defendants request a status conference before such an amended scheduling order is entered.

An expedited status conference is necessary in light of the Court's Order Granting Plaintiff BPI Sports, LLC ("BPI's") Motion for Leave to Amended Complaint (DE 91), the subsequent

---

[1] Defendant Muscle Beach Nutrition, LLC was served with the Secord Amended Complaint on June 9, 2020. It appears here through counsel, Mathew Wolf of Turner Friedman Morris & Cohan, LLP, located in Beverly Hills, California. Mr. Wolf previously represented MBN in responding to subpoenas that were served by BPI on its MBN seeking documents relevant to this proceeding. Mr. Wolf is making a limited appearance here before filing his *pro hac vice* simply to indicate that MBN consents to and accepts ThermoLife's proposal as discussed herein. Mr. Wolf has indicated that he will make himself available for a telephonic hearing on this matter and, if a *pro hac vice* is necessary for that appearance, Muscle Beach Nutrition, LLC will quickly retain local counsel.

filing of the Second Amended Complaint by BPI (DE 92) and ThermoLife's proposal herein to indemnify, defend, and hold harmless MBN along with ThermoLife's agreement to be held jointly and severally liable for any judgment against MBN in order to streamline this action including any remaining discovery and the issues for trial. While the Court's Order Granting BPI Leave to Amend contemplates the entry of an amended scheduling order after MBN appears (DE 91), Defendants contend that, with ThermoLife agreeing to stand behind any Judgment entered against MBN, additional time for discovery is not necessary and thus no changes are necessary to the scheduling order. Fact and expert discovery can conclude on July 8, 2020, as all parties have spent considerable time and resources adhering to this schedule and the matter can proceed to address dispositive motions, which are due on or before August 10, 2010. (DE 38.)

The Second Amended Complaint added to this case MBN, which sells and markets CRTN-3 (the only product that BPI alleges MBN has falsely advertised). (DE 92.) Other than adding MBN as a party, the Second Amended Complaint makes no substantive changes. The Second Amended Complaint does not add additional claims or even additional basis for liability against any party.[2] As BPI argued in seeking to amend its First Amended Complaint, the Second Amended Complaint reflects that "BPI is simply agreeing with Defendants that Muscle Beach Nutrition, LLC ("Muscle Beach Nutrition") shares joint liability and should be added as a party." (DE 74 at 2.) Accordingly, as far as BPI is concerned, the Second Amended Complaint does not raise any new grounds for liability; its was always BPI's position that ThermoLife was jointly and severally liable for MBN's conduct, even without MBN named as a Defendant. Consistent with BPI's

---

[2]   Defendants previously argued that the Second Amended Complaint added an alter ego claim, asserting that ThermoLife and MBN were alter egos of each other. With ThermoLife now willing to pay any judgment entered against MBN, in order to avoid protracting this case any longer, BPI's alter ego allegations are moot.

2

representation to the Court regarding the limited scope of its Second Amended Complaint, BPI's expert reports, served on April 8, 2020, identified and analyzed MBN's advertising and patent marking, seeking to hold ThermoLife liable for MBN's conduct.

Prior to filing of the Second Amended Complaint, BPI had served MBN with a subpoena, and MBN responded to that subpoena with documents showing that it had just $114,445.00 in sales of its CRTN-3 product, and just $48,864.84 in profit.[3] Relying on MBN's production of documents, BPI's liability and damages experts already have prepared both liability and damages opinions related to MBN's CRTN-3 sales. BPI's damages expert, John Plumpe, argues that MBN's liability here is equal to its total revenues on the CRTN-3 product. While Defendants contend that he is in error because MBN's liability is capped at its profit under 25 U.S.C. § 1117, even $114,443.00 in total sales revenue from all CRTN-3 products ever sold is a relatively small damages amount in controversy for a case that will require eight witnesses and four experts to testify at trial.

For this reason, in effort to streamline the issues for both discovery and trial, ThermoLife has determined that it will take responsibility for any judgment that is entered against MBN. ThermoLife has conferred with MBN, and MBN has agreed it will jointly and severally liable for any judgment entered here. ThermoLife is agreeing to be held jointly and severally liable here not as an admission of liability, but in recognition of the fact that re-starting discovery with MBN now in the case will result in the all parties incurring hundreds of thousands of dollars in attorneys' fees, on top of the hundreds of thousands of attorneys' fees that the parties already have incurred on claims that are worth, at best, $114,443.00.

---

[3]   It is believed that MBN actually made no profit on the sale of sale of CRTN-3. For purposes of this request, the $48,864.84 number that appears on the spreadsheet produced by MBN demonstrates the relative minimal dollar amount at issue here. MBN's President, Mr. Kramer, will testify at deposition that MBN has costs related to the marketing and sale of CRTN-3 in excess of $48,864.84.

To be clear, ThermoLife and Kramer will defend the veracity of their own advertising and patent marking and the veracity of MBN's advertising and patent marking. And, if the Court finds MBN's conduct tortious, ThermoLife will be responsible for any judgment entered against MBN and MBN has agreed to be held jointly and severally liable on any judgment. ThermoLife's agreement here, though, is contingent on the Court allowing the parties to maintain the current pretrial schedule; otherwise, the entire reason for ThermoLife to indemnify and defend MBN (streamlining the issues for discovery and trial and conserving resources) is lost.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3) and 7.1(d)

In accordance with Local Rule 7.1(a)(3), Defendants certify that their counsel conferred with BPI's counsel regarding the issues raised herein via email on June 9, 2020 and June 10, 2020. On June 10, 2020, BPI's counsel indicated through email that BPI does not oppose and will participate in a telephonic conference here. BPI also indicated that it opposes the contents of this filing. Defendants are not clear what the nature of BPI's objections is here.

## CONCLUSION

For the foregoing, and since expert and fact discovery is currently set to close in this matter on July 8, 2020, Defendants request that the Court set a status conference at the earliest possible date and time and before an amended scheduling conference is entered.

Date:   June 10, 2020              Respectfully submitted,

**KERCSMAR & FELTUS PLLC**

Gregory B. Collins (admitted *Pro Hac Vice*)
E-mail:  gbc@kflawaz.com
Molly Rogers (admitted *Pro Hac Vice*)
E-mail:  cmr@kflawaz.com
7150 E. Camelback Road, Suite 285
Scottsdale, AZ  85251
Telephone: (480) 421-1001

and

s/ Edward M. Mullins
**REED SMITH LLP**
Edward M. Mullins
Florida Bar No. 863920
E-mail: emullins@reedsmith.com
Ana M. Barton
Florida Bar No. 85721
E-mail: abarton@reedsmith.com
1001 Brickell Bay Drive, 9th Floor
Miami, FL 33131
Telephone: (736) 747-0200


*Attorneys for Plaintiff ThermoLife International LLC*

**REED SMITH LLP**
Edward M. Mullins
Florida Bar No. 863920
E-mail: emullins@reedsmith.com
Ana M. Barton
Florida Bar No. 85721
E-mail: abarton@reedsmith.com
1001 Brickell Bay Drive, 9th Floor
Miami, FL 33131
Telephone: (736) 747-0200

-and-

**Turner Friedman Morris & Cohan, LLP**
Mathew Wolf  (pro hac vice to be filed)
8383 Wilshire Blvd, Ste 510
Beverly Hills CA 90211
Tel: (323)653-3900
Fax: (323)653-3021