**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| BPI SPORTS, LLC, <br><br> Plaintiff, <br> vs. <br><br> THERMOLIFE INTERNATIONAL, LLC, MUSCLE BEACH NUTRITION LLC and RONALD L. KRAMER, <br><br> Defendants. | CASE NO.: 0:19-cv-60505-SMITH |

**NOTICE OF COMPLIANCE AND CHRONOLOGY OF EVENTS**

Plaintiff, BPI Sports, LLC, , by and through its undersigned counsel, hereby submits this notice of compliance with Court Order D.E. 180, and Joint Chronology of Events surrounding the Muscle Beach Nutrition, LLC – ThermoLife International, LLC license agreement.

Plaintiff attempted to meet and confer with Defendants regarding the chronology, and the parties exchanged drafts. However, Plaintiff could not agree to Defendants' bullet points that provided the subjective characterization of documents and irrelevant entries, (such as the service of the Rule 11 Motion and the BPI's expert report). Accordingly, Plaintiff presented Defendants with this chronology, which incorporated the remainder of Defendants' entries, removed all subjective characterizations of the documents and provided all Court-ordered cross-references. At 4:25 p.m. Defendants indicated that they did not agree, found BPI's changes to be inappropriate, and that they would file a unilateral chronology. Ex. 1.

**JOINT CHRONOLOGY OF EVENTS**

| Date | Event | CrossReference[1] |
|---|---|---|
| Apr. 19, 2019 | BPI files First Amended Complaint | (D.E. #12) |
| May 17, 2019 | Defendants' Motion to Dismiss | (D.E. #16), [Pla. Ex. 1] |

---

[1] Cross-references to docket entries are in parenthesis "()", and to the joint Hearing Binders in brackets "[]."

| Date | Event | CrossReference[1] |
|---|---|---|
| Jan. 9, 2020 | Court Order on Motion to Dismiss | (D.E. #37) |
| Feb. 5-6, 2020 | BPI Serves First Set of Discovery on Defendants | (D.E. #62-2) |
| Feb. 21, 2020 | BPI Serves Subpoena on MBN | (D.E. 64-3) |
| Mar. 9, 2020 | Kramer Executes MBN–ThermoLife License Agreement | (DE 143-Ex. 4, 14 & 15), [Pla. Ex. 8] |
| Mar. 20, 2020 | Defendants Respond and Objects to BPI's First Set of Discovery | (DE #62-3)[Pla. Ex. #2] |
| Mar. 20, 2020 | Defendants produce MBN-ThermoLife License Agreement | (DE 143, Ex. 4)[Pla. Ex. #3] |
| Mar. 27, 2020 | BPI Files First Motion to Compel | (D.E. #62) |
| Mar. 31, 2020 | BPI Files Motion for Leave to file Second Amended Complaint | (D.E. #64) |
| Apr. 2, 2020 | MBN Responds to Subpoena and Produces License Agreement | (D.E. Ex. 143-6), [Pla. Ex. 4] |
| Apr. 3, 2020 | Defendants Oppose BPI's Motion to Compel, and Submits Collins Decl. #1 | (D.E. 65, 65-1), [-, Pla. Ex. 23] |
| Apr. 3, 2020 | BPI serves Second Set of Discovery on Defendants relating to MBN-ThermoLife License Agreement and Collins Declaration | (D.E. #87-5) |
| Apr. 15, 2020 | Defendants Oppose BPI's Motion for Leave to File Second Amended Complaint and Submit Collins Decl. #2) | (D.E. #69, #69-1)[-,Pl. Ex. 24] |
| Apr. 15, 2020 | Mathew Wolf, on behalf of MBN, informs BPI's counsel via email that there are no documents related to payments from MBN to ThermoLife. | [Pl. Ex. 4] |
| May 4, 2020 | Defendants Respond and Object to BPI's Second Set of Discovery Requests | (D.E. #87-6) |
| May 26, 2020 | BPI Moves to Compel Responses to Second Set of Discovery Requests | (D.E. #87) |

| Date | Event | CrossReference[1] |
|---|---|---|
| Jun. 2, 2020 | Defendants file Opposition to BPI's Second Motion to Compel | (D.E. #89) |
| Jun. 3, 2020 | Court Grants BPI's Motion for Leave to File Second Amended Complaint | (D.E. #91) |
| Jun. 5, 2020 | Second Amended Complaint Filed, Adding MBN as Defendant | (D.E. #92), [Def. Ex. 18] |
| Jun. 10, 2020 | Defendants File Expedited Request for Status Conference | (D.E. #98) |
| Jun. 12, 2020 | BPI Opposes Request for Status Conference | (D.E. #100) |
| Jun. 16, 2020 | Court Denies Defendants' Request for Status Conference | (D.E. #108) |
| Jun. 18, 2020 | Defendants Kramer and ThermoLife file Answer to Second Amended Complaint | (D.E. #113)[Pla. Ex. 5], [Def. Ex. 19] |
| Jun. 19, 2020 | Hearing on Pending Motions to Compel, Court Grants Motions to Compel, in Part | (D.E. #115, #143-Ex. 12), [Pla. Ex. 7] |
| Jul. 7, 2020 | MBN files Answer to Second Amended Complaint | (D.E. #135), [Pla. Ex. 6], Def. Ex. 20] |
| Jul. 16, 2020 | Defendants Serve Supplemental Responses and Document Production Responsive to BPI's First and Second Sets of Discovery | (D.E. #143-Ex. 14-17), [Pla. Ex. 8, 9, 10, 15] |
| Aug. 14, 2020 | BPI Serves its Third Set of Requests for Production Regarding Attorney-Client Communications Relating to MBN-ThermoLife | (D.E. #148-1), [Pla. Ex. 35] |
| Sep. 14, 2020 | Defendants Object to BPI's Third Set of Requests for Production | (D.E. #148-2), [Pla. Ex. 36; Def. Ex. 8] |
| Sep. 24, 2020 | BPI Files Motion for Sanctions | (D.E. #143) |
| Oct. 14, 2020 | BPI Moves to Compel Production of Documents responsive to its Third Set of Requests for Production | (D.E. #148) |

| Date | Event | CrossReference[1] |
|---|---|---|
| Oct. 15, 2020 | Defendants File Response to Motion for Sanctions | (D.E. #151) |
| Oct. 21, 2020 | Defendants file Response to BPI's Motion to Compel Production of Documents Responsive to its Third Set of Requests for Production | (D.E. #155) |

Date:   November 17, 2020                    Respectfully submitted,

                                                                      KRINZMAN, HUSS & LUBETSKY
                                                                       FELDMAN & HOTTE
Cary A. Lubetsky
Florida Bar No. 961360
Salvatore H. Fasulo
Florida Bar No. 143952
800 Brickell Avenue, Suite 1501
Miami, Florida 33131
Telephone:  (305) 854-9700
Facsimile:  (305) 854-0508
Primary email:   cal@khllaw.com
                          shf@khllaw.com
Secondary email: eservicemia@khllaw.com

HILLYER LEGAL, PLLC
Gregory L. Hillyer
Fla. Bar No. 682489
Email: ghillyer@hillyerlegal.com
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20015-2052
Telephone: 202-686-2884
Facsimile: 202-686-2877

*s/ Javier Sobrado*
Javier Sobrado (Fla. Bar No.: 44992)
Email: JSobrado@BrickellIP.com
THE BRICKELL IP GROUP
1101 Brickell Ave
South Tower, Suite 800
Miami, FL 33131
Telephone: 305-728-8831

*Attorneys for Plaintiff BPI Sports, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this witness list was filed via CM/ECF on November 17, 2020 and served on counsel of record.

*s/ Javier Sobrado*