# EXHIBIT 1

**jsobrado@brickellip.com**

| | |
|---|---|
| **From:** | Gregory Collins <gbc@kflawaz.com> |
| **Sent:** | Tuesday, November 17, 2020 4:25 PM |
| **To:** | jsobrado@brickellip.com; Eric Hull; 'Ana M.''; 'Edward M. (MIA' |
| **Cc:** | 'Gregory Hillyer' |
| **Subject:** | RE: Proposal Regarding Evidentiary Hearing |

Javier, I have a hearing in 5 minutes telephonic in Arizona Federal District Court. We disagree with your changes and find them inappropriate. We'll file our own timeline by the 5pm deadline.


Best Regards,

Gregory B. Collins
Member
Kercsmar & Feltus PLLC
7150 E. Camelback Road,
Suite 285
Scottsdale, Arizona 85251
480.990.6214 (direct)
480.421.1001 (main)
480.421.1002 (facsimile)
gbc@kflawaz.com
www.kflawaz.com
www.businesslawaz.com



The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be privileged. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone (480.421.1001), and delete the original message. Thank you.


**From:** jsobrado@brickellip.com <jsobrado@brickellip.com>
**Sent:** Tuesday, November 17, 2020 2:13 PM
**To:** Gregory Collins <gbc@kflawaz.com>; Eric Hull <ebh@kflawaz.com>; 'Ana M.'' <ABarton@reedsmith.com>; 'Edward M. (MIA' <EMullins@reedsmith.com>
**Cc:** 'Gregory Hillyer' <ghillyer@hillyerlegal.com>
**Subject:** RE: Proposal Regarding Evidentiary Hearing

Greg,

Thank you for the draft, we have reviewed your proposed timeline, and note the following:

1. Several entries from BPI's timeline appear to have been inadvertently left off;
2. Your proposed timeline does not cross-reference to the parties' joint hearing exhibit binders as required by the Court;
3. Your timeline includes entries on March 20 (Rule 11 motion) and April 8 (Bannister Report) that have nothing to do with the Muscle Beach-ThermoLife license agreement; and
4. You argue that context is helpful, but the bullet points you provided inject subjective positions and argument from Defendants that BPI cannot consent to in a joint filing.

Simply put, we do not have time to negotiate neutral descriptions of the documents cited in the chronology, and therefore we have removed all such characterizations. Moreover, we note that the order recites:

> JOINT CHRONOLOGY OF EVENTS *surrounding the creation of the written license agreement* (the "License Agreement") between ThermoLife International LLC ("Thermolife") and Muscle Beach Nutrition LLC ("MBN"), beginning with Plaintiff's issuance of a subpoena *duces tecum* on then non-party MBN. The chronology should also include relevant pleadings (e.g., Defendants' Answers to Second Amended Complaint) and motions and any resulting Court Orders regarding the creation and subsequent production of the License Agreement and metadata, including docket entries (ECF) or Exhibits filed with the Court for tomorrow's hearing.

This makes the Bannister Report and the unfiled Rule 11 Motion unnecessary for this chronology.

Accordingly, for the foregoing reasons, BPI cannot agree to your draft filing. We have revised our chronology to include all events included by Defendants (Except for the March 20 and April 8 events previously mentioned), and to remove all characterizations of the events and filings.

Please confirm that you agree to filing the attached chronology.

Javier Sobrado, Esq.
Member
The Brickell IP Group, PLLC
1101 Brickell Avenue
South Tower, Suite 800
Miami, FL 33131
Direct: 305-772-1331
e-mail: JSobrado@BrickellIP.com
www.brickellip.com



This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.

**From:** Gregory Collins <gbc@kflawaz.com>
**Sent:** Tuesday, November 17, 2020 3:27 PM
**To:** jsobrado@brickellip.com; Eric Hull <ebh@kflawaz.com>; 'Ana M.'' <ABarton@reedsmith.com>; 'Edward M. (MIA' <EMullins@reedsmith.com>
**Cc:** 'Gregory Hillyer' <ghillyer@hillyerlegal.com>
**Subject:** RE: Proposal Regarding Evidentiary Hearing

Javier,

We think more context would he assist the Court here. I've put together the attached chronology, which includes all of the entries now from the chronology you put together. Please let me know if this is acceptable or if you have any changes.


Best Regards,

Gregory B. Collins
Member
Kercsmar & Feltus PLLC
7150 E. Camelback Road,
Suite 285
Scottsdale, Arizona 85251
480.990.6214 (direct)
480.421.1001 (main)
480.421.1002 (facsimile)
gbc@kflawaz.com
www.kflawaz.com
www.businesslawaz.com



The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be privileged. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone (480.421.1001), and delete the original message. Thank you.

---

**From:** jsobrado@brickellip.com <jsobrado@brickellip.com>
**Sent:** Tuesday, November 17, 2020 12:51 PM
**To:** Gregory Collins <gbc@kflawaz.com>; Eric Hull <ebh@kflawaz.com>; 'Ana M.'' <ABarton@reedsmith.com>; 'Edward M. (MIA' <EMullins@reedsmith.com>
**Cc:** 'Gregory Hillyer' <ghillyer@hillyerlegal.com>
**Subject:** RE: Proposal Regarding Evidentiary Hearing

Greg,

Please find attached a draft Chronology of events.  Please let us know if you have any revisions to same.

With respect to the transcript designations, we did not have time to make the requested changes before the courier left.

Regards,
-Javier

Javier Sobrado, Esq.
Member
The Brickell IP Group, PLLC
1101 Brickell Avenue
South Tower, Suite 800
Miami, FL 33131
Direct: 305-772-1331
e-mail: JSobrado@BrickellIP.com
www.brickellip.com



This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.

**From:** Gregory Collins <gbc@kflawaz.com>
**Sent:** Tuesday, November 17, 2020 1:37 PM
**To:** jsobrado@brickellip.com; Eric Hull <ebh@kflawaz.com>; 'Ana M.'' <ABarton@reedsmith.com>; 'Edward M. (MIA' <EMullins@reedsmith.com>
**Cc:** 'Gregory Hillyer' <ghillyer@hillyerlegal.com>
**Subject:** RE: Proposal Regarding Evidentiary Hearing

Javier,

If the designations have not been delivered to the Court, we ask that you include the following additional designations

October 28 Deposition
152:14-153:1
153:5-154:1
214:4-15
221:19-223:11
225:11-227:22

We're working quickly here to get you our portions. We'll have a draft timeline for your review in the next hour.

Greg Collins


**From:** jsobrado@brickellip.com <jsobrado@brickellip.com>
**Sent:** Tuesday, November 17, 2020 9:52 AM
**To:** Gregory Collins <gbc@kflawaz.com>; Eric Hull <ebh@kflawaz.com>; 'Ana M.'' <ABarton@reedsmith.com>; 'Edward M. (MIA' <EMullins@reedsmith.com>
**Cc:** 'Gregory Hillyer' <ghillyer@hillyerlegal.com>
**Subject:** RE: Proposal Regarding Evidentiary Hearing

Greg,

We have no further designations. I left a message with Judge Valle's chambers requesting instructions on how she would prefer to receive the designations, and will update you when I hear back from them.

Regards,
-Javier

**Javier Sobrado, Esq.**
Member
The Brickell IP Group, PLLC
1101 Brickell Avenue
South Tower, Suite 800
Miami, FL 33131
Direct: 305-772-1331
e-mail: JSobrado@BrickellIP.com
www.brickellip.com



This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.

**From:** Gregory Collins <gbc@kflawaz.com>
**Sent:** Tuesday, November 17, 2020 12:16 AM
**To:** jsobrado@brickellip.com; Eric Hull <ebh@kflawaz.com>; 'Ana M.'' <ABarton@reedsmith.com>; 'Edward M. (MIA' <EMullins@reedsmith.com>
**Cc:** 'Gregory Hillyer' <ghillyer@hillyerlegal.com>
**Subject:** RE: Proposal Regarding Evidentiary Hearing

Javier,

Attached are Defendants' designations/counter-designations. I've highlighted the designated sections in green in the attached depositions.

Since both of these depositions include highly confidential information, the depositions will either need to filed under seal or delivered to magistrate with a notice that the depositions include testimony that is covered under the protective order as both confidential and highly confidential.

The designations are listed by page and line number below.

**10-28 Deposition**
40:2-9
42:10-43:18
47:8-51:25
53:16-54:15
56:1-6
72:8-74:9
141:24-142:9
146:7-21
152:14-154:2
154:21-155:8
169:11-171:22
220:22-23
224:25-226:15
238:15-239:1
244:22-245:5
246:4-248:16

**10-29 Deposition**
5:21-6:1
10:4-11
10:20-11:7
12:3-8
21:7-21
22:5-25
28:1-20
39:3-15
41:7-17
44:10-18
48:11-22
73:4-23
76:9-77:2
80:11-25
83:12-84:17
87:2-88:14
93:25-94:25
119:16-120:6


Best Regards,

Gregory B. Collins
Member
Kercsmar & Feltus PLLC
7150 E. Camelback Road,
Suite 285
Scottsdale, Arizona 85251
480.990.6214 (direct)
480.421.1001 (main)
480.421.1002 (facsimile)
gbc@kflawaz.com
www.kflawaz.com
www.businesslawaz.com



The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be privileged. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone (480.421.1001), and delete the original message. Thank you.


**From:** jsobrado@brickellip.com <jsobrado@brickellip.com>
**Sent:** Monday, November 16, 2020 2:38 PM

**To:** Eric Hull <ebh@kflawaz.com>; 'Ana M.'' <ABarton@reedsmith.com>; 'Edward M. (MIA' <EMullins@reedsmith.com>; Gregory Collins <gbc@kflawaz.com>
**Cc:** 'Gregory Hillyer' <ghillyer@hillyerlegal.com>
**Subject:** RE: Proposal Regarding Evidentiary Hearing

Counsel,

Pursuant to our stipulation, please find attached Plaintiff's preliminary deposition designations for the Hearing on Wednesday.

ThermoLife/Kramer Transcript:  28:9-25; 29:9-11; 30:2-4; 30:12-31:5; 32:9-33:23; 34:6-35:3; 36:18-21; 38:1-10; 38:15-40:1; 40:10-15; 43:19-20; 203:24-207:11; 207:18-208:3; 209:2-5; 209:17-211:13; 212:8-17; 212:22-219:3; 219:7-220:21; 222:1-224:23; 226:16-228:20; 229:3-12; 230:2-8; 230:12-231:2; 231:14-17; 232:18-234:2; 234:8:235:10; 238:11-14; 239:2-14; 239:20-240:9; 240:15-241:6; 241:15-19; 241:24-242:2; 242:11-13; 242:22-244:21; and 245:7-18.

Muscle Beach (rough) Transcript: 5:5-10; 5:13-20; 6:2-7:3; 10:12-19; 11:8-12:2; 12:9-24; 15:4-5; 15:20-17:5; 18:4-11; 18:17-23; 23:8-25; 25:25-27:17; 28:21-24; 29:3-30:25; 31:7-33:10; 33:13-19; 34:13-20; 36:21-37:3; 38:15-39:2; 39:16-40:17; 41:18-43:20; 44:2-9; 46:1-3; 47:3-9; 48:23-49:15; 50:9-51:23; 53:8-54:1; 54:8-17; 57:7-14; 59:4-7; 66:22-25; 68:25-69:7; 69:15-70:23; 72:6-73:4; 73:24-74:12; 77:3-80:9; 82:1-12; 82:21-83:11; 103:24-105:19; 111:2-12; 112:18-24; 113:3-5; 113:20-25;  114:7-115:2; 115:12-16; 116:6-13; 117:10-15; 119:1-15; 120:15-25; 124:14-19; 125:15-21; and 128:2-21.

Regards,
-Javier

Javier Sobrado, Esq.
Member
The Brickell IP Group, PLLC
1101 Brickell Avenue
South Tower, Suite 800
Miami, FL 33131
Direct: 305-772-1331
e-mail: JSobrado@BrickellIP.com
www.brickellip.com



This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.

**From:** Eric Hull <ebh@kflawaz.com>
**Sent:** Friday, November 13, 2020 8:59 PM
**To:** jsobrado@brickellip.com; 'Ana M.'' <ABarton@reedsmith.com>; 'Edward M. (MIA' <EMullins@reedsmith.com>; Gregory Collins <gbc@kflawaz.com>
**Cc:** 'Gregory Hillyer' <ghillyer@hillyerlegal.com>
**Subject:** RE: Proposal Regarding Evidentiary Hearing

Javier,

You may file the stipulation (Monday is fine with us). Greg Collins has approved but seeing as I am the one responding, you may add me to the signature block (I've been admitted pro hac) and sign on my behalf. Sorry for the delay.

Best,
Eric B. Hull
Kercsmar & Feltus PLLC
100 Wilshire Boulevard, 7th Floor
Santa Monica, CA 90401
480.421.1001 (main)
480.421.1002 (facsimile)
ebh@kflawaz.com
www.kflawaz.com
www.businesslawaz.com



The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be privileged. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone (480.421.1001), and delete the original message. Thank you.

---

**From:** jsobrado@brickellip.com <jsobrado@brickellip.com>
**Sent:** Friday, November 13, 2020 2:11 PM
**To:** 'Ana M.'' <ABarton@reedsmith.com>; 'Edward M. (MIA' <EMullins@reedsmith.com>; Gregory Collins <gbc@kflawaz.com>; Eric Hull <ebh@kflawaz.com>
**Cc:** 'Gregory Hillyer' <ghillyer@hillyerlegal.com>
**Subject:** FW: Proposal Regarding Evidentiary Hearing

Counsel:

Please confirm we may file the attached stipulation.  Revised Exhibit 40R is also provided for your review.  We have removed sub-exhibits 2-1 and 2-2, as agreed.

Javier Sobrado, Esq.
Member
The Brickell IP Group, PLLC
1101 Brickell Avenue
South Tower, Suite 800
Miami, FL 33131
Direct: 305-772-1331
e-mail: JSobrado@BrickellIP.com
www.brickellip.com



This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and

delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.

**From:** jsobrado@brickellip.com <jsobrado@brickellip.com>
**Sent:** Thursday, November 12, 2020 4:01 PM
**To:** 'Barton, Ana M.' <ABarton@reedsmith.com>; 'Mullins, Edward M. (MIA)' <EMullins@reedsmith.com>; 'Gregory Hillyer' <ghillyer@hillyerlegal.com>; 'Eric Hull' <ebh@kflawaz.com>
**Cc:** 'Gregory Collins' <gbc@kflawaz.com>
**Subject:** RE: Proposal Regarding Evidentiary Hearing

Thank you, Ana.

Does the attached stipulation work for everyone?

-Javier

Javier Sobrado, Esq.
Member
The Brickell IP Group, PLLC
1101 Brickell Avenue
South Tower, Suite 800
Miami, FL 33131
Direct: 305-772-1331
e-mail: JSobrado@BrickellIP.com
www.brickellip.com



This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.

**From:** Barton, Ana M. <ABarton@reedsmith.com>
**Sent:** Thursday, November 12, 2020 2:53 PM
**To:** Mullins, Edward M. (MIA) <EMullins@reedsmith.com>; Gregory Hillyer <ghillyer@hillyerlegal.com>; Eric Hull <ebh@kflawaz.com>; jsobrado@brickellip.com
**Cc:** Gregory Collins <gbc@kflawaz.com>
**Subject:** RE: Proposal Regarding Evidentiary Hearing

All – just FYI, I alerted chambers that there will be no live witness testimony at the hearing next week, and informed that a filling would be made to that effect by tomorrow.

Best,

A<small>NA</small> M<small>ARIA</small> B<small>ARTON</small>

**Reed**Smith<small>LLP</small>
1001 Brickell Bay Drive
Suite 900
Miami, Florida 33131
Telephone: +1 786.747.0200
Direct: +1 786.747.0206

9

Fax: +1 786.747.0299
abarton@reedsmith.com
www.reedsmith.com

---

**From:** Mullins, Edward M. (MIA) <EMullins@reedsmith.com>
**Sent:** Wednesday, November 11, 2020 6:16 PM
**To:** Gregory Hillyer <ghillyer@hillyerlegal.com>; Eric Hull <ebh@kflawaz.com>; jsobrado@brickellip.com
**Cc:** Gregory Collins <gbc@kflawaz.com>; Barton, Ana M. <ABarton@reedsmith.com>
**Subject:** RE: Proposal Regarding Evidentiary Hearing

All- sounds like we got a deal.  I suggest that we get a joint stip to the Court tomorrow early so she does not think she is seeing all of these witnesses.  Ana- may be worth a call to her clerk.  Thanks.

**From:** Gregory Hillyer <ghillyer@hillyerlegal.com>
**Sent:** Wednesday, November 11, 2020 6:12 PM
**To:** Eric Hull <ebh@kflawaz.com>; jsobrado@brickellip.com
**Cc:** Gregory Collins <gbc@kflawaz.com>; Mullins, Edward M. (MIA) <EMullins@reedsmith.com>
**Subject:** RE: Proposal Regarding Evidentiary Hearing

==EXTERNAL E-MAIL - From ghillyer@hillyerlegal.com==

Eric, thanks for your cooperation on this.  I believe Exhibit 40 is a composite exhibit.  We are willing to provide you with a replacement version which will remove the arrest records (and probably some other content) but will retain any direct statements by Mr. Kramer (emails, etc).  Hopefully, this will resolve the issue.  Greg.

---

**From:** Eric Hull <ebh@kflawaz.com>
**Sent:** Wednesday, November 11, 2020 5:49 PM
**To:** jsobrado@brickellip.com; Gregory Hillyer <ghillyer@hillyerlegal.com>
**Cc:** Gregory Collins <gbc@kflawaz.com>; 'Mullins, Edward M. (MIA' <EMullins@reedsmith.com>
**Subject:** RE: Proposal Regarding Evidentiary Hearing

Javier,

Thanks for getting back to me so quickly on this. We have one issue on exhibits and I am hoping we can work through it.

On Exhibit 40, I note that typically arrest records are not admissible and not relevant. If you would be willing to revise the Exhibit to include only certified documents evidencing felony convictions in the last 10 years, we have no objection to a revised Exhibit 40.

Other than this issue, I agree with everything you outline below. Let me know if this changes anything or if you are amenable to the one change.

Thanks,

Best,
Eric B. Hull
Kercsmar & Feltus PLLC

100 Wilshire Boulevard, 7th Floor
Santa Monica, CA 90401
480.421.1001 (main)
480.421.1002 (facsimile)
ebh@kflawaz.com
www.kflawaz.com
www.businesslawaz.com



The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be privileged. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone (480.421.1001), and delete the original message. Thank you.

**From:** jsobrado@brickellip.com <jsobrado@brickellip.com>
**Sent:** Wednesday, November 11, 2020 12:53 PM
**To:** Eric Hull <ebh@kflawaz.com>; 'Gregory Hillyer' <ghillyer@hillyerlegal.com>
**Cc:** Gregory Collins <gbc@kflawaz.com>; 'Mullins, Edward M. (MIA)' <EMullins@reedsmith.com>
**Subject:** RE: Proposal Regarding Evidentiary Hearing

Eric,

We are in agreement to the following:

- moving all the exhibits in to evidence without objection by either party;
- presenting the testimony of Kramer that relates to the key topics through his deposition transcript; and
- having no witnesses testify live at the hearing.

I can prepare a stipulation and amended witness list to submit to the court on Friday.

While we agree that deposition designations will be helpful to the Court, we are not in a position to have our deposition designations for the Kramer transcripts ready by Friday. Accordingly, we propose having both parties exchange deposition designations for the testimony they expect to use on Monday, and to the extent any counter-designations are necessary, those can be exchanged by noon on Tuesday. That should give us enough time to finalize the deposition designations and submit them to the Court on Tuesday evening.

Does this work for Defendants?

Javier Sobrado, Esq.
Member
The Brickell IP Group, PLLC
1101 Brickell Avenue
South Tower, Suite 800
Miami, FL 33131
Direct: 305-772-1331
e-mail: JSobrado@BrickellIP.com
www.brickellip.com



This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.

**From:** Eric Hull <ebh@kflawaz.com>
**Sent:** Wednesday, November 11, 2020 1:46 PM
**To:** 'Gregory Hillyer' <ghillyer@hillyerlegal.com>; jsobrado@brickellip.com
**Cc:** Gregory Collins <gbc@kflawaz.com>; 'Mullins, Edward M. (MIA' <EMullins@reedsmith.com>
**Subject:** RE: Proposal Regarding Evidentiary Hearing

Greg,

I spoke with Javier regarding a counterproposal to your proposal below. As I told Javier, we understand looking for ways to streamline the hearing. The Magistrate's original order stated that we would only get two hours for the hearing so it makes sense to figure out a way to use that time as efficiently as possible. But I'm not convinced your proposal is the best way to do that.

My take is that if we are going to narrow the issues to the extent you proposed, we should simply supplement the papers with designations and counter-designations from Mr. Kramer's recent deposition for consideration by the Magistrate and use the time allotted for argument and a presentation of the issues.

Under your proposal, the attorneys would not testify, leaving just Ron Kramer on your witness list. You deposed him for two days and extensively addressed the issues you propose raising at the hearing (obviously designations from that deposition would have been part of your original motion had it been available). In our view, with the deposition completed and available, combined with your proposal to move all of the exhibits into evidence, the Magistrate would have a complete record and an argument or presentation of that record is a far more efficient use of our limited time.

Javier indicated that he saw how this proposal made sense but the decision would be up to you. He also indicated that the Magistrate may want to hear from Mr. Kramer. I agree, but the Magistrate could also reject the proposal below and want to hear from the attorneys and witnesses who submitted affidavits.

Please let me know if my proposal is acceptable. If so, we should get something on file with the Court on Friday. We'd propose having you send over deposition designations by Friday end of day, we'll work quickly to prepare counter-designations. I look forward to hearing from you.


Best,
Eric B. Hull
Kercsmar & Feltus PLLC
100 Wilshire Boulevard, 7th Floor

12

Santa Monica, CA 90401
480.421.1001 (main)
480.421.1002 (facsimile)
ebh@kflawaz.com
www.kflawaz.com
www.businesslawaz.com



The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be privileged. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone (480.421.1001), and delete the original message. Thank you.

**From:** Eric Hull
**Sent:** Wednesday, November 11, 2020 9:52 AM
**To:** 'Gregory Hillyer' <ghillyer@hillyerlegal.com>
**Subject:** FW: Proposal Regarding Evidentiary Hearing

Greg,

Greg Collins forwarded me your email below. As Greg Collins is a witness, Ed Mullins and I will be taking the lead at the hearing so I tried to give you a call a few seconds ago. Your voicemail was full so if you could give me a call back to discuss this proposal further, I'd appreciate it. My cell number is 602-663-1898.

Thanks,

Best,
Eric B. Hull
Kercsmar & Feltus PLLC
100 Wilshire Boulevard, 7th Floor
Santa Monica, CA 90401
480.421.1001 (main)
480.421.1002 (facsimile)
ebh@kflawaz.com
www.kflawaz.com
www.businesslawaz.com



The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be privileged. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone (480.421.1001), and delete the original message. Thank you.

**From:** Gregory Hillyer <ghillyer@hillyerlegal.com>
**Sent:** Tuesday, November 10, 2020 1:40 PM
**To:** Gregory Collins <gbc@kflawaz.com>
**Subject:** Proposal Regarding Evidentiary Hearing

Greg, I write to address the upcoming evidentiary hearing. A review of the materials submitted by the parties, coupled with the number of witnesses, leads me to believe it will not be feasible to address every issue raised by the motion in the two hours allotted. In an effort to focus on the key issues, reach a compromise on the admissibility of materials and avoid the dysfunction created by having lead counsel testify, we wanted to see if Defendants are amenable to the following proposal:

(1) Live testimony to focus on the license agreement; the Muscle Beach Nutrition production; and the advertisement and sale of CRTN-3 (all other issues decided on the paper submissions);

(2) All exhibits submitted by the parties (*i.e.*, the binders) to be moved into the record at the hearing; and

(3) No attorney testimony.

If you have any other suggestions, we are certainly be willing to entertain them. Otherwise, we look forward to your thoughts on this proposal. If we can reach an agreement, our suggestion would be to file it so the court can appreciate any stipulations prior to the hearing. Generally speaking, our sense is that Judge Valle would appreciate us lending some structure here to ensure an orderly and productive proceeding.

If you would like to discuss this further by phone, please let me know. Thanks, Greg.

**Gregory L. Hillyer**
**Director of Litigation**
HILLYER LEGAL, PLLC
5335 Wisconsin Avenue NW
Suite 440
Washington, DC 20015
(202) 686-2884
  www.hillyerlegal.com



\* \* \*

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01