IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BPI SPORTS, LLC,

    Plaintiff,

vs.    CASE NO.: 0:19-cv-60505-RS

THERMOLIFE INTERNATIONAL, LLC,
MUSCLE BEACH NUTRITION LLC, and
RONALD L. KRAMER,

    Defendants.

## DEFENDANTS' CLARIFICATION TO PLAINTIFF'S NOTICE OF COMPLIANCE AND CONFIRMATION THAT DEFENDANTS COMPLIED WITH COURT'S ORDER

Plaintiff BPI Sports LLC filed a Notice of Compliance and Chronology of Events (DE 181) that does not accurately reflect the parties' complete communications and agreement regarding the joint filing that the Court ordered this morning (*see* DE 180). Undersigned counsel feels compelled to make this clarification given the incomplete record provided by Plaintiff's counsel.

Attached hereto is the updated email correspondence between counsel regarding what was supposed to be a joint filing and chronology of events. As the emails demonstrate, at 4:31p.m. – less than 6 minutes after the email that Plaintiff filed on the record – undersigned counsel immediately informed Plaintiff's counsel that a joint filing was possible, followed with a second email at 4:41 p.m. suggesting two edits. Simultaneously, given the tight window to meet the Court's 5 p.m. filing deadline and Plaintiff's counsel's lack of response, undersigned called Plaintiff's office, but no one answered. A third email was sent at 4:56 p.m. asking about the joint filing. Plaintiff proceeded to make its unilateral filing at 4:58 p.m. and only thereafter responded to undersigned's various communications, informing that he did not receive undersigned's various emails until after completing the filing due to a computer update.

For clarity, Defendants have no objection to the timeline that was filed at DE 181, except for the two suggestions reflected in the attached email chain – namely, clarifying that it was a written license and noting that Defendants believe there are other relevant events that will be explained at the hearing tomorrow.

Dated this 17th day of November, 2020

Respectfully submitted,

/s/ Edward M. Mullins
Edward M. Mullins (FBN 863920)
Ana M. Barton (FBN 85721)
Reed Smith LLP
1001 Brickell Bay Drive
9th Floor
Miami, FL 33131
Telephone: 786-747-0200
Facsimile: 786-747-0299
Email: emullins@reedsmith.com
Email: abarton@reedsmith.com

and

KERCSMAR & FELTUS PLLC
Gregory B. Collins
E-mail: gbc@kflawaz.com
7150 E. Camelback Road
Suite 285
Scottsdale, AZ 85251
Telephone: (480) 421-1001

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 17, 2020, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record.

/s/ Edward M. Mullins
Edward M. Mullins