# EXHIBIT 1

Page 1

DEREK ETTINGER

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
------------------------------------------X

BPI SPORTS, LLC

Plaintiff,

CASE NO. 0:19-cv-60505-SMITH

v.

THERMOLIFE INTERNATIONAL, LLC, and

RONALD L. KRAMER,

Defendants.
------------------------------------------X

VIDEOTAPED DEPOSITION

via LIVE LITIGATION

OF DEREK ETTINGER

Miami, Florida

Friday, April 24, 2020

REPORTED BY:  BOBBIE ZELTMAN
              Professional Realtime Court Reporter

Job Number  179533

Page 2

DEREK ETTINGER

April 24, 2020

10:12 a.m.

Videotaped deposition via Live Litigation of DEREK ETTINGER taken by Defendants, pursuant to Notice before BARBARA R. ZELTMAN, a Professional Realtime Court Reporter and Notary Public within and for the State of Florida.

Page 3

DEREK ETTINGER

A P P E A R A N C E S:

HILLYER LEGAL

Attorneys for the Plaintiff

    5335 Wisconsin Avenue NW

    Washington, DC 20015

    BY:  GREGORY HILLYER, ESQ.

KERCSMAR & FELTUS

Attorneys for the Defendants

    7150 East Camelback Road

    Scottsdale, Arizona  85251

    BY:  GREGORY COLLINS, ESQ.

ALSO PRESENT:   Ron Kramer, Defendant

                Alex Nikolaidis, ThermaLife

                Lem Lattimer, Videographer

Page 4

DEREK ETTINGER

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein that filing and sealing be and the same are hereby waived.

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form of the question, shall be reserved to the time of trial.

IT IS FURTHER STIPULATED AND AGREED that the within deposition may be signed and sworn to before any officer authorized to administer an oath with the same force and effect as if signed and sworn to before the Court.

Page 5

DEREK ETTINGER

THE VIDEOGRAPHER:  Good morning, Counselors.

My name is Lem Lattimer.  I'm a legal videographer in association with TSG Reporting, Inc.

Due to the severity of COVID-19 and following the practice of social distancing, I will not be in the same room as the witness.  Instead, I will record the videotaped deposition remotely.

The reporter, Barbara Zeltman, will also not be in the same room and will swear the witness in remotely.

Do all parties stipulate to the validity of the video recording and remote swearing and that it will be admissible in the courtroom as if it had been taken following Rule 30 of the Federal Rules of Civil Procedures and the State's rules where this case is pending?

MR. HILLYER:  This is Greg Hillyer, counsel for BPI Sports, LLC, and the witness, and we

Page 366

DEREK ETTINGER

that's currently pending, right?

A    No.  Personally, no, but I'm happy to have my attorney, you know, he's very involved and very knowledgeable and certainly would know what the patent is.

Q    I want to talk about one of BPI's products.

Did you see BPI advertise that it uses patented ingredients?

A    I was under the impression that everything we use is -- first of all, we're not a patent holder.  We license stuff out.  Everything we use, obviously, is from somebody else and we note it and then discussions with my attorneys in reference to one ingredient where we say it's patented, I'm not sure if there's a misunderstanding, but again, that would be something for the patent holder to have to deal with, deal with us.  Everything else, we used an ingredient and reference that we get it from somebody else.

THE COURT REPORTER:  I don't hear the witness.

Page 367

DEREK ETTINGER

(Ettinger Exhibit KK, Advertisement for the Strength Gainz product, was marked for Identification.)

BY MR. COLLINS:

Q    Okay.  I've showed you what's been marked as Exhibit KK.

This is an advisement for the Strength Gainz product on BPI's Website.

A    Okay.

Q    Strength Gainz, this product is advertised by BPI as including two patented ingredients.

"Strength Gainz contains two patented ingredients: Peak O2."

Do you see that?

A    Yeah, I see the other one as well, Amino 9.  They were both sourced out from Compounds Solutions.

Q    Okay.  Do you know if those compounds are patented?

A    We say they are; and so if they are not, then that's something, again, we would have to take care of with the patent holder.

Page 368

DEREK ETTINGER

Q    As you sit here today, you don't know if Peak O2 and Amino 9 are patented, correct?

A    I assume they are, if that's in our text.  We wouldn't have gotten it on our own.

Q    Have you asked for Compound Solutions for the patent numbers?

A    Can I do that?  I would love to do that.

Q    Okay.  Can you do that?

(Request.)

A    Yeah, I'll do that, and I'll give the information to my attorney.

BY MR. COLLINS:

Q    Do you agree with me that if these ingredients don't enjoy patent protection, BPI is falsely marking this product, right?

MR. HILLYER:  Objection to form.

A    Say that again.

BY MR. COLLINS:

Q    You would agree with me that if Peak O2 and Amino 9 aren't covered by

Page 369

DEREK ETTINGER

patents, they are not patented ingredients, that this patent is falsely marked, right?

MR. HILLYER:  Objection to form.

A    No.  Again, you asked me that before.  I can't tell you that it's falsely marked and I can't tell you what the damages are or what the affect are because it was.

And again, this is the best part about the product.  I think we only sold about 20,000 units and I think 18 or 19,000 went to GNC and they are about to go bankrupt and they didn't pay us for it.

Terrible we don't get paid for it, but it wasn't a successful product.  I guess we tried giving the whole creatine thing another chance again.  It just didn't work.  I don't why.

BY MR. COLLINS:

Q    Strength Gainz, it's a creatine product, right?

A    It is creatine, yes.

Q    Yeah, which competes with CRTN-3, right?

Page 370

DEREK ETTINGER

A     Would it compete with CRTN-3?  Oh, I don't think selling 20,000 units in GNC {inaudible}.  I mean, I don't think it's competition for it anybody.

Q     Do you know how many units CRTN-3 sold?

A     No idea.

THE REPORTER:  What?

BY MR. COLLINS:

Q     Do you know how many units CRTN-3 sold?

A     No.

Q     Okay.  Would you be surprised if it's roughly that same amount?

A     No, I don't think that line was ever created at anything other than a passion for the line, but I think it was developed so that he could be in a line and give himself another opening to sue people.

So I don't think that was something that he said that he counted on, counted on the ingredients and that's that.

Q     Got it.

I can ask you about a bunch of

Page 371

DEREK ETTINGER

other products that indicate that they have patent protection on your Website, too, but I think your answer for all of them is going to be the same.

So I'll try and do this more economically.

You know your Catalyst 4 product and Smart Burn product?

A     I do know them, yes.

Q     BPI promotes these products as including D-Y-N-A-M-I-N-E, which is described as a patented ingredient.

Did you know that?

A     No, I didn't know that.  And I don't know that we use it, but I do know that it comes from Compound Solution. You guys are familiar with them, I think you concede that.

Q     Do you know what patent would protect this ingredient?

A     No.  Like I said, I don't know anything when it comes to the processes that goes on in the patent.

Q     Okay.  How about an ingredient

Page 372

DEREK ETTINGER

One More Rep Complete?  I'm sorry -- a product, One More Rep Complete.

That product you advertised as including Patented Ingredient S7.

A     Yes.  I touched on that just a minute ago.  And that was the one that I discussed the other day and that I'm not sure if it is.  I know that it was represented to us that it was.  And that I'm going to have to take it up with the patent holder.

But again, I mean, we probably sold fewer bottles of One More Rep Complete than we did Strength Gainz.

We're making a pre-workout right now in this category.  They don't have any pre-workout right now like this.

Q     Who is the seller?  Who is the supplier of S7?

A     I want to say FutureCeuticals or something like that.

I know that we were looking that up the other day, I think.  So that's my best guess, but I could be wrong.

Page 373

DEREK ETTINGER

Q     Have you checked with them as to whether or not it's patented?  You say that they said that.  When did they say that?

A     No.  I looked at that yesterday and that happened, I think, I have to say more than six months ago, maybe probably more than eight months ago.  But I've been tied up with personal matters last couple days. It's not going to happen before that. Again, I don't think -- that's best guess in over six to seven, eight months.

Q     Shredding Gel, BPI claims that this product includes Lipocare and Vexel, V-E-X-E-L, and it describes both those as patented ingredients.

Were you aware of that?

A     No.  But they might be.  And they made it combined with a lot of his own ingredients and that's what he brought to the table.

Q     Okay.  Have you checked with him as to whether or not they're actually patented?

A     You are bringing that to my attention right now, so no, I haven't.  And

Page 374

DEREK ETTINGER

I won't get a chance to call him over the weekend or early next week.  So I will call him next week.

Q   Does BPI do anything to verify its advertising before it puts it on its Website?

A   I would say that our processes are pretty good.  I would say that nobody wants to misrepresent, but they very well may have been misrepresented by the patent holders.

I mean, look, you know it happens. I mean, look at ThermaLife, you know, it can happen.  You can misrepresent things.

Q   All right.

Is it your contention that if BPI only sold a few products, it can falsely mark a product?

A   No.  I think it's my contention that he even has ingredients or whatever it is, there's no opening, there's no opening. We legitimately lost our opening in the creatine space and we can't get it back.

Q   Do you think that advertising your products as patented causes consumers to buy

Page 375

DEREK ETTINGER

them?

A   Well, in this case, obviously not.

Q   So typically advertising a product as patented doesn't result in consumers buying the products, right?

A   I would say it depends on the product and the title.  It depends on the avenue, it depends on who your licensee is. If your licensee has the kind of {inaudible} had and continues to have, then, yeah, then it carries a lot of weight.

Q   All right.

I want to move on to your BPI's BCAA products.  These include Oligopeptide-Enzymatic Technology, right?

A   I'm sorry.  I didn't prepare for this.  I think I said earlier this stuff sounds eerily familiar to material that appeared in a previous lawsuit that you brought against us, like I said, and I don't think there's any creatine here.  And I certainly don't see it as part of our counterclaim.

MR. COLLINS:  Mr. Hillyer, are

Page 376

DEREK ETTINGER

you directing him not to answer on questions related to the BCAA product?

MR. HILLYER:  I'm not directing him to do anything.  He just gave the testimony he gave.

What category is this?  Number 10?

MR. COLLINS:  I don't have it in front of me, but I think that's right.

MR. HILLYER:  Oligopeptide-Enzy matic Technology?

I mean, we'll stand on our projections.  You're welcome to answer questions.  I'm not instructing him to do anything.

MR. COLLINS:  Okay.

BY MR. COLLINS:

Q   Did BPI develop this technology?

A   I am not, you know, prepared to talk about that today.  I think it's already been dealt with in a previous case.

I also say it doesn't involve any creatine and I don't think you have any

Page 377

DEREK ETTINGER

claims against it; and so I would probably need more time to get prepared to answer these questions, if I was so inclined to do so, given the fact that they have already been dealt with and dismissed.

Q   Okay.  Well, sir, I don't have to justify why my question is relevant to you.

Do you know the answer to my question?  Did BPI develop this technology?

A   I'm sorry, but this case sounds eerily familiar to the one that you brought against us.  It doesn't have the creatine. In preparing for this case and this deposition, I didn't look at anything, nor am I prepared to talk about it.

But, no, you're right, I can't tell you what you can and can't ask me.  But I can tell you that I'm not prepared or inclined right now to start talking about something else that was part of the case.

Q   Okay, sir, are you refusing to answer my questions about this topic?

A   No.  I'm telling you that I might get to the point where I'm inclined to