# EXHIBIT 2

```
 BOP6H              *          PUBLIC INFORMATION            *      01-07-2021
PAGE 001            *             INMATE DATA                *       13:21:12
                               AS OF 01-07-2021


REGNO..: 62351-004 NAME: ETTINGER, DEREK

                        RESP OF: CMM
                        PHONE..: 305-982-1181    FAX: 305-536-4024
                                                 RACE/SEX...: WHITE / MALE
                                                 AGE:  49
ACTUAL RELEASE METH.: 3621E CMPL
ACTUAL RELEASE DATE.: 02-18-2005
```

```
 G0002        MORE PAGES TO FOLLOW . . .
```

```
 BOP6H           *          PUBLIC INFORMATION          *      01-07-2021
PAGE 002         *              INMATE DATA             *      13:21:12
                            AS OF 02-18-2005


REGNO..: 62351-004 NAME: ETTINGER, DEREK


                    RESP OF: CMM
                    PHONE..: 305-982-1181    FAX: 305-536-4024
HOME DETENTION ELIGIBILITY DATE: 12-16-2004


THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  02-18-2005 VIA 3621E CMPL


-----------------------PRIOR JUDGMENT/WARRANT NO: 010 -----------------------


COURT OF JURISDICTION..........: TEXAS, WESTERN DISTRICT
DOCKET NUMBER..................: A-01-CR-175-H
JUDGE..........................: HUDSPETH
DATE SENTENCED/PROBATION IMPOSED: 05-15-2003
DATE COMMITTED.................: 06-18-2003
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO


                 FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.:  $200.00        $00.00          $00.00       $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00

-------------------------PRIOR OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  382     21:841 SCH I NON-NARCOTIC
OFF/CHG: 21:841(A)(1) POSSESSING WITH INTENT TO DISTRIBUTE A QUANTITY
         OF "NEXUS" CT 1; 21:331(I)(3),21:333(A)(2) COUNTERFEIT
         LABELING OF A DRUG  CT 2

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    27 MONTHS
 TERM OF SUPERVISION............:     3 YEARS
 DATE OF OFFENSE................: 05-08-2001




 G0002      MORE PAGES TO FOLLOW . . .
```

```
BOP6H            *         PUBLIC INFORMATION          *      01-07-2021
PAGE 003 OF 003 *             INMATE DATA              *      13:21:12
                         AS OF 02-18-2005


REGNO..: 62351-004 NAME: ETTINGER, DEREK


                    RESP OF: CMM
                    PHONE..: 305-982-1181   FAX: 305-536-4024
-------------------------PRIOR COMPUTATION NO: 010 -------------------------


COMPUTATION 010 WAS LAST UPDATED ON 07-14-2004 AT COL AUTOMATICALLY


THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:   010 010


DATE COMPUTATION BEGAN..........: 05-15-2003
TOTAL TERM IN EFFECT............:   27 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    2 YEARS      3 MONTHS
EARLIEST DATE OF OFFENSE........: 05-08-2001


JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                    07-30-2001   07-30-2001
                                    02-20-2003   02-21-2003
                                    05-12-2003   05-14-2003


TOTAL PRIOR CREDIT TIME.........: 6
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 106
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 04-24-2005
ELDERLY OFFENDER TWO THIRDS DATE: 11-07-2004
EXPIRATION FULL TERM DATE.......: 08-08-2005
TIME SERVED.....................:    1 YEARS      9 MONTHS     10 DAYS
PERCENTAGE OF FULL TERM SERVED..:  79.2
PERCENT OF STATUTORY TERM SERVED:  90.9


ACTUAL SATISFACTION DATE........: 02-18-2005
ACTUAL SATISFACTION METHOD......: 3621E CMPL
ACTUAL SATISFACTION FACILITY....: CMM
ACTUAL SATISFACTION KEYED BY....: CER


DAYS REMAINING..................: 171
FINAL PUBLIC LAW DAYS...........: 0




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```