UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60505-CIV-SMITH

BPI SPORTS, LLC,

    Plaintiff,

v.

THERMOLIFE INTERNATIONAL, LLC, *et al.*,

    Defendants.

_____/

## ORDER

This matter is before the Court *sua sponte*. On May 5, 2020, Plaintiff filed a Motion for Partial Summary Judgment [DE 81] seeking a ruling on the validity of a claim under U.S. Patent No. 7,777,074 and the patent rights, if any, Defendants had in the composition of creatine nitrate. In opposition, Defendants stated that they intended to file a petition for writ of certiorari to the United States Supreme Court on the same issue. Defendants filed their Petition for a Writ of Certiorari [DE 139-1] on August 10, 2020. On January 11, 2021, the Supreme Court denied Defendants' Petition for Writ of Certiorari. *ThermoLife Int'l, LLC v. Iancu,* 208 L. Ed. 2d 520 (2021). Accordingly, it is

**ORDERED** that, no later than March 18, 2021, the parties shall each file an updated brief, arguing their respective positions on the Plaintiff's Motion for Partial Summary Judgment [DE 81]. The Court expects the parties to address whether the issue presented to the Court remains in dispute and whether an applicable Certificate of Reexamination has been issued. The briefs shall not exceed five pages. Neither party shall have an opportunity to respond.

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 12th day of March, 2021.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: Counsel of record