UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60505-CIV-SMITH/VALLE

BPI SPORTS, LLC,

    Plaintiff,

v.

THERMOLIFE INTERNATIONAL, LLC, *et al.,*

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation to District Judge [DE 228], in which the Magistrate Judge recommends that Plaintiff's Motion to Strike Affirmative Defenses [DE 130] be granted. No objections have been filed to the Report and Recommendation. Thus, having reviewed Magistrate Judge Valle's Report and Recommendation, the record, and given that the parties did not object, it is

    **ORDERED** that:

    1. The Report and Recommendation to District Judge [DE 228] is **AFFIRMED** and **ADOPTED**.

    2. Plaintiff's Motion to Strike Affirmative Defenses [DE 130] is **GRANTED**.

    3. Defendants' first and fourth affirmative defenses are **STRICKEN without prejudice**.

    4. Defendants' second and third affirmative defenses are **STRICKEN with prejudice**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 14th day of March, 2021.

*/s/ Rodney Smith*
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    Counsel of record