UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60505-CIV-SMITH

BPI SPORTS, LLC,

    Plaintiff,

v.

THERMOLIFE INTERNATIONAL, LLC, *et al.*,

    Defendants.
_____/

## ORDER CONTINUING TRIAL

Pursuant to Administrative Order 2021-33 of the Southern District of Florida, which continued all jury trials scheduled to begin after March 30, 2020 until July 6, 2021, it is

**ORDERED** that this case is continued until the two-week trial period set to begin **August 16, 2021.** Calendar Call shall take place on **August 10, 2021 at 9:00 a.m.** All other deadlines remain unchanged.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 19th day of April, 2021.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record