# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

BPI SPORTS, LLC,

    Plaintiff,

vs.

THERMOLIFE INTERNATIONAL, LLC, MUSCLE BEACH NUTITION LLC, and RONALD L. KRAMER,

    Defendants.

CASE NO.: 0:19-cv-60505-SMITH

## DEFENDANTS' REVISED PROPOSED VERDICT FORM

We, the jury, unanimously find the following by a preponderance of the evidence:

**FALSE ADVERTISING**

1. Did Defendants make a literally false statement of fact in its advertisement and promotion of its CRTN-3 product? (Circle either YES or NO for each Defendant):

    Ronald Kramer:    YES    NO

    ThermoLife / Muscle Beach Nutrition:    YES    NO

If you answered "YES" to question 1, continue to question 4. If you answered "NO" to question 1 continue to question 2.

2. Did Defendants make a misleading statement of fact in its advertisement and promotion of its CRTN-3 product? (Circle either YES or NO for each Defendant):

    Ronald Kramer:    YES    NO

    ThermoLife / Muscle Beach Nutrition:    YES    NO

If you answered "YES" to question 2, continue to question 3. If you answered "NO" to question 2 continue to question 8.

3. Did Defendants' advertisement and promotion of its CRTN-3 product deceive, or had the capacity to deceive, consumers? (Circle either YES or NO for each Defendant):

    Ronald Kramer:                                      YES          NO

    ThermoLife / Muscle Beach Nutrition:    YES          NO

If you answered "YES" to question 3, continue to question 4. If you answered "NO" to question 3 continue to question 8.

4. Was a literally false or misleading advertisement and promotion of Defendants' CRTN-3 product material, in that it was likely to influence consumers' purchasing decisions? (Circle either YES or NO for each Defendant):

    Ronald Kramer:                                      YES          NO

    ThermoLife / Muscle Beach Nutrition:    YES          NO

If you answered "YES" to question 4, continue to question 5. If you answered "NO" to question 4 continue to question 8.

5. Did Defendants' advertisement and promotion of the CRTN-3 product affect interstate commerce? (Circle either YES or NO for each Defendant):

    Ronald Kramer:                                      YES          NO

    ThermoLife / Muscle Beach Nutrition:    YES          NO

If you answered "YES" to question 5, continue to question 6. If you answered "NO" to question 5 continue to question 8.

6. Did Defendants' advertisement and promotion directly cause harm to Plaintiff? (Circle either YES or NO for each Defendant):

    Ronald Kramer:                                      YES          NO

    ThermoLife / Muscle Beach Nutrition:    YES          NO

7.  If you circled YES for any Defendant for question 6, then for each Defendant you circled YES to question 6, please state the amount of damages BPI has suffered as a direct result of false advertising by that Defendant:

    Ronald Kramer:                                Damages:_____

    ThermoLife / Muscle Beach Nutrition:    Damages:_____

## II.  UNFAIR COMPETITION

8.  Did Defendants engage in unfair competition? (Circle either YES or NO for each Defendant):

    Ronald Kramer:                                YES        NO

    ThermoLife / Muscle Beach Nutrition:    YES        NO

If you answered "YES" to question 7, continue to question 8.  If you answered "NO" to question 7 continue to question 11.

9.  Did Defendants' unfair competition directly cause harm to Plaintiff (Circle either YES or NO for each Defendant):

    Ronald Kramer:                                YES        NO

    ThermoLife / Muscle Beach Nutrition:    YES        NO

10. If you circled YES for any Defendant for question 9, then for each Defendant you circled YES to question 9, please state the amount of damages BPI has suffered as a direct result of Defendant's unfair competition:

    Ronald Kramer:                                Damages:_____

    ThermoLife / Muscle Beach Nutrition:    Damages:_____

**FALSE PATENT MARKING**

11. Did Defendants falsely mark the CRTN-3 products with patents that do not cover the CRTN-3 products?  (Circle either YES or NO for each Defendant):

    Ronald Kramer:                                YES        NO

      ThermoLife / Muscle Beach Nutrition:      YES      NO

If you answered "YES" to question 11, continue to question 12. If you answered "NO" to question 11 continue to question 14.

12. Did Defendants intend to deceive the public through their patent marking of the CRTN-3 product?

      Ronald Kramer:      YES      NO

      ThermoLife / Muscle Beach Nutrition:      YES      NO

If you answered "YES" to question 12, continue to question 13. If you answered "NO" to question 12 continue to question 14.

13. Was the false patent marking of the CRTN-3 product the but-for cause of any harm to BPI?

      Ronald Kramer:      YES      NO

      ThermoLife / Muscle Beach Nutrition:      YES      NO

14. Did Defendants falsely mark the products of its licensees with patents that do not cover its licensees' products? (Circle either YES or NO for each Defendant):

      Ronald Kramer:      YES      NO

      ThermoLife / Muscle Beach Nutrition:      YES      NO

If you answered "YES" to question 14, continue to question 15. If you answered "NO" to question 14 continue to question 17.

15. Did Defendants intend to deceive the public through their patent marking of the products of its licensees?

      Ronald Kramer:      YES      NO

      ThermoLife / Muscle Beach Nutrition:      YES      NO

If you answered "YES" to question 15, continue to question 16.  If you answered "NO" to question 15 continue to question 17.

16. Was the false patent marking of the products of its licensees the but-for cause of any harm to BPI?

| | | |
|---|---|---|
| Ronald Kramer: | YES | NO |
| ThermoLife / Muscle Beach Nutrition: | YES | NO |

17. If you circled YES for any Defendant for questions 13 or 16, then for each Defendant you circled YES to questions 13 or 16, please state the amount of damages to which BPI is entitled from that Defendant:

Ronald Kramer:                                    Damages:_____

ThermoLife / Muscle Beach Nutrition:    Damages:_____


_____

SO SAY WE ALL.                                    **Foreperson's Signature**


_____

**Date**