UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-60505-CV-SMITH

BPI SPORTS, LLC,

      Plaintiff,

vs.

THERMOLIFE INTERNATIONAL, LLC,
MUSCLE BEACH NUTRITION, LLC,
And RONALD L. KRAMER.

      Defendants.
_____/

QUESTION/NOTE FROM THE
JURY TO THE COURT

Can foreperson speak to judge for a few minutes. No.

DATE:_____

TIME:_____

_____
FOREPERSON SIGNATURE

_____
FOREPERSON PRINT

Counsel x bPE

How $23M. in Gross sales Are Consider Profit?

Why you did not show a P&L?

We Are NOT UNANIMOUS on Any of the Claims And do not see Ability to become so.

Case 0:19-cv-60505-RS Document 331 Entered on FLSD Docket 10/22/2021 Page 3 of 7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-60505-CV-SMITH

BPI SPORTS, LLC,

      Plaintiff,

vs.

THERMOLIFE INTERNATIONAL, LLC,
MUSCLE BEACH NUTRITION, LLC,
And RONALD L. KRAMER.

      Defendants.
_____/

QUESTION/NOTE FROM THE
JURY TO THE COURT

Is there a minimum Amount NO or can we put $0.00. YES

DATE:_____

TIME:_____

_____
FOREPERSON SIGNATURE

_____
FOREPERSON PRINT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-60505-CV-SMITH

BPI SPORTS, LLC,

    Plaintiff,

vs.

THERMOLIFE INTERNATIONAL, LLC,
MUSCLE BEACH NUTRITION, LLC,
And RONALD L. KRAMER.

    Defendants.
_____/

QUESTION/NOTE FROM THE
JURY TO THE COURT

"IF the proof fails to establish <u>any</u> essential part of the Plaintiff's claims by a preponderance of the evidence, you should find <u>for</u> the Defendant as to that claim."

Question: Can we mark "yes" to certain parts And "No" to other parts of the same claim?

~~If So,~~ YES

DATE:_____

TIME:_____

FOREPERSON SIGNATURE

FOREPERSON PRINT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-60505-CV-SMITH

**BPI SPORTS, LLC,**

      **Plaintiff,**

vs.

**THERMOLIFE INTERNATIONAL, LLC,
MUSCLE BEACH NUTRITION, LLC,
And RONALD L. KRAMER.**

      **Defendants.**

_____/

QUESTION/NOTE FROM THE
JURY TO THE COURT

Is there a minimum amount or can we put $0.00.

DATE:_____

TIME:_____

FOREPERSON SIGNATURE

FOREPERSON PRINT

We Reached A Verdict