UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60505-CIV-SMITH

BPI SPORTS, LLC,

    Plaintiff,

v.

THERMOLIFE INTERNATIONAL, LLC,
MUSCLE BEACH NUTRITION, LLC, and
RONALD L. KRAMER,

    Defendants.
_____/

## VERDICT FORM

We, the jury, unanimously find the following by a preponderance of the evidence:

**FALSE ADVERTISING**

1. Did Defendants make a literally false statement of fact in its advertisement and promotion of its CRTN-3 product? (Circle either YES or NO for each Defendant):

| | | |
|---|---|---|
| Ronald Kramer: | **YES** (circled) | NO |
| ThermoLife / Muscle Beach Nutrition: | **YES** (circled) | NO |

If you answered "YES" to question 1 as to either Defendant, skip to question 4. If you answered "NO" to question 1 as to both Defendants, continue to question 2.

2. Did Defendants make a misleading statement of fact in its advertisement and promotion of its CRTN-3 product? (Circle either YES or NO for each Defendant):

| | | |
|---|---|---|
| Ronald Kramer: | YES | NO |
| ThermoLife / Muscle Beach Nutrition: | YES | NO |

If you answered "YES" to question 2 as to either Defendant, continue to question 3. If you answered "NO" to question 2 as to both Defendants, skip to question 8.

3. Did Defendants' advertisement and promotion of its CRTN-3 product deceive, or have the capacity to deceive, consumers? (Circle either YES or NO for each Defendant):

| | | |
|---|---|---|
| Ronald Kramer: | YES | NO |
| ThermoLife / Muscle Beach Nutrition: | YES | NO |

If you answered "YES" to question 3 as to either Defendant, continue to question 4. If you answered "NO" to question 3 as to both Defendants, skip to question 8.

4. Was a literally false or misleading advertisement and promotion of Defendants' CRTN-3 product material, in that it was likely to influence consumers' purchasing decisions? (Circle either YES or NO for each Defendant):

| | | |
|---|---|---|
| Ronald Kramer: | (YES) | NO |
| ThermoLife / Muscle Beach Nutrition: | (YES) | NO |

If you answered "YES" to question 4 as to either Defendant, continue to question 5. If you answered "NO" to question 4 as to both Defendants, skip to question 8.

5. Did Defendants' advertisement and promotion of the CRTN-3 product affect interstate commerce? (Circle either YES or NO for each Defendant):

| | | |
|---|---|---|
| Ronald Kramer: | (YES) | NO |
| ThermoLife / Muscle Beach Nutrition: | (YES) | NO |

If you answered "YES" to question 5 as to either Defendant, continue to question 6. If you answered "NO" to question 5 as to both Defendants, skip to question 8.

6. Did Defendants' advertisement and promotion directly cause harm to Plaintiff? (Circle either YES or NO for each Defendant):

| | | |
|---|---|---|
| Ronald Kramer: | (YES) | NO |
| ThermoLife / Muscle Beach Nutrition: | (YES) | NO |

2

7.  If you circled YES for any Defendant for question 6, then for each Defendant you circled YES to question 6, please state the amount of damages BPI has suffered as a direct result of false advertising by that Defendant:

Ronald Kramer:                              Damages: $0.00

ThermoLife / Muscle Beach Nutrition:        Damages: $0.00

**UNFAIR COMPETITION**

8.  Are one or more of the Defendants a competitor to BPI (Circle either YES or NO for each Defendant):

Ronald Kramer:                              **YES**    NO

ThermoLife / Muscle Beach Nutrition:        **YES**    NO

If you answered "YES" to question 8 as to either Defendant, continue to question 9. If you answered "NO" to question 8 as to both Defendants, skip to question 12.

9.  Did one or more of the Defendants engage in fraudulent or deceptive conduct (Circle either YES or NO for each Defendant):

Ronald Kramer:                              **YES**    NO

ThermoLife / Muscle Beach Nutrition:        **YES**    NO

If you answered "YES" to question 9 as to either Defendant, continue to question 10. If you answered "NO" to question 8 as to both Defendants, skip to question 12.

10. Was the fraudulent or deceptive conduct of one or more of the Defendants likely to cause consumer confusion (Circle either YES or NO for each Defendant):

Ronald Kramer:                              **YES**    NO

ThermoLife / Muscle Beach Nutrition:        **YES**    NO

3

11. If you circled YES for any Defendant for question 10, then for each Defendant you circled YES to question 9, please state the amount of damages BPI has suffered as a direct result of Defendant's unfair competition:

    Ronald Kramer:                          Damages: $0.00

    ThermoLife / Muscle Beach Nutrition:    Damages: $0.00

**FALSE PATENT MARKING**

12. Did Defendants falsely patent mark one or more products (Circle either YES or NO for each Defendant):

    Ronald Kramer:                          **(YES)**    NO

    ThermoLife / Muscle Beach Nutrition:    **(YES)**    NO

If you answered "YES" to question 12 as to either Defendant, continue to question 13. If you answered "NO" to question 12 as to both Defendants, skip the remaining questions proceed to the signature block.

13. Did Defendants do so for the purpose of deceiving the public (Circle either YES or NO for each Defendant):

    Ronald Kramer:                          **(YES)**    NO

    ThermoLife / Muscle Beach Nutrition:    **(YES)**    NO

If you answered "YES" to question 13 as to either Defendant, continue to question 14. If you answered "NO" to question 13 as to both Defendants, skip the remaining questions proceed to the signature block.

14. Did BPI suffer a competitive injury as a result of Defendants' false patent marking (Circle either YES or NO for each Defendant):

    Ronald Kramer:                          YES    **(NO)**

    ThermoLife / Muscle Beach Nutrition:    YES    **(NO)**

If you answered "YES" to question 14 as to either Defendant, continue to question 15. If you answered "NO" to question 14 as to both Defendants, skip the remaining questions proceed to the signature block.

15.	If you circled YES for any Defendant for question 14, then for each Defendant you circled YES to question 14, please state the amount of damages to which BPI is entitled from that Defendant:

    Ronald Kramer:                            Damages:_____

    ThermoLife / Muscle Beach Nutrition:    Damages:_____

**SO SAY WE ALL**

                                              **Foreperson's Signature**

                                              **Foreperson's Printed Name**

                                              *10-21-21*
                                              **Date**