UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60505-CIV-SMITH

BPI SPORTS, LLC,

    Plaintiff,

v.

THERMOLIFE INTERNATIONAL, LLC,
MUSCLE BEACH NUTRITION, LLC, and
RONALD L. KRAMER,

    Defendants.
_____/

## FINAL JUDGMENT

Pursuant to the jury verdict entered on October 21, 2021, judgment is entered as follows:

1. On Count I for false advertising, judgment is entered in favor of Plaintiff, BPI Sports, LLC, and against Defendants, ThermoLife International, LLC, Muscle Beach Nutrition, LLC, and Ronald L. Kramer, in the amount of zero dollars ($0.00).

2. On Count II for unfair competition, judgment is entered in favor of Plaintiff, BPI Sports, LLC, and against Defendants, ThermoLife International, LLC, Muscle Beach Nutrition, LLC, and Ronald L. Kramer, in the amount of zero dollars ($0.00).

3. On Count III for false patent marking, judgment is entered in favor of Defendants, ThermoLife International, LLC, Muscle Beach Nutrition, LLC, and Ronald L. Kramer, and against Plaintiff, BPI Sports, LLC. Plaintiff, BPI Sports, LLC's claim for false patent marking is dismissed with prejudice.

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 25th day of October, 2021.

*[Signature]*

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    Counsel of record