UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-60505

BPI Sports, LLC

Plaintiff(s),

vs.

Thermolife International, LLC, et al

Defendant(s).
_____/

**RELEASE OF EXHIBITS**

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

[ ] Guns, jewelry, currency, drugs, explosives
Item Nos. _____

[ ] Oversize records (larger than 10" x 12" x 15")
Item Nos. _____

[ ] Stored by Records Section in: [ ] Miami [ ] FTL [ ] WPB

[✓] Other (Explain): Defendant's Paper Exhibits

[ ] Attachments
(Exhibit list, Order of Court)

Exhibits Released by: _____
(Deputy Clerk)

Signature: _____
Print Name: Maria Castro Sanchez
Agency or Firm: Reed Smith LLP
Address: 1001 Brickel Bay Drive
Suite 900 Miami, FL 33131
Telephone: (954) 328-5714
Date: 11/5/2021

ORIGINAL - Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record