```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                         (FT. LAUDERDALE)
                       CASE NO.  19-CV-60505
```

**BPI SPORTS, LLC.,**
        Plaintiff,               Ft. Lauderdale, Florida
vs.                         October 15, 2021

**THERMOLIFE INTERNATIONAL, LLC,**
**MUSCLE BEACH NUTRITION, LLC, and**
**RONALD KRAMER,**
        Defendants.

---------------------------------------------------------

**Voir Dire and Jury Selection**
BEFORE THE HONORABLE RODNEY SMITH
UNITED STATES DISTRICT JUDGE

APPEARANCES:
FOR THE PLAINTIFF:    **HILLYER LEGAL, PLLC,** by:
                    **Gregory L. Hillyer, Esq.,**
                    5335 Wisconsin Avenue, N.W., Suite 440
                    Washington, D.C.  20015


                    **BRICKELL IP GROUP, PLLC,** by:
                    Javier Sobrado, Esq.
                    1101 Brickell Avenue
                    South Tower, Suite 800
                    Miami, Florida  33131

FOR THE DEFENDANTS: **DOWD SCHEFFEL,** by:
                    Matthew J. Dowd, Esq.
                    Robert J. Scheffel, Esq.
                    Anthony Son, Esq.
                    1717 Pennsylvania Avenue, NW
                    Washington, D.C.  20006

Also Present:  Chris Mackenzie, Ronald Kramer, James Bell,
                  Kisa Motiwala, Elliott Gee

STENOGRAPHICALLY
REPORTED BY:         ELLEN A. RASSIE, RMR-CRR
                  Official Court Reporter to the
                  Honorable Rodney Smith
                  299 East Broward Blvd., Room 202B
                  Ft. Lauderdale, Florida  33301

# I N D E X

Voir Dire by the Court....................................9

Voir Dire by the Plaintiff.............................35


Voir Dire by the Defendants.......................42

**FRIDAY MORNING SESSION, OCTOBER 15, 2021**

P-R-O-C-E-E-D-I-N-G-S

- - -

(Call to the Order of the Court.)

THE COURT: Good morning, everyone. You may have a seat. Patricia, you want to the call case so we can proceed.

THE COURTROOM DEPUTY: Yes, Judge. This BPI Sports versus ThermoLife, et al. Case number 19-CV-60505, Smith. Counsel, please state your appearances for the record.

MR. HILLYER: Good morning, Your Honor. Lead counsel for BPI Sports, the plaintiff, Gregory Hillyer, on behalf of Hillyer Legal. Nice to meet you.

THE COURT: Good morning.

MR. SOBRADO: Good morning. Javier Sobrado from the Brickell IP Group on behalf of BPI Sports.

MR. DOWD: Good morning. Matthew Dowd from Dowd Scheffel representing the defendants, ThermoLife International, Muscle Beach Nutrition and Mr. Ronald Kramer who's sitting at the defense table.

THE COURT: Good morning.

MR. SCHEFFEL: Good morning, Your Honor. Robert Scheffel of Dowd Scheffel representing the defendants, as well.

THE COURT: All right. Well, we're going to proceed, to bring the jurors in.

MR. SON: One more appearance to be made here. Good

morning.  Anthony Son on behalf of defendants, as well.

THE COURT:  All right.

MR. HILLYER:  Your Honor, may I also -- we have a client representative as well, Chris Mackenzie, chief executive officer of BPI.

MR. DOWD:  One last name, Your Honor, to be complete. We also have our trial director, James Bell, who's sitting at the table and we have two of our associates with Dowd Scheffel, Kisa Motiwala and Elliott Gee.  They're both law graduates. Elliott has passed the Bar in California, is admitted.  And Ms. Motiwala is waiting for admission in New York.

THE COURT:  Congratulations.  Best of luck to you as well.  All right.  Couple of things.  I just want to address a few housekeeping matters before we bring in the jurors.  I have a list of the following names that I'm going to call to make sure that there's no conflict that the jurors may not know. This is what I have.  Let me know, do we have any other names.

We have Chris Mackenzie, Jason Marazzito, Dr. Steven Bannister, Ron or Ronald Kramer, Dr. Thomas Bannister, Mark Keegan, Derek Ettinger and Alexander Nikolaidis.

MR. DOWD:  Nikolaidis, Your Honor.

THE COURT:  Are those the only witnesses who may testify in this trial?

MR. HILLYER:  Those are all of them for plaintiff.

MR. DOWD:  Yes, Your Honor.

THE COURT:  For the defense, as well, right?

MR. DOWD:  Yes.

THE COURT:  All right.  Got it.  Now, today only we're going to select the jurors.  I'm sure you've been advised that I will permit ten minutes per side to question and also once we're done with that, we'll select the jurors and we'll proceed with openings and the trial testimony commencing on Monday.

So, today is only for just to select the jury.  You've have had adequate time to prepare and do what you need to do upcoming, and it's my understanding this trial should last for four days?

MR. HILLYER:  Correct, Your Honor.

MR. DOWD:  Correct, Your Honor.

THE COURT:  All right.  And, Patricia, you want to bring -- get the jurors?  Anything else I need to discuss before the jurors come?

MR. DOWD:  Your Honor, the defendants do have one issue concerning the proposed jury instructions.  It goes to the preliminary instruction.  If you have a moment, we'd like to raise that with you.

THE COURT:  Okay.  Go ahead.

MR. DOWD:  Sure.  And this is -- I'll just turn to it.  It's at 240, being docket entry 240.

THE COURT:  Yes.

MR. DOWD:  And this is on page 3, and there was -- as Your Honor knows, there was a sanctions order entered against Mr. Kramer in the case.  One of the proposed instructions which was proposed by plaintiff as the Court has determined that defendants Ronald -- defendant, Ronald Kramer, fabricated evidence to enhance defendant's case.  Specifically defendant, Mr. Kramer, manufactured a written license agreement at a time when the license was a disputed issue.  You may consider this fact when evaluating Mr. Kramer's credibility.

Two points on that, Your Honor.  The order -- to be precise, the order says attempted to manufacture so we'd ask that it be more precise.

But the second thing is that defendants also proposed that in a later portion, I believe it's on 15 of the proposed instructions, let me turn to it.  It's -- and it would be a portion that you would read to the jury in terms of assessing the credibility of the witnesses after the jury hears the evidence and I think our point here is several fold.

One, the proposed instructions as part of the preliminary instructions is sort of out of context.  The jurors won't understand what's being said.  And as you know, we're new to this case, and we've had a chance to look at the facts, look at what has transpired in that.  We're not asking to necessarily rewind the order and the sanctions, but we have seen based on our review of the record, that Mr. Kramer may not

have been adequately represented in the past.  And we have a question about whether that particular sanction, like, in terms of the jury instruction is going to be so prejudicial, that it would be problematic.

As you remember from the case, the order imposed a significant award of attorney's fees.  Like that by itself we believe is a significant enough detriment, but as you certainly know, Mr. Kramer when he was represented by former counsel, he was advised not to testify at the hearing before Judge Valle.

And in our review, that's problematic.  What we're trying to do, at least for the preliminary instructions today, we would ask that that proposed instruction not be read.  We assume that we'll have a jury charge conference sometime before the case is submitted to the jury, and I think the parties can -- well, we would actually like to discuss this by phone.  We've asked several times.  We have several issues with plaintiff's counsel.

THE COURT:  This is what I'm suggesting.  You can discuss that today after we select the jury.  I won't read it before the jury today, but we're going to select the jury only, and you can resolve that as to how we can fashion something appropriate at that time.

MR. DOWD:  Thank you, Your Honor.

THE COURT:  Anything else?

MR. HILLYER:  This is a little premature, but so we

don't have to address it on Monday, we made a request to use certain graphics out of the pretrial stipulation during our opening statement.  They come from the uncontested facts section and the same exhibits are, you know, throughout the exhibit list, and we were advised that there's an objection.  I wanted to raise it before the Court.

We think that the stipulations that were decided on months ago are fair game.  There's no question about their admissibility, so we'd ask the Court to permit us to use the graphics that are in the pretrial stipulation at paragraphs 12, 15 and 19.

THE COURT:  For opening?

MR. HILLYER:  Correct.

MR. DOWD:  Well, I would dispute that there's no question about the admissibility of what Mr. Hillyer has represented.  I think it is premature, so I agree with him to that extent.  We're happy to work with him over the weekend and talk about it by phone to try to figure this out.  Again, we've asked for a telephonic meet and confer to resolve some of these issues.  We've been ignored multiple times.

THE COURT:  The good news is you're here today.  You can resolve it today.

MR. DOWD:  Exactly.

THE COURT:  We're not going to prolong these issues. You can resolve it today once we pick the jury.  We're going to

have a smooth trial.  We're not going to have any interruptions here back and forth, especially if things are stipulated. We're going to move this trial along accordingly.

MR. DOWD:  Of course, Your Honor.

MR. HILLYER:  Thank you, Your Honor.

THE COURT:  You're welcome.

THE COURTROOM DEPUTY:  Judge, we're set when you are.

THE COURT:  Give me one moment.

THE COURTROOM DEPUTY:  Yes, sir.

THE COURT:  You can bring the jurors, please.

THE COURTROOM DEPUTY:  Yes, sir.

(Thereupon, the jury entered the courtroom.)

THE COURTROOM DEPUTY:  You know what, guys?  You are in the reverse order.  Number 14 would sit there.  And you're number?

A JUROR:  Eight.

THE COURTROOM DEPUTY:  Great.  Thank you.  Thank you. Judge, okay.  So, now that you've been seated, if you could stand so that I can swear you in.  Sorry about that.

(Thereupon, the jury was sworn as a prospective body.)

**VOIR DIRE BY THE COURT**

THE COURTROOM DEPUTY:  Thank you.  You may be seated.

THE COURT:  All right.  Good morning, ladies and gentlemen.

ALL JURORS:  Good morning.

THE COURT:  17 people here, about maybe seven, eight said good morning.  I know it's Friday.  Good morning, ladies and gentlemen.

ALL JURORS:  Good morning.

THE COURT:  That's better.  That's better.  Well, let me introduce myself.  My name is Judge Rodney Smith.  I want to first of all thank you for coming here on this Friday.  I know you probably are going to be thinking about any other places that you'd rather be than sitting here on this Friday before Judge Smith, right?  I know.  I know.

But to put it in perspective, you're not the only one sitting in court here.  All across the country, individuals are picking juries to help people resolve their disputes and if it's a criminal case, as well, it's a different matter.

But I think you're the lucky ones.  Here's why.  This is not a criminal case which typically lasts longer and you have the Government involved or prosecution involving crimes.  No one is being charged with a crime.  No one is going to prison or jail or anything along those lines.  This is a civil case.  And civil, sometimes these trials can last for weeks and weeks or months.

And the good news is those who are fortunate to serve, we're going to end next week, no later than perhaps Friday.  So, we're going to ask of those who want to be chosen to serve until next week.  We may finish Thursday, perhaps, but

sometimes things happen with scheduling but the goal is to get you out definitely by next week.

With that said, is there anyone here that has a compelling reason that you cannot sit for this jury?  Actually, we're going to end next week, and also before you answer that question, today, we should be done within an hour or two at most so you're going to get a chance to go home early.  We're not going to start the testimony and the trial until Monday so, you're going to have a good Friday, you know, right?  See.  You know, and which is good.

So, that's another incentive.  You never know.  You could be on another trial and just sitting there til kingdom come, so to speak.

With that said, is there anyone -- before you say you know what, Judge?  The trial is going to end next week, that have a compelling reason that you cannot serve if you're selected?  When I say compelling reason, this is what I mean about compelling reason.

You say, Judge, I have a plane ticket, nonrefundable.  I'm flying out next week.  Throughout this process, I'm having surgery.  I can't cancel a medical appointment.  I care for a loved one.  I'm the only provider and there's no one else to watch him or her if I'm not there.

Or two, I know we all love our jobs for the most part, those who are working, but you tell me that, Judge, if I don't

go to work, I don't get paid.  If I don't get paid for these perhaps five days, I can't pay my mortgage or my rent and I'm going to be homeless.  Those are generally compelling reasons.

Here's why.  Because when you look at other countries, there's some countries there that only have dictators, all right?  They have one person who makes all the decisions and can take people's life, property with no regard.  They don't have a democracy.

And also when you think about our men and women who served in the Armed Forces.  Anyone here ever serve in the military?  Well, you know someone?  You know someone who has served in the military?  We all do, perhaps for the most part.

All right.  And they are fighting for freedom for democracy so that we can enjoy the freedoms that we do have now so that you can be here.  They can't be at two places at the same time.

So, if I were to ask you if you were going to right now pack your bags and go overseas and defend our country and be placed in harm's way, or sit here and give up some time so if you can participate in one of the highest civic duties possible.  I think the choice is for most of us because you get to go home.  I say you're going to be gone in a couple hours.

For these women and women, unfortunately, that's not always the case.  We know many of them don't come home, unfortunately.

I can tell you many years ago, I met a young man who fought in Desert Storm and he was afraid to walk on U.S. soil, told me because he said he thought an IED would go off as he's walking around on the ground because of that.  I can you assure you there's no IED in this building here, as well.

You may remember many years ago there was a Marine who jumped on a grenade to save his fellow Marine's life so that the whole platoon would not die or something.  No one's going to ask you to jump on a grenade to try to save your fellow juror's life.

When you think about those freedoms that we enjoy, we have your men and women protecting our country, I know it may seem to be an inconvenience.  It's a necessary inconvenience to be here for this process to help parties resolve their dispute.  That's the American process.

Again, now that I gave you that spiel about if you're selected, is anyone here now saying, I heard what you said, Judge Smith.  Can you give me a reason why that is compelling if you're selected that you can't serve?  Please raise your hand and I will consider that.  Yes.  That's juror number four.  Is it Marie McKenzie?

JUROR FOUR:  Yes, Your Honor.  Good morning.  I work in a role in my company where I'm the only one in my role.  And I lead negotiations with the Government in the Caribbean which requires me to travel and I have travel scheduled on Monday to

meet with the Government in Guantanamo and I also have travel scheduled on Thursday to meet with the Government in the Bahamas.

THE COURT:  Anyone else other than Ms. Mckenzie?  We have Ms. Reid?  Yes, go ahead.

JUROR 17:  I'm not feeling comfortable.  Plus I wanted to go to my country because this has been --

THE COURT:  You're going to your country when?

JUROR 17:  I was planning next week.

THE COURT:  You already purchased the tickets?

JUROR 17:  My job, you have -- what you have to do before you purchase the tickets.

THE COURT:  You have to do what before you purchase the ticket?  Can you repeat that?

JUROR 17:  You cannot buy the ticket before they authorize you.

THE COURT:  Authorize.  Well, can you go the following week or so or --

JUROR 17:  Yes.  I'm still not comfortable.

THE COURT:  Comfortable about what?

JUROR 17:  No, it's not -- I don't know what the terms is.  It's not my cup of tea.

THE COURT:  What you mean, it's not your cup of tea?  Let me ask you this, everyone.  If you have never -- if you have ever served on a jury before within the past year, please

stand up.  No one is standing.  What about within the past two years?  If you served as a juror, please stand up.

If you have never served on a jury before, please stand up.  Never?  That's all but one, three or four individuals.  Please have a seat, please.  Thank you.

We're not trying to inconvenience anyone here asking you to come for jury duty every week or every day.  If you have to serve two or three times in a year, you probably have a bad driver's license number.  I think that's how they summon you guys to come here.

When you look at the most important of serving as a juror to take some time to participate in this is process, we're going to ask you that you serve.  I understand that we may have other plans, but when I hear like, again, our men and women who place their lives on the line because they can't be here and trust me, and so to sit here to participate in one of the most important civic duties, there's no other thing that you can do to pay them back out of respect but I appreciate your desire to want to go.  But at this point, the Court does not deem that to be a compelling reason at this time.

All right.  Also let me tell you a little bit more about how this process is going to work here, ladies and gentlemen.  I'm going to introduce the parties before us, as well.  Again, I already introduced myself.

You also have our court reporter, Ellen.  She's

probably the most important person here because she has to record every spoken word. And while it may be our natural tendencies to make nonwords like mm-hmm, that's not good. You don't want to, like, say mm-hmm, do this here? If I ask you a question and you shake your head, can she record that? No.

And anyone has ever season the old Incredible Hulk back in the days, Bill Bixby says please don't make me angry. You're not going to like it when I'm angry. We don't want green things to pop out of her head. Please, when you are speaking, make sure you speak slowly and audibly so she can hear you.

Now, also I have with me my deputy clerk, my courtroom deputy, Patricia, who generally will be in charge of the trial process including collecting exhibits, swearing in jurors, witnesses, et cetera. Have you all met Patricia? How is she treating you? You guys can tell me the truth once she steps out. It's okay. You're in court. You need to tell the truth here.

Also, I'm going to introduce to you, as well, you have our attorneys, the parties. I'm going to let them introduce themselves, as well. They are -- you have both on the left side here is the plaintiff, and they're the ones who filed the lawsuit here and they represent their client.

And to my right here you have the defendants who are -- they are being sued and they have a right to defend

themselves, as well.  They have their clients.  They're going to tell you their roles in the case and the clients who are sitting at their table and also read the names of the witnesses once we're done.

Beginning with plaintiff's counsel, please introduce yourself and who's sitting at your table before the jury.

MR. HILLYER:  Good morning.  My name is Gregory Hillyer, and I'm chief counsel in this case to the plaintiff, BPI Sports, L.L.C.  Seated at the end of counsel table here, we have the chief executive officer of BPI.  His name is Chris Mackenzie.  And on my team are my colleagues, Javier Sobrado as well as Nick Sullivan who's a brand new associate with the firm just took the Bar exam, and Christine Austin who's here to help us on the paralegal side.

THE COURT:  Thank you.  Defense?

MR. DOWD:  Thank you, Judge Smith.  Good morning, and thank you, everyone, for being here.  My name is Matthew Dowd, I'm an attorney and I represent Mr. Ronald Kramer.  Mr. Kramer, can you stand up?  Mr. Kramer is the owner of the two other corporate defendants, ThermoLife International and Muscle Beach Nutrition.

Helping us out next week is my partner, Robert Scheffel.  We also have Anthony Son, another attorney with us. We will have James Bell who's our trial director and will show you the evidence and the exhibits for our case.  And last but

certainly not least, is Kisa Motiwala, a new associate with our firm, and Elliott Gee, another new associate.  Thank you again for your time.

THE COURT:  Now, also the name of the witnesses. Would the plaintiff like to read the names of the witnesses who will be brought?  Who will be testifying in this matter?

MR. HILLYER:  Certainly, Your Honor.  BPI Sports is the plaintiff in this case.  And we'll be calling three, possibly four witnesses in the case.  The first witness in our case will be the gentleman I just introduced you to, Chris Mackenzie who's the chief executive officer.  We're going to be bringing one technical expert to the case and his name is Dr. Steve Bannister.  He will be followed by Jason Marazzito who's a former employee of BPI, and then we'll also be playing some videotaped deposition of Mr. Kramer before we rest our case.

THE COURT:  Defense?

MR. DOWD:  Thank you, again, Your Honor.  You will hear from our side of the story directly from Mr. Kramer.  You will also hear from a gentleman named Alex Nikolaidis.  Those two individuals are the two inventors of the patents that are at issue in the case.

You will also hear from two of our experts.  One expert is Dr. Thomas Bannister, so apologies ahead of time.  We do have two experts named Dr. Bannister, and we'll do our best

to keep it clear.

We have another expert who will testify, Mr. Mark Keegan, and he will tell you about the role of the dictionaries that play in advertising in this case, and we also may hear from another witness, Derek Ettinger, who's a corporate witness of the plaintiff.

In addition to that, we may, as well, play deposition testimony and we'll explain that when we get there.  Thank you.

THE COURT:  All right.  Hearing those names, and do anyone -- does anyone here recognize or know either myself, the court reporter, the attorneys, the parties or the potential witnesses in this case?  If so, please raise your hand.  No hands being raised so no one is famous or popular.  Great.  No one knows anyone.

So, again, as I mentioned this is a civil suit here. And basically, the plaintiff, as mentioned BPI, has brought claims against the defendants in this matter for alleging engaging in false advertising, unfair competition, false patent marketing.  Of course, the defendants, as you heard, deny those claims and you're going to hear from both sides.

And the way it works in a criminal case, make sure you don't get confused here.  I think we have a few jurors here who sat on a jury.  Who sat on a jury before, raise your hand? Let's start with -- that's Mr. -- is it Pedro Pereora?

JUROR 15:  Pereora.

THE COURT:  What kind of jury did you serve on, what kind of trial?

JUROR 15:  It was a drug case.

THE COURT:  A drug case.  Nothing related to this matter.

JUROR 15:  Nothing related to this matter.

THE COURT:  Got that.  Great.  Did you all reach a verdict?

JUROR 15:  He was not guilty.

THE COURT:  All right.  You didn't have to disclose it.  If a verdict had been reached, that's all we wanted to know.

That being said, it's different.  We have a prosecutor involved and a criminal defense attorney.  Here, you don't have that.  This is a dispute about a claim, and the burden of proof in that case was to the exclusion of and beyond every reasonable doubt, right?

JUROR 15:  Correct.

THE COURT:  Which is the highest burden.  Here, it's a civil suit.  It's different.  They call it preponderance of the evidence.  You hear greater weight of the evidence are where both sides starts equal, right?  Unlike in that criminal case you had, they don't start equal.  All the burden remains on whom?  The Government.  What they have to prove to the exclusion of beyond every reasonable doubt.

A defendant doesn't have to do anything in a criminal case. They can sit there, go to sleep, eat Krispy Kreme donuts, right? They're not even compelled to say anything because of their Fifth Amendment Constitutional right.

Here, in a civil case, here those who are going to be serving, remember the Lady Justice? They both start off equal, because the plaintiff because they brought the lawsuit has the burden of coming forward to tip the scale. You know, to satisfy that for you.

If they don't prove their case, your verdict must be for whom? The defendant. Everyone understand that? Now, let's say the plaintiff does tip the scale. Of course, the defense does have an opportunity to come forward to either rebut that evidence or present affirmative defenses, and if you believe their affirmative defenses was equal or overcome that, your verdict has to be for whom? The defendant. Do you understand that? Everyone understand that?

Okay. Of course, that's your job. It's not beyond and to the exclusion of every reasonable doubt which is very high, the highest burden. It's more likely than not, was it more true than not that what they're telling you happened? Basically, everyone understand that? Simple job. Can you do that?

ALL JURORS: Yes, Your Honor.

THE COURT: Got that. Star jurors. Thank you. I

appreciate that.

Now, also, ladies and gentlemen, throughout this trial I want to just before I forget, oftentimes, you know, I've been a judge for over twelve plus years now, 13, stopped counting, double digits here.

Sometimes jurors will sit there with their arms folded and their eyes are bulging at the Court because they have to use the restroom.  And I can't read your mind.  Especially with the masks on, too.  By any means, if you have to take a comfort break or stress break, I don't know whether anyone has any disability issues, please let me know and raise your hand.  I don't care.  During the midst of trial testimony, if you need to go, raise your hand.  We're going to stop for you.  We appreciate the sacrifice of you being here, too.  Can everyone promise to do that?

I just finished a trial, criminal trial yesterday and no one -- no one did that until I offered.  Anyone needs to go to the restroom?  Yes.  And I said remember my first rule?  Raise your hand.  Because generally when one person has to go, what happens?  Everyone has to go.

So, can you promise me like the other jurors, there's no need to be bashful, we're here to -- I don't bite.  I'm a friendly person.  Just this is a robe here, odds are you wouldn't recognize who I am.  So, by all means, we want to give you the utmost respect and please let me know because I don't

know any condition that you may have. If it's a physical ailment or you need to go on a comfort break, please let me know.

Can you promise me again, Judge Smith, if I need to tell you, I'm going to raise my hand? That goes to the parties, too, as well. If you all need to have a comfort break, please let the Court know. We want to make the most use of your time.

Also, the whole purpose of this trial, these questions we're going -- I'm going to go through before the attorneys get an opportunity to speak is to get fair and impartial jurors who could be fair to both sides. And we know sometimes our experience, we have bias or one way, or we want to make sure who can be the most appropriate juror to both sides to the plaintiff and defense. That's what it's about it here. Be objective, be neutral and render a decision. That's what we want here. Everyone think they can be fair to both sides? If you cannot be fair, raise your hand. Say you know what, Judge? I heard this case, a little about what it's about. I can't be fair to either the plaintiff or the defendant. Please raise your hand. Everyone can be fair?

Let me give you an example. Sometimes we want to make sure throughout this process if it comes that something that may cause you to be not, you know, impartial by any means you have to let me know. For example, anyone here know how to bake

good desserts? That's Ms. Mckenzie, right? All right. You know how to bake a peach cobbler?

JUROR FOUR: Rum cake.

THE COURT: Rum cake. You know how to make banana pudding?

JUROR FOUR: Yes.

THE COURT: Let's say, for instance, you're entering a baking competition and you're going to make your world famous rum cake and this outstanding banana pudding. It's good? You believe it's good?

JUROR FOUR: Yes.

THE COURT: You say we want a fair person, let's get Judge Smith to do so, and I say fine, I'll volunteer. And all of a sudden someone else -- you decide you're going to make the banana pudding, and somebody else is going to decide if they want to make, let's say an apple pie. And I'm judging both of it. And what would you want to know about Judge Smith other than I'm a judge, I'm going to be fair? Wouldn't you want to know whether or not I like bananas? Because I don't. You see, can I be fair in that particular instance?

JUROR FOUR: No.

THE COURT: You wouldn't know that unless I divulged that or told you that. There's certain about things -- but that, again, throughout this process, when you hear the questions, it doesn't mean you're a bad person or good person;

has nothing do that.  We want to know who's the most appropriate person to sit on this particular case so that both the plaintiff and the defendant can have a fair opportunity to have impartial jurors to resolve their case.  That's what it's about, okay?

I'm going to go through some of the questionnaires and I'm going to start with Ms. Helen Sisselman.

JUROR ONE:  Good morning.

THE COURT:  How are you today?

JUROR ONE:  Good.

THE COURT:  Great.  Now, one of the questions says 19, can you think of any reason why you could not sit on the jury and render a fair verdict based on the evidence and law that will be instructed by this Court, and you answered your brother is a Miami-Dade public defender.

JUROR ONE:  I wanted to disclose that.

THE COURT:  That's great.  And is that going to interfere with your ability to be fair and impartial in this case?

JUROR ONE:  I didn't know if it was a criminal trial or not, so I had to disclose that.

THE COURT:  You did the right thing because it's not a criminal trial.  Do you have any issues sitting on this case if you're selected?

JUROR ONE:  No.

THE COURT: Okay. Great. That's what I'm talking about. You see that? Because her brother's a Miami-Dade public defender, had it been a criminal case, it may interfere with your ability to be fair and impartial. This is not a criminal case as I explained to you, ladies and gentlemen. That's perfectly fine. Thank you.

Also, let's go with juror number two, Daniel Rutois? How are you, sir?

JUROR TWO: Very well. Thank you, sir.

THE COURT: Great. And it said you were a -- have you ever been involved in a civil lawsuit as a plaintiff, defendant or witness? And you said you were as a civil plaintiff, right?

JUROR TWO: Still am. I'm still waiting for six years to get into this room.

THE COURT: Into this room?

JUROR TWO: Well --

THE COURT: Where has the lawsuit been filed?

JUROR TWO: When?

THE COURT: What court? Is it in state court, federal court?

JUROR TWO: State.

THE COURT: Won't be in this room.

JUROR TWO: Right. The other one. I went twice already to choose a jury and wasted all my day. Nothing

happened.

THE COURT:  Let me ask you, what kind of case is it?

JUROR TWO:  I'm suing a real estate company for commissions.

THE COURT:  Use the microphone.  We can't hear you. It does work.

JUROR TWO:  Yeah.  I'm suing a real estate company in Miami.  They haven't paid me a lot of money in commissions.

THE COURT:  Being that's the case, that you're waiting for many years to sue a real estate company for failure to pay your commission, correct?

JUROR TWO:  That's correct.

THE COURT:  By all means, does it mean if you were to sit as a juror on this case, you're going to be more partial towards the plaintiff and biased against the defendant because you're a plaintiff involved in that particular case, or can you set aside your personal lawsuit, listen to the evidence and render a verdict based on what has been proven in this case? Can you do that?

JUROR TWO:  Of course.

THE COURT:  The mere fact you are a plaintiff, are you most likely to give the plaintiff an advantage because you happen to be a plaintiff?

JUROR TWO:  Not at all.

THE COURT:  Thank you, sir.  Because you almost

startled me when you said six years. I'm not aware of any cases in federal court sitting around for six years.

JUROR TWO: State.

THE COURT: I understand that. I was on the state court bench, too, but not in this county. I understand how you feel, sir.

Let's go to -- make sure we have, Ms. Turner, how are you?

JUROR THREE: I'm fine. Thank you.

THE COURT: All right. Anything about your background and experience that would preclude you from being fair and impartial if you were to sit on this jury?

JUROR THREE: I don't think so.

THE COURT: You say you don't think so. I want to be clear. Imagine right now --

JUROR THREE: Because I work for the school.

THE COURT: That's fine. Let me explain. Let me clarify this. Sometimes it's our inclination to say you don't think so. Imagine if you were on a plane. The pilot said, ladies and gentlemen, we just reached an altitude of 30,000 feet. We're flying the friendly skies. Looks good. I think I can land this plane. How do you feel about that? Uncomfortable, right? Versus I know I can land this plane?

JUROR THREE: Yes.

THE COURT: When you say I think so, are you saying

you can't be fair or you don't know?

JUROR THREE:  I can be fair.

THE COURT:  All right.  Everyone understand that?  All right.  Great.

Now, let's move on to -- I had a chance to speak a little bit with Ms. Mckenzie, as well.  Michael Rowe?  Mr. Rowe, how are you, sir?

JUROR FIVE:  I'm doing well.

THE COURT:  All right.  And let me ask you, anything about your background and experience that would preclude you from being fair and impartial if you were to sit on this case?

JUROR FIVE:  No.  I wanted just to disclose, I didn't write it on the form, it slipped.  I'm suing my homeowners insurance company.

THE COURT:  All right.  Is it in Broward County?

JUROR FIVE:  In Broward.

THE COURT:  In state court?

JUROR FIVE:  I think it's state.

THE COURT:  Yeah.  All right.  And anything about that experience that would either prevent you from being fair and impartial if you were selected as a juror in this case?

JUROR FIVE:  I can be fair.  I'm just going to listen to the facts and make a decision.

THE COURT:  The mere fact that you are a plaintiff in that lawsuit, you're not going to -- has the lawsuit been

filed?

JUROR FIVE:  I think it has been.

THE COURT:  Okay.  All right.  But you can set that aside and listen to both sides in this case and give both parties a fair opportunity to be heard?

JUROR FIVE:  Absolutely.

THE COURT:  Thank you, sir.  Mr. Rodriguez?  Jose Rodriguez?

JUROR SIX:  Yes.

THE COURT:  How are you, Mr. Rodriguez?

JUROR SIX:  Doing well.

THE COURT:  Wonderful.  Anything about your background or experience that would preclude you from being fair and impartial if you were selected, sir?

JUROR SIX:  No, sir.

THE COURT:  I appreciate that very much.  Thank you. Ms. Cheever?

JUROR SEVEN:  Yes.

THE COURT:  Good morning.  How are you, Ms. Cheever?

JUROR SEVEN:  I'm fine.  Thank you.

THE COURT:  Anything about your background or experience that would preclude you from being fair and impartial if you were selected as a juror in this case?

JUROR SEVEN:  No, sir.  There's nothing.

THE COURT:  Let's move on to Mr. Evans.

JUROR EIGHT:  Good morning, Your Honor.

THE COURT:  Good morning, Mr. Evans.  How are you?  Same question once you get the microphone.  Anything about your background, experience would preclude you from being fair and impartial either to the plaintiff or defendant if you were selected?

JUROR EIGHT:  No, Your Honor.  I can be fair.

THE COURT:  Thank you, sir.  Ms. Mcintosh, how are you?  Great.  Same question.  Anything about your background or experience that would preclude you from being fair and impartial to either the plaintiff or the defendant if you were selected in this case?

JUROR NINE:  No, I can be fair.

THE COURT:  Thank you.  Mr. Cole?

JUROR TEN:  I'm doing good, sir.

THE COURT:  Same question.

JUROR TEN:  Nothing in my background, Your Honor.

THE COURT:  All right.  Next, pass the microphone to -- is it Ms. Badillo?  Did I get that?  Tell us, same question, anything?

JUROR 11:  No, nothing that would preclude me from being fair.

THE COURT:  Let's see, I got that right.  I have Kenneth Kaczmarski?

JUROR 12:  Very good.

THE COURT:  All right.  Batting 1000 so far.  Tell me, sir.  Same question.  Anything about your background or experience that would preclude you from being fair and impartial if you were selected to serve as a juror?

JUROR 12:  No, not at all.

THE COURT:  Thank you.  Now, also, you have previous jury service before?

JUROR 12:  Yes.

THE COURT:  And what kind of case was it?

JUROR 12:  It was --

THE COURT:  Talk into the microphone.

JUROR 12:  It was actually in New York probably 12 years ago.

THE COURT:  New York.  And what kind of case was it?  A civil or criminal case?

JUROR 12:  It was a gentleman was accused of molesting --

THE COURT:  It was a criminal case when you say that for the most part.  All right.  And did you reach a verdict?  You don't have to disclose whether it was guilty or not guilty.

JUROR 12:  We did.

THE COURT:  Now, I explained to you the difference between the burdens of proof in a civil case and criminal case.  Do you understand the difference?

JUROR 12:  Absolutely.

THE COURT: Can you apply the law as I give it to you?

JUROR 12: Yes.

THE COURT: Thank you. Next is Mr. Suarez.

JUROR 13: Yes, sir.

THE COURT: Good morning, Mr. Suarez.

JUROR 13: Good morning, Your Honor.

THE COURT: Same question. Anything about your background or experience that would interfere with your ability to be fair and impartial if you were selected to serve?

JUROR 13: No, sir.

THE COURT: Thank you, sir. Let's pass the microphone to Ms. Fuentes.

JUROR 14: Good morning.

THE COURT: Good morning. How are you?

JUROR 14: Good.

THE COURT: Same question.

JUROR 14: No.

THE COURT: Great. Let's move on to the front. In front of me, the bottom. Juror number 15?

JUROR 15: No.

THE COURT: No. All right. Great. He already knew the question. That means you're paying attention before we get there. Great. Ms. Morales?

JUROR 16: No, nothing.

THE COURT: And Ms. Reid?

JUROR 17: Nothing to say.

THE COURT: All right. Well, thank you, Ms. Reid. Well, with that said, let me -- what else I wanted to cover. Oh, also during breaks throughout this process, you may see the attorneys. And if they don't speak to you or say hello, wave their hand, do not be offended at all because they're under my instruction to not have any communication or contact. Even witnesses outside of the Court's presence, they're not being mean or rude. They're under my instructions. We have rules to follow, as well.

Once you're done, I'm going to give you some instruction as to social media. Anyone has social media like Facebook, Twitter? It's a long instruction. I have to talk about that because unfortunately, jurors have the tendency to get on their phones and look up the cases, the names of the parties. They Google things and that's strictly prohibited because if you do that, unfortunately, you may end up on the 6:00 news. Contempt. In prison. We don't want that.

So, unfortunately, there's some jurors who have done that and they have gone to jail for violating and Judge Smith has not done that, and I don't want to see anyone violate that. Everyone understand you can't do that? You can't look at names, research, talk to the media, read the newspaper about this case? Anything about it.

You can't -- once you go home if you're selected, I'm sure your loved ones are going to ask you what happened?  What are you doing?  I have jury duty.  What is it about?  Can't talk about it.  If they want to come in and watch, take the time to observe court, so be it but you cannot disclose this with anyone.  Everyone understand that?

ALL JURORS:  Yes.

THE COURT:  So, no one's going to be on the 6:00 news before Judge Smith for a contempt hearing, correct?  All right.  Great.

With that said, at this time, I'm going to give the attorneys an opportunity to ask questions.  They've been given ten minutes each so please listen to their questions, as well.  But again, they're not intending to pry into your personal affairs, but they're going to make sure they have a fair and impartial jury in this matter.

Once we're done, we're going to discuss their selections and we'll let you know who's going to be joining us for the next week and that's it.  Thank you.  Counsel?

MR. HILLYER:  Thank you, Your Honor.  May I ask my questions from the lectern?

THE COURT:  Sure.

### VOIR DIRE ON BEHALF OF THE PLAINTIFF

MR. HILLYER:  Good morning, everyone.  My name is Greg Hillyer.  As I told you before, I'm counsel to the

plaintiff in this case, BPI Sports.  I'm going ask you a couple questions.  I'm going to keep it very brief.  Hopefully, I won't repeat any questions you've already answered and most of them will be in the style where you can just raise your hands. They should be of the nature of a yes or no.

If it's a particular type of question I might ask a follow up, but I'll try to avoid the microphone if possible just so we can get through this.  Has anybody on the jury earned an advanced degree in any discipline of any kind?  Just raise your hand if you have.

A JUROR:  You said an advanced degree.

MR. HILLYER:  Correct.  Would you mind telling me what degree?

THE COURT:  Can you speak with the mic?

A JUROR:  International business.

MR. HILLYER:  Very well.  Does anybody have a background in the law or have a family member who went to law school or works in a law firm?  Okay.  Couple folks.  Would you mind telling me the nature of your respective relationships to law or law firms?

A JUROR:  My brother is an active FBI agent here in south Florida.

MR. HILLYER:  Very good.  I think we had -- we have two others.

JUROR ONE:  My sibling is a Miami-Dade public

defender for 30 plus years.

MR. HILLYER:  Very good.  I think the gentleman -- I think the gentleman next to you raised his hand.

JUROR TWO:  I went to law school for two years back in my country, but only for two years.

MR. HILLYER:  Do you mind if I ask where you're from?

JUROR TWO:  Argentina.

MR. HILLYER:  Thank you.

A JUROR:  I am a sworn in Federal law enforcement officer.

MR. HILLYER:  Federal law enforcement officer.

A JUROR:  Yes, sir.

MR. HILLYER:  Here in Florida?

A JUROR:  Yes, sir.

MR. HILLYER:  Okay.  Anyone else?

A JUROR:  My husband is a lawyer.

MR. HILLYER:  Your husband's a lawyer.  Do you mind if I ask what kind of law he practices?

A JUROR:  He does a lot of personal injury but a little bit of everything.

MR. HILLYER:  On the civil side?

A JUROR:  Right.

MR. HILLYER:  Thank you.  Does anyone here work in the fitness industry?  Something having to do with physical exercise or sports, anything of that type?

Does anybody here read any materials in the fitness industry, subscribe to magazines, Muscle and Fitness, anything of that type? Yes, sir.

A JUROR: I read the Health magazine.

MR. HILLYER: What do you like to read?

A JUROR: Just the fitness and taking care of your body and nutrition and stuff like that.

MR. HILLYER: Sort of the health related?

A JUROR: Correct.

MR. HILLYER: Very good. Thank you. Is there anybody here involved in weightlifting or bodybuilding or working out at the gym? Sir?

JUROR TWO: Yes.

MR. HILLYER: I'll take a yes or no on that. Thank you. Does anyone here take any by dietary supplements? Okay. Maybe if I could just ask the nature of them. You don't have to tell me exactly what you're taking. If folks wouldn't mind just --

A JUROR: I don't mind.

MR. HILLYER: You don't mind?

A JUROR: No, I don't mind.

MR. HILLYER: Do you mind telling us?

A JUROR: Vitamin D, magnesium and a regular multivitamin.

MR. HILLYER: Anybody else? How about we'll go in

order.  How about in the back?

A JUROR:  Vitamin D, calcium.

MR. HILLYER:  Sure.  In the back on the right?

A JUROR:  Yeah, I take medicine for arthritis, joint.

MR. HILLYER:  Okay.

A JUROR:  Over the counter things.

MR. HILLYER:  Sir?

A JUROR:  Vitamin D, Vitamin B12, COQ.

MR. HILLYER:  Okay.  Great.  Thank you.

A JUROR:  Over the counter multivitamins, yes, sir.

MR. HILLYER:  All right.  Great.  Sir?

A JUROR:  Just energy bars, things like that.

MR. HILLYER:  Sure.  Makes sense.  Has anybody here -- could be a show of hands.  Anybody here ever shopped online for a dietary supplement?  Anyone here ever been dissatisfied with a dietary supplement that they purchased?  Okay.

Anyone here ever heard of the dietary supplement creatine?  Is that familiar to anybody?  Okay.  I think we have two responses.  Could I just -- I'm sorry, perhaps we had three.  Do you mind if I ask in what context you've heard of creatine?  We can start over there, sure.

A JUROR:  It's comes in a powder form and you take it to aid in the gain of muscle mass.

MR. HILLYER:  Okay.  Very good.

JUROR TWO:  That's the same.

MR. HILLYER:  You're nodding, as well.  You heard it in the same regard?

JUROR TWO:  Yes.

A JUROR:  I've known a few people that have taken it.

MR. HILLYER:  Okay.  Anybody else?

A JUROR:  Yes, I heard it in the same regard but T.V. and news.

MR. HILLYER:  Okay.  Same regard, you mean muscle, building, in that vein?

A JUROR:  Yes.

MR. HILLYER:  Okay.  Well, thank you for that.  Does anyone here know what intellectual property is?  Patents, trademarks, copyrights?  Anyone have experience with those? Sir, you're nodding in the back.  Do you mind telling us what experience you have?

JUROR TWO:  I know what it is.

MR. HILLYER:  You know what it is.  You're familiar with it?

JUROR TWO:  Yes.

MR. HILLYER:  Anybody else?

A JUROR:  Yes.  It gives an inventor the right for a certain amount of time to protect and keep his rights to market his product.

MR. HILLYER:  Okay.  Very good.  Anybody else?

A JUROR:  Yes.  Just the patent that they created, they have legal rights to it, to that extent, whatever you have.

MR. HILLYER:  Thank you.  Has anybody here ever been involved in the field of marketing or advertising or had a job that required them to work in that space?  Yeah, would you mind telling us your experience?

A JUROR:  Yeah, I did an internship at the Healthcare Hospice Company.

MR. HILLYER:  Okay.

A JUROR:  Two years ago.  I'm a graphic designer so I kind of --

MR. HILLYER:  Okay.  Did you work -- did you write any ads?

A JUROR:  I didn't write ads, no.

MR. HILLYER:  You did not.

A JUROR:  I wasn't a copywriter.

MR. HILLYER:  But you worked with marketing materials?

A JUROR:  As a designer.

MR. HILLYER:  Okay.  Great.  Has anyone ever owned their own business?  Tried to start their own business?  Okay. Start in the front.

A JUROR:  L.L.C. for about a year and a half.

MR. HILLYER:  Do you mind if I ask what the nature of

it was?

A JUROR:  Interior design.

MR. HILLYER:  Interior design.  How about in the back?

A JUROR:  I've owned a mortgage company back in the early 2000's.

MR. HILLYER:  Okay.  Sure.  Let's start on the left.

A JUROR:  Real estate.  I owned a couple real estate properties and I have a real estate company that manages them.

MR. HILLYER:  Okay.  Is that still a going business concern?

A JUROR:  It's still going, yes.

MR. HILLYER:  In the back?

A JUROR:  I have a real estate company.

MR. HILLYER:  Real estate, as well.

A JUROR:  In Broward, yes.

MR. HILLYER:  I'm through, Your Honor.  Thank you.

THE COURT:  Thank you.  Defense?

MR. DOWD:  May I turn the lecturn?

THE COURT:  Sure.

### VOIR DIRE ON BEHALF OF THE DEFENDANTS

MR. DOWD:  Good morning, ladies and gentlemen. Again, my name's Matthew Dowd and I represent the defendants in this case.

Let me first thank you for your time today.  I want

to say in advance, I hope I would like for everyone to serve on this jury. It's a great experience and just being here today it's a wonderful experience to see the justice system at work, and I hope you all have a chance to do that.

I'm going to follow up Mr. Hillyer with a few questions. I hope to ask everybody a question. I may not get to everyone so I apologize if I don't, but let me ask a general question.

As a show of hands, who is familiar with the event Mr. Olympia, like bodybuilding contest? Okay. Is that Mr. Rowe in the back?

JUROR FIVE: Yes.

MR. DOWD: Mr. Rowe, can you tell me what you know about the Mr. Olympia contest?

THE COURT: I'm sorry, Mr. Rowe. Could you speak up loudly because we can't hear you?

JUROR FIVE: I say the bodybuilders parade around with big muscles.

MR. DOWD: Right. Okay. Who else raised their hand? Was it Mr. Evans?

JUROR EIGHT: Yes, sir.

MR. DOWD: Mr. Evans, can you just share your knowledge about the Mr. Olympia contest?

JUROR EIGHT: I know it's associated with Arnold Schwarzenegger. I think he won it quite a few times. I know

he still has a presence in the Mr. Olympia events and I see it online and all that good stuff.

MR. DOWD:  Thank you.  Mr. Evans, right?

JUROR EIGHT:  Yes, sir.

MR. DOWD:  Thank you.

JUROR EIGHT:  You're welcome.

MR. DOWD:  You actually predicted my next question, in fact.  As a show of hands, can you just tell me who is familiar with Arnold Schwarzenegger?  Okay.  Can you just keep those up?  Maybe it's easier if I do it this way.  Show of hand, who does not know who Mr. Arnold Schwarzenegger is?  Let me ask, juror number 16, Mr. -- Ms. Morales, are you familiar with Arnold Schwarzenegger?

JUROR 16:  In the movies.

MR. DOWD:  All right.  And Ms. Reid, number 17?

JUROR 17:  No.

MR. DOWD:  Thank you.  So, Mr. Hillyer asked some questions about intellectual property and patents.  If you can just do me a favor, remind me as a show of hands, who has just -- well, I'll do it this way.  As a show of hands, who does not know what a U.S. patent is or is anybody not familiar with that?  And I believe it was -- is it Mr. Kaczmarski?

JUROR 12:  Mm-hmm.

MR. DOWD:  Number 12.  I believe you said earlier that you're familiar with patents, is that right?

JUROR 12:  Correct.

MR. DOWD:  Could you just tell us what a patent does?

JUROR 12:  When someone creates something and they register it with the state, they have ownership to that for an extended amount of time.

THE COURT:  Remember -- can you repeat your statement, sir?  Because remember, our court reporter has to hear you.

JUROR 12:  I'm sorry, yes.  A patent's creator creates something that they have ownership to it, and depending on what that is, there's a certain amount of time that they have full rights to that patent.

MR. DOWD:  Thank you.  Another related question as a show of hands, would you mind telling us who owns a house or a condo or some sort of real estate?  Okay.

And as a show of hands, I might follow this up with another question.  If you had a house or a condo, some sort of real estate and somebody was using that house or condo with your -- without your permission, what do you feel like you should be allowed to do?  Anyone want to share their thoughts on that?  Is that Ms. Cheever, is that right?

JUROR SEVEN:  Yes.

MR. DOWD:  Ms. Cheever, could you just speak into the microphone?

JUROR SEVEN:  If somebody was using my home without

my permission, I would believe I should be able to have them evicted or removed.

MR. DOWD: Okay. Or would it be okay if, you know, as the homeowner, would you feel like it's your right to sue and then at least at a minimum, get paid when someone is using your house without your permission?

JUROR SEVEN: If they wouldn't leave when I asked them, then I would go to the court system, yes.

MR. DOWD: Okay.

JUROR SEVEN: That I guess would be a lawsuit, but I've never filed one so --

MR. DOWD: Lucky you actually. Thank you, Ms. Cheever.

I'd like to ask a couple questions about just general advertising. Mr. Hillyer asked a question earlier about whether anyone was involved in advertising. And as a favor, could you just remind me who has some experience as an advertising background in terms of employment? And that's Ms. McIntosh, is that right?

JUROR NINE: Yes.

MR. DOWD: Could you take a second to get the microphone? Could you just tell us just briefly your background in advertising again?

JUROR NINE: I'm a graphic designer.

MR. DOWD: Okay.

JUROR NINE:  So, it's a visual component.

MR. DOWD:  And based on the work that you've done in advertising, what's your understanding about advertising?  Is it -- have you ever run across a situation where advertising might involve some puffery or some statements that are trying to really say, oh, we're better than another product?

JUROR NINE:  I mean, I guess as a consumer, I see that.

MR. DOWD:  I'm sorry?

JUROR NINE:  As a consumer, I've seen that.

MR. DOWD:  As a consumer, what's your reaction to that?

JUROR NINE:  Not reliable.

MR. DOWD:  Not reliable.  Okay.  Well, let me ask a different question of everyone.  Say, for example, you're going -- well, when you come back on Monday, whoever is lucky enough to come back on Monday, we'll start the trial and we'll have a lunch break and you may go out and go to a local restaurant.  All right.

And say you go to a restaurant, and they're advertising what they say is the best sandwich in the world.  That's plastered on there.  There might be a restaurant right across the street that says this.  I don't know.  Best roast beef sandwich.  Best avocado toast and you go there, and you have it and you eat it and you say, huh, it's pretty good but

it's not the best.

As a show of hands, who feels that they were deceived about they got when they got that sandwich?  That is Mr. Cole?

JUROR TEN:  Yes.

MR. DOWD:  Mr. Cole, can you explain your thoughts on that?

JUROR TEN:  Well, I went to a restaurant once.  The menu was visual, lots of --

THE COURT:  Mr. Cole, can you put the microphone closer to your mouth, please, so we can hear you?

JUROR TEN:  Yes.  I went to a restaurant that had a picture menu, visual and there was a pot roast.  Pot roast --

MR. DOWD:  Pot roast, yes.

JUROR TEN:  With baby carrots and little potatoes. Looked good, kind of gravy, and I just look at the menu --

MR. DOWD:  You're making me hungry already.

JUROR TEN:  I just looked at the menu and said to the waitress I would like to have that.  Well, she came over with what looked like something overburnt with large jumbo cuts of carrots and huge potatoes chopped up and I said I did not order that.  And she questioned but this is what you ordered.  It's on the menu.  I said no, bring the menu to me.

When she brought it, I said I ordered that.  She could not tell the difference.  I said, well, look at the picture as it looks.  This looks like something I could eat right off your

menu but this is not what I ordered and I find that to be somewhat false advertisement, right?

MR. DOWD: Right.

JUROR TEN: I see that many times in menus where you look up on the chart on the wall of a fast food restaurant, and what is displayed there is completely different from what is presented.

MR. DOWD: Right. So, if I'm understanding you, that was an experience where what they showed you on the menu --

JUROR TEN: Right.

MR. DOWD: -- was entirely different than what you got?

JUROR TEN: Yes.

MR. DOWD: Okay. I think, unfortunately, I think we've all had that sort of experience, and we never go back to that restaurant again.

JUROR TEN: Right.

MR. DOWD: But say if it's on a menu, that pot roast came out, and say you had the baby carrots, right? And they looked good. I love baby carrots but the picture on the menu said or it looked like you were going to get ten baby carrots, and you only got seven, right? Would you feel that that was something that the restaurant did to deceive you or do you think that could have been an innocent mistake?

JUROR TEN: Number of carrots, I wouldn't worry

about.

MR. DOWD:  Okay.  Thank you, Mr. Cole.  Thank you.

Okay.  Let me ask a slightly different question.  And this is -- this is a question that I know we all loved in high school, right?  It's about science, right?

So, as a show of hands, whose favorite class in high school was chemistry?  Wait.  You must not have heard my question.  Whose favorite class in high school was chemistry?  Nobody?  Nobody, right?  Not many people really enjoyed chemistry.  Okay.

How about let me ask biology?  That's Ms. Cheever again, isn't it?

JUROR SEVEN:  Yes.

MR. DOWD:  Can you tell us what your favorite memory from biology was?

JUROR SEVEN:  I took advanced placement biology and we dissected many animals, and so that was a very vivid memory which led me to take biology courses in college and become a respiratory therapist where I took many science classes.

MR. DOWD:  Thank you, Ms. Cheever.  Now --

THE COURT:  Counsel, you have one minute.

MR. DOWD:  Thank you, Judge Smith.

One question.  My single chemistry question.  We all don't like chemistry, but in terms of salt, does everybody know table salt?  Does anybody know the chemical formula for table

salt?  Ms. Cheever, you liked science, but tell us.

JUROR TEN:  I think NaCl.

MR. DOWD:  In the background, Ms. Sisselman, right?

JUROR ONE:  There's different compounds though because when they react and then are neutralized, like in the ocean when you get salt.

MR. DOWD:  One last question on chemistry.  Everyone knows table salt.  We may not know all the molecular formula.  Does everyone know that table salt dissolves when you put it in water?  Show of hands if you agree.

Last question.  If the defendants bring a witness or two and they have -- that person has a strong accent, for example, if they're from another country originally, does anybody have a concern about either believing their testimony, or being fair and impartial to that witness' testimony because that person has a strong accent?  Can we all agree that as a show of hands, that we can all be impartial to a witness like that?

Okay.  And I believe it was juror number 17 did not raise her hand and that's -- that's it, Your Honor.

THE COURT:  Thank you.

MR. DOWD:  Thank you for your time.

THE COURT:  Ladies and gentlemen, we're going to excuse you briefly again.  Then we'll let those of you know who will be joining us for the remainder of this for the trial.

(Thereupon, the jury prospective panel exited the courtroom.)

THE COURT: All right. I'll give you all a few moments if you want to consult as to who you want to select or if you're ready to proceed now, we can proceed now if you're ready.

MR. DOWD: Your Honor, if we could have a few minutes to deliberate.

THE COURT: I'll be back.

MR. DOWD: Should we stay in the same room? Is that okay?

THE COURT: You want to take the plaintiff, if you want to go to the jury room if you want to discuss?

MR. HILLYER: I'll be happy to, Your Honor.

THE COURT: Everyone associated with the defendants can remain here.

MR. DOWD: Thank you, Your Honor.

(Short recess had.)

THE COURT: You may be seated. All right. Court's back in session. We're going to start with from the plaintiff. First seven in the box because I think juror number four should be stricken for cause because she has traveling issues. Is there any objection to her being stricken for cause?

MR. HILLYER: No, Your Honor.

MR. DOWD: No, Your Honor.

THE COURT: First starting with juror number one,

Helen Sisselman all the way through Penny Cheever. That gives us six in the box. Does the plaintiff accept, counsel?

MR. HILLYER: Your Honor, we would exercise a peremptory challenge to number one and number seven.

THE COURT: Which one? You only get one peremptory first.

MR. HILLYER: Number one.

THE COURT: That's takes us to juror number eight. Defense? We have starting from juror number two through 8, you accept?

MR. DOWD: Just to clarify we have two, three and five through eight, is that correct?

THE COURT: Correct.

MR. DOWD: Yeah, Your Honor. The defendants would exercise a peremptory and strike juror number three.

THE COURT: All right. Next goes to plaintiff up to juror number 9 which is Imani McIntosh. We have juror number two, five, six, seven, eight and nine. Plaintiff accept?

MR. HILLYER: Peremptory challenge for number seven.

THE COURT: All right. Granted. That takes us to juror number 10, Edward Cole. Defense?

MR. DOWD: One moment, Your Honor. Your Honor, we would exercise a peremptory to strike juror number nine.

THE COURT: All right. Let's go to juror number 11, Ms. Marlly Badillo. Plaintiff?

MR. HILLYER: No objection.

THE COURT: All right. Plaintiff accepts. Defense?

MR. HILLYER: Yes.

THE COURT: Defense?

MR. DOWD: Your Honor, we would use our third peremptory to strike juror number 11.

THE COURT: All right. Let's go to Kenneth Kaczmarski. Plaintiff?

MR. HILLYER: No objection.

THE COURT: All right. Defense?

MR. DOWD: The defense accepts, Your Honor.

THE COURT: Let's pick an alternate. Jairo Suarez. Plaintiff accept?

MR. HILLYER: Exercise our third peremptory.

THE COURT: Let's go to Claudia Fuentes. Defense?

MR. DOWD: Your Honor, we exercise a peremptory for the alternate juror number 14.

THE COURT: All right. And let's go to 15, Pedro Pereora.

MR. HILLYER: Accepted by plaintiff, Your Honor.

THE COURT: I'm sorry, defense?

MR. DOWD: We accept, Your Honor.

THE COURT: All right. So, the following jurors who will be sitting in this case is juror number two, which is Daniel Rutois which now becomes juror number one, juror number

five, Michael Rowe, becomes juror number two, juror number six Jose Rodriguez becomes juror number three, Alfred Evans, juror number 8 becomes juror number four, Edward Cole, juror number 10 becomes juror number five, Kenneth Kaczmarski becomes juror number 6. and Pedro Pereora, juror number 15, becomes juror number seven. Those would be our jurors to try this case.

Patricia, you want to bring them in?

THE COURTROOM DEPUTY: Yes, Judge.

(Thereupon, the deliberating panel entered the courtroom.)

THE COURT: We're going to see you all on Monday. Of course, relax. Again, don't look at maps, research anything about this case. Don't watch any television. You can hope that the Dolphins win against Jacksonville per say in London. That's about it, and we'll see you on Monday.

With that said, have a good weekend. Go to the jury room. You'll meet with Patricia. She's going to give you some instructions.

A JUROR: What time to be here?

THE COURT: She's going to take care of that for you. 9:00 in the morning.

THE COURTROOM DEPUTY: You have -- 9:00 is good.

THE COURT: 9:00 a.m. All right.

JUROR ONE: I've got a little issue. I didn't know the time. I'm going to try to resolve it. My wife is leaving the country for tomorrow for two weeks, and I have to take my

daughter to school at 8:15. Is it 9:00, 9:30 or 9:00 sharp?

THE COURT: If you can be here definitely by 9:00 would be better so we can try to start. Is the school near here?

JUROR ONE: Cooper City.

THE COURT: In Cooper City. She has to be there by 8:15?

JUROR ONE: Yeah. If there's no line, I should be fine.

THE COURT: No problem. We'll see you then. Thank you.

THE COURTROOM DEPUTY: All rise.

(Thereupon, the jury exited the courtroom.)

THE COURT: If there's anything you'd like to set up or be prepared to go on Monday. I know I have a calendar, I think a criminal plea. If I'm busy, you may have to sit out until I'm done if it goes over what time the Marshals bring the defendant.

Hopefully, I should be done between 8:45 or 8:30 at the latest unless I can move it up. That's pretty much what's going to be going on here. Anything we need to address?

MR. DOWD: The defendants did file a motion yesterday which you may have seen. We're seeking a motion to compel the plaintiff to bring to trial -- make available for testimony Mr. Derek Ettinger. We briefed that. I don't know if you want

to hear argument now or later?

THE COURT: I can hear it now.

MR. DOWD: Okay. So, as the Court may know, we've -- Mr. Derek Ettinger was the only witness identified by plaintiffs as a 30(b)(6) witness. We understand based on the information that we've been given that he does reside within the Court's subpoena power. He is still the chairman and/or employed by the plaintiff.

We've tried to work with the plaintiff to get an agreement. We were first told that plaintiff would not bring him voluntarily so we served a subpoena.

Our understanding was that plaintiff's attorney would accept service given the fact that Mr. Hillyer actually represented Mr. Ettinger during his deposition. Since that understanding, we've been informed otherwise. Plaintiff is not accepting service. We've done our best to serve it.

As briefed, we believe actually under the law, that we've at a minimum achieved alternative service or substitute service. The subpoena was served at his residence based on our understanding. Plaintiff's counsel hasn't informed us otherwise so we're basically asking for two things.

An order compelling plaintiffs to bring Mr. Ettinger to trial. If they don't, or the plaintiff does not bring Mr. Ettinger to trial, we would ask for an order precluding BPI's other witnesses so this would be Mr. Mackenzie and

Mr. Marazzito, precluding them from testifying about subject matter for which Mr. Ettinger was the sole witness identified. And we've laid that out in the last portion of the brief, I believe it's on pages 10 and -- 9 and 10.

THE COURT:  All right.  Let me hear from plaintiff's counsel.

MR. SOBRADO:  Thank you, Your Honor.  Javier Sobrado on behalf of plaintiff, BPI Sports.  As a preliminary matter, defendant's efforts to serve Mr. Ettinger began -- were untimely.  They didn't ask us to provide Mr. Ettinger.  This case was originally set for a trial in July.  They didn't ask us to provide Mr. Ettinger back then, and they didn't ask us to accept service.  They didn't ask us if we would accept service until I believe it was October 6th which was, you know, six days before the start of the trial period.

So, you know, 14 days is presumed to be reasonable in the Southern District of Florida.  Six days, less than a week before the start of the trial period is not.

Secondly, Mr. Ettinger's role at BPI has changed. While it is true that we defended Mr. Ettinger's deposition as the 30(b)(6) witness and personally at the beginning of this case, Mr. Ettinger is no longer an officer of the company and BPI doesn't have the authority to accept service on behalf of Mr. Ettinger.

And third, the effect that the service has not been

effective on Mr. Ettinger.  Mr. Dowd said that he served Mr. Ettinger's wife at a residence.  However, Mr. Ettinger is no longer living there.  Mr. Ettinger filed for divorce from Ms. Ettinger in I believe it was August 17th.  This is a Broward County public record.  He's no longer living at that residence, so service on his wife at a location that he no longer lives is not proper service.  So, just to recap, it was untimely.  We don't have authority to accept service, and he wasn't served.

THE COURT:  So, if he was -- my question is if he was listed as a 30(b)(6) at the time of the deposition, did you give them notice as to who would serve in that capacity because now they're taking a deposition based on what has been provided?

MR. SOBRADO:  Right.  And they took the deposition of Mr.  Ettinger.  They've provided -- they have deposition designations that they can use to provide the testimony of Mr.Ettinger at trial.  It's not that they can't present this testimony at trial.  They just would do so through the deposition testimony.  Mr. Mackenzie will be here as the representative and testifying on behalf of the company.

THE COURT:  Mr. Mackenzie has been deposed, too?

MR. SOBRADO:  Mr. Mackenzie was not deposed, but Mr. Mackenzie was identified in plaintiff's disclosures, initial disclosures and supplemental initial disclosures as a

person having knowledge about the effects of the actions of Mr. -- of defendants, Mr. Kramer and ThermoLife and Muscle Beach, the effects of their actions on the damages that have been caused to BPI amongst other topics.

Now, in order to speak on that, Mr. Mackenzie would, of course, have to say what those actions were in order to say how they had an affect on BPI. So, the burden of proof of initial disclosures is to identify witnesses that have information so that the party has the opportunity to depose those witnesses.

Defendants chose not to, you know, depose Mr. Mackenzie at that time and to restrict his testimony on the subjects that have been identified for him because they chose not to depose him. I mean, that would be unfair, sir.

THE COURT: Well, they can read the deposition of Mr. Ettinger. That would be permitted.

MR. SOBRADO: Of course.

MR. DOWD: Your Honor, may I respond to just a couple of points?

THE COURT: Sure.

MR. DOWD: So, today, we see a little disconnect, right? Because we've tried to meet and confer and to get this information about Mr. Ettinger. We're told for the first time that Mr. Ettinger apparently is not living at that address.

We could have worked to serve a subpoena. This a --

it's becoming a little bit of a bait and switch. So, Your Honor, you asked whether we had an opportunity to depose Mr. Mackenzie. Well, we did, but we had no need to because Mr. Ettinger was identified as the sole 30(b)(6) witness and you're right, and my colleague is correct. That some of that deposition testimony can be played.

But because Mr. Ettinger is within the power of BPI and was in the power of the Court, we reasonably expected that they would produce him at trial. In fact, BPI listed Mr. Ettinger as a possible witness that they would call.

And so another fact that we're learning for the first time today is that Mr. Ettinger supposedly is no longer involved with the company. That hadn't been disclosed to us prior to today, and our correspondence is clear. We put all the correspondence associated with the motion. We have begged to get on a telephone call with my colleagues over here but they've refused despite the Court's order instructing us to meet and confer by phone.

So, we're left in the position where we expected Mr. Ettinger to testify at trial because they said they would -- may bring him. Then as things get closer, they say well, we're not going to voluntarily produce him, and our response is, okay, we'll serve a subpoena.

Every other case we've been in like this, a patent case, a trademark case, Lanham Act case, the parties work

together and they say, okay, well, witnesses down the road, we'll accept service of subpoena.  We'll make him available if he wants -- if you want to call him at trial.

It's their case.  Mr. Ettinger was the person who decided to bring this case according to his testimony.  And now, they don't want to produce him at trial.  They don't want the jury to hear his testimony.  Given the transactions, we think that's completely unfair.

Now, we do think based on the reasons that we've put in our motion that service was effective and that they haven't produced any evidence that they don't have control on of Mr. Ettinger.  All you have is attorney argument.  Zero evidence that Mr. Ettinger is not within the control of BPI.

And then on top of that, at a minimum, Your Honor, at a minimum, we can't let Mr. Mackenzie come into court and now try to clean up Mr. Ettinger's testimony.  That would be wholly unfair to the defendants.

THE COURT:  Well, look.  I'm going to limit Mr. Mackenzie's testimony consistent to what Mr. Ettinger would testify to.  Simple.  He can't testify to anything beyond that unless you want to produce Mr. Ettinger.  You've got a choice.

You can either produce him, but since you're going to use his testimony, he's not going to be allowed to say anything outside of what Mr. Ettinger testified to in deposition.  That solves the problem.

MR. DOWD:  I think that does solve the problem, Your Honor.

THE COURT:  It does solve the problem.

MR. DOWD:  Thank you.

THE COURT:  Okay.  With that said, I'll see everyone on Monday.  Thank you.

(Thereupon, this proceeding was adjourned until 10-18-21 at 9:00 a.m.)

C-E-R-T-I-F-I-C-A-T-E

I hereby certify that the foregoing is an accurate transcription of the proceedings in the above-entitled matter.

NOVEMBER 18, 2021          /s:/Ellen A. Rassie_____
                           ELLEN A. RASSIE, RMR-CRR
                           Official Court Reporter
                           To the Honorable Rodney Smith
                           299 East Broward Blvd., Room 202B
                           Ft. Lauderdale, Florida  33301
                           (954)769-5448

A JUROR: [41] 9/16 36/11 36/15 36/21
37/9 37/12 37/14 37/16 37/19 37/22
38/4 38/6 38/9 38/19 38/21 38/23 39/2
39/4 39/6 39/8 39/10 39/12 39/23 40/5
40/7 40/11 40/22 41/1 41/8 41/11
41/15 41/17 41/20 41/24 42/2 42/5
42/8 42/12 42/14 42/16 55/18
ALL JURORS: [4] 9/25 10/4 21/24 35/7
JUROR 11: [1] 31/21
JUROR 12: [13] 31/25 32/5 32/8 32/10
32/12 32/16 32/21 32/25 33/3 44/23
45/1 45/3 45/9
JUROR 13: [3] 33/5 33/7 33/11
JUROR 14: [3] 33/14 33/16 33/18
JUROR 15: [6] 19/25 20/3 20/6 20/9
20/18 33/21
JUROR 16: [2] 33/25 44/14
JUROR 17: [8] 14/6 14/9 14/11 14/15
14/19 14/21 34/2 44/16
JUROR EIGHT: [6] 31/1 31/7 43/21
43/24 44/4 44/6
JUROR FIVE: [9] 29/8 29/12 29/16
29/18 29/22 30/2 30/6 43/12 43/17
JUROR FOUR: [5] 13/22 24/3 24/6
24/11 24/21
JUROR NINE: [7] 31/13 46/20 46/24
47/1 47/7 47/10 47/13
JUROR ONE: [10] 25/8 25/10 25/16
25/20 25/25 36/25 51/4 55/23 56/5
56/8
JUROR SEVEN: [9] 30/18 30/20 30/24
45/22 45/25 46/7 46/10 50/13 50/16
JUROR SIX: [3] 30/9 30/11 30/15
JUROR TEN: [13] 31/15 31/17 48/4
48/7 48/11 48/14 48/17 49/4 49/10
49/13 49/17 49/25 51/2
JUROR THREE: [5] 28/9 28/13 28/16
28/24 29/2
JUROR TWO: [19] 26/9 26/14 26/17
26/19 26/22 26/24 27/3 27/7 27/12
27/20 27/24 28/3 37/4 37/7 38/13 40/1
40/4 40/17 40/20
MR. DOWD: [70] 3/16 4/6 4/21 4/25
5/2 5/14 5/18 5/23 6/1 7/23 8/14 8/23
9/4 17/16 18/18 42/19 42/22 43/13
43/19 43/22 44/3 44/5 44/7 44/15
44/17 44/24 45/2 45/13 45/23 46/3
46/9 46/12 46/21 46/25 47/2 47/9
47/11 47/14 48/5 48/13 48/16 49/3
49/8 49/11 49/14 49/18 50/2 50/14
50/20 50/22 51/3 51/7 51/22 52/6 52/9
52/16 52/24 53/11 53/14 53/22 54/5
54/11 54/16 54/22 56/22 57/3 60/18
60/21 63/1 63/4
MR. HILLYER: [67] 3/10 4/3 4/24 5/13
7/25 8/13 9/5 17/7 18/7 35/20 35/24
36/12 36/16 36/23 37/2 37/6 37/8
37/11 37/13 37/15 37/17 37/21 37/23
38/5 38/8 38/10 38/14 38/20 38/22
38/25 39/3 39/5 39/7 39/9 39/11 39/13
39/25 40/2 40/6 40/9 40/12 40/18
40/21 40/25 41/4 41/10 41/13 41/16
41/18 41/21 41/25 42/3 42/7 42/10
42/13 42/15 42/17 52/13 52/23 53/3
53/7 53/19 54/1 54/3 54/9 54/14 54/20
MR. SCHEFFEL: [1] 3/21
MR. SOBRADO: [5] 3/14 58/7 59/15
59/23 60/17
MR. SON: [1] 3/25

THE COURT: [151] 3/5 3/13 3/20 3/23
4/2 4/12 4/22 5/1 5/3 5/15 5/22 5/25
7/18 7/24 8/12 8/21 8/24 9/6 9/8 9/10
9/23 10/1 10/5 14/4 14/8 14/10 14/13
14/17 14/20 14/23 17/15 18/4 18/17
19/9 20/1 20/4 20/7 20/10 20/19 21/25
24/4 24/7 24/12 24/22 25/9 25/11
25/17 25/22 26/1 26/10 26/16 26/18
26/20 26/23 27/2 27/5 27/9 27/13
27/21 27/25 28/4 28/10 28/14 28/17
28/25 29/3 29/9 29/15 29/17 29/19
29/24 30/3 30/7 30/10 30/12 30/16
30/19 30/21 30/25 31/2 31/8 31/14
31/16 31/18 31/23 32/1 32/6 32/9
32/11 32/14 32/18 32/22 33/1 33/4
33/6 33/8 33/12 33/15 33/17 33/19
33/22 34/1 34/3 35/8 35/22 36/14
42/18 42/20 43/15 45/6 48/9 50/21
51/21 51/23 52/2 52/8 52/11 52/14
52/18 52/25 53/5 53/8 53/13 53/16
53/20 53/24 54/2 54/4 54/7 54/10
54/12 54/15 54/18 54/21 54/23 55/10
55/19 55/22 56/2 56/6 56/10 56/14
57/2 58/5 59/10 59/22 60/15 60/20
62/18 63/3 63/5
THE COURTROOM DEPUTY: [10] 3/7
9/7 9/9 9/11 9/13 9/17 9/22 55/8 55/21
56/12

## /

/s:/Ellen [1] 63/16

## 1

10 [4] 53/21 55/4 58/4 58/4
10-18-21 [1] 63/8
1000 [1] 32/1
11 [2] 53/24 54/6
1101 [1] 1/15
12 [3] 8/10 32/12 44/24
13 [1] 22/4
14 [3] 9/14 54/17 58/16
15 [7] 1/5 3/1 6/14 8/11 33/20 54/18
55/5
16 [1] 44/12
17 [3] 10/1 44/15 51/19
1717 [1] 1/19
17th [1] 59/4
18 [1] 63/16
19 [2] 8/11 25/12
19-CV-60505 [2] 1/2 3/8

## 2

2000's [1] 42/6
20006 [1] 1/19
20015 [1] 1/12
2021 [3] 1/5 3/1 63/16
202B [2] 1/24 63/18
21 [1] 63/8
240 [2] 5/24 5/24
299 [2] 1/24 63/18

## 3

30 [5] 37/1 57/5 58/21 59/11 61/4
30,000 [1] 28/20
33131 [1] 1/16
33301 [2] 1/24 63/18

## 4

440 [1] 1/12

## 5

5335 [1] 1/12
5448 [1] 63/19

## 6

60505 [2] 1/2 3/8
6:00 [2] 34/19 35/8
6th [1] 58/14

## 7

769-5448 [1] 63/19

## 8

800 [1] 1/15
8:15 [2] 56/1 56/7
8:30 [1] 56/19
8:45 [1] 56/19

## 9

954 [1] 63/19
9:00 [7] 55/20 55/21 55/22 56/1 56/1
56/2 63/8
9:30 [1] 56/1

## A

a.m [2] 55/22 63/8
ability [3] 25/18 26/4 33/9
able [1] 46/1
about [58] 7/2 8/8 8/15 8/18 9/19 10/1
10/8 11/18 12/9 13/11 13/16 14/20
15/1 15/22 19/3 20/15 23/15 23/19
23/19 24/17 24/23 25/5 26/2 28/10
28/22 29/10 29/19 30/12 30/21 31/3
31/9 32/2 33/8 34/15 34/24 34/25 35/3
35/4 38/25 39/1 41/24 42/3 43/14
43/23 44/18 46/14 46/15 47/3 48/3
50/1 50/5 50/11 51/14 55/12 55/14
58/1 60/1 60/23
above [1] 63/13
above-entitled [1] 63/13
Absolutely [2] 30/6 32/25
accent [2] 51/12 51/16
accept [11] 53/2 53/10 53/18 54/13
54/22 57/13 58/13 58/13 58/23 59/8
62/2
Accepted [1] 54/20
accepting [1] 57/16
accepts [2] 54/2 54/11
according [1] 62/5
accordingly [1] 9/3
accurate [1] 63/12
accused [1] 32/16
achieved [1] 57/18
across [3] 10/12 47/4 47/23
Act [1] 61/25
actions [3] 60/1 60/3 60/6
active [1] 36/21
actually [7] 7/15 11/4 32/12 44/7 46/12
57/13 57/17
addition [1] 19/7
address [4] 4/13 8/1 56/21 60/24
adequate [1] 5/10
adequately [1] 7/1
adjourned [1] 63/7
admissibility [2] 8/9 8/15
admission [1] 4/11
admitted [1] 4/10
ads [2] 41/14 41/15
advance [1] 43/1
advanced [3] 36/9 36/11 50/16

**A**

advantage [1]  27/22
advertisement [1]  49/2
advertising [11]  19/4 19/18 41/5 46/15
 46/16 46/18 46/23 47/3 47/3 47/4
 47/21
advised [3]  5/4 7/9 8/5
affairs [1]  35/15
affect [1]  60/7
affirmative [2]  21/14 21/15
afraid [1]  13/2
after [2]  6/17 7/19
again [16]  8/18 13/16 15/14 15/24 18/2
 18/18 19/15 23/4 24/24 35/14 42/23
 46/23 49/16 50/12 51/24 55/11
against [4]  6/2 19/17 27/15 55/13
agent [1]  36/21
ago [5]  8/8 13/1 13/6 32/13 41/11
agree [3]  8/16 51/10 51/16
agreement [2]  6/7 57/10
ahead [3]  5/22 14/5 18/24
aid [1]  39/24
ailment [1]  23/2
al [1]  3/8
Alex [1]  18/20
Alexander [1]  4/20
Alfred [1]  55/2
all [73]  3/23 4/2 4/13 4/24 5/3 5/15 9/23
 10/7 10/12 11/24 12/5 12/6 12/12
 12/13 15/4 15/21 16/15 19/9 20/7
 20/10 20/11 20/23 22/24 23/6 24/1
 24/13 26/25 27/13 27/24 28/10 29/3
 29/4 29/9 29/15 29/19 30/3 31/18 32/1
 32/5 32/19 33/22 34/3 34/7 35/9 39/11
 43/4 44/2 44/15 47/19 49/15 50/4
 50/23 51/8 51/16 51/17 52/2 52/2
 52/18 53/1 53/16 53/20 53/24 54/2
 54/7 54/10 54/18 54/23 55/10 55/22
 56/12 58/5 61/14 62/12
alleging [1]  19/17
allowed [2]  45/20 62/23
almost [1]  27/25
along [2]  9/3 10/19
already [6]  14/10 15/24 26/25 33/22
 36/3 48/16
also [24]  1/20 4/3 4/7 5/5 6/13 11/5
 12/9 14/1 15/21 15/25 16/12 16/19
 17/3 17/23 18/4 18/14 18/20 18/23
 19/4 22/2 23/9 26/7 32/6 34/5
alternate [2]  54/12 54/17
alternative [1]  57/18
altitude [1]  28/20
always [1]  12/24
am [3]  22/24 26/14 37/9
Amendment [1]  21/4
American [1]  13/15
amongst [1]  60/4
amount [3]  40/23 45/5 45/11
angry [2]  16/7 16/8
animals [1]  50/17
another [11]  11/11 11/12 17/23 18/2
 19/2 19/5 45/13 45/17 47/6 51/13
 61/11
answer [1]  11/5
answered [2]  25/14 36/3
Anthony [3]  1/18 4/1 17/23
any [20]  4/17 9/1 10/8 22/9 22/10 23/1
 23/24 25/12 25/23 28/1 34/8 36/3 36/9
 36/9 38/1 38/15 41/14 52/22 55/12
 62/11

anybody [15]  36/8 36/16 38/1 38/11
 38/23 39/13 39/14 39/19 40/6 40/21
 40/25 41/4 44/21 50/25 51/14
anyone [26]  11/3 11/14 12/10 13/17
 14/4 15/6 16/6 19/10 19/10 19/14
 22/10 22/17 23/25 34/13 34/22 35/6
 37/15 37/23 38/15 39/15 39/18 40/13
 40/14 41/21 45/20 46/16
anything [23]  5/16 7/24 10/19 21/1 21/3
 28/10 29/9 29/19 30/12 30/21 31/3
 31/9 31/20 32/2 33/8 34/25 37/25 38/2
 55/11 56/14 56/21 62/20 62/23
apologies [1]  18/24
apologize [1]  43/7
apparently [1]  60/24
appearance [1]  3/25
appearances [2]  1/10 3/9
apple [1]  24/16
apply [1]  33/1
appointment [1]  11/21
appreciate [4]  15/18 22/1 22/14 30/16
appropriate [3]  7/22 23/14 25/2
are [44]  4/22 4/24 8/4 8/8 8/10 9/2 9/7
 9/13 10/8 10/12 10/22 11/25 12/3
 12/13 16/9 16/21 16/25 16/25 17/2
 17/11 18/21 18/21 20/21 21/5 22/7
 22/23 25/9 26/8 27/21 27/21 28/7
 28/25 29/7 29/24 30/10 30/19 31/2
 31/8 33/15 35/2 35/3 44/12 47/5 51/5
Argentina [1]  37/7
argument [2]  57/1 62/12
Armed [1]  12/10
arms [1]  22/6
Arnold [4]  43/24 44/9 44/11 44/13
around [3]  13/4 28/2 43/17
arthritis [1]  39/4
as [74]  3/22 4/1 4/4 4/12 5/1 6/1 6/4
 6/19 6/21 7/5 7/7 7/21 9/20 10/14 13/3
 13/5 15/2 15/11 15/23 16/19 16/21
 17/1 17/11 17/12 19/7 19/15 19/16
 19/19 23/6 26/5 26/11 26/12 27/14
 29/6 29/21 30/23 32/4 33/1 34/11
 34/13 35/13 35/25 40/2 41/20 42/15
 43/9 44/8 44/19 44/20 45/13 45/16
 46/4 46/16 46/17 47/7 47/10 47/11
 48/2 48/24 50/6 51/16 52/3 57/3 57/5
 57/17 58/8 58/20 59/11 59/12 59/20
 59/25 61/4 61/10 61/21
aside [2]  27/17 30/4
ask [33]  6/11 7/12 8/9 10/24 12/17 13/9
 14/24 15/13 16/4 27/2 29/9 35/2 35/12
 35/20 36/1 36/6 37/6 37/18 38/16
 39/21 41/25 43/6 43/7 44/12 46/14
 47/14 50/3 50/11 57/24 58/10 58/11
 58/12 58/13
asked [6]  7/16 8/19 44/17 46/7 46/15
 61/2
asking [3]  6/23 15/6 57/21
assessing [1]  6/16
associate [3]  17/12 18/1 18/2
associated [3]  43/24 52/14 61/15
associates [1]  4/8
assume [1]  7/13
assure [1]  13/4
at [57]  3/18 4/7 5/24 6/7 6/22 6/23 7/9
 7/11 7/22 8/10 11/6 12/4 12/15 12/15
 15/11 15/19 15/20 17/3 17/6 17/9
 18/22 22/7 27/24 32/5 34/7 34/23
 35/11 38/12 41/8 43/3 46/5 46/5 48/15
 48/17 48/24 55/11 56/1 56/19 57/18

 57/19 58/19 58/21 59/2 59/5 59/6
 59/11 59/18 59/19 60/12 60/24 61/9
 61/20 62/3 62/6 62/14 62/14 63/8
attempted [1]  6/11
attention [1]  33/23
attorney [5]  17/18 17/23 20/14 57/12
 62/12
attorney's [1]  7/6
attorneys [5]  16/20 19/11 23/10 34/6
 35/12
audibly [1]  16/10
August [1]  59/4
August 17th [1]  59/4
Austin [1]  17/13
authority [2]  58/23 59/8
authorize [2]  14/16 14/17
available [2]  56/24 62/2
Avenue [3]  1/12 1/15 1/19
avocado [1]  47/24
avoid [1]  36/7
award [1]  7/6
aware [1]  28/1

**B**

B12 [1]  39/8
baby [4]  48/14 49/19 49/20 49/21
back [17]  9/2 15/18 16/7 37/4 39/1 39/3
 40/15 42/4 42/5 42/13 43/11 47/16
 47/17 49/15 52/8 52/19 58/12
background [13]  28/11 29/10 30/13
 30/21 31/4 31/9 31/17 32/2 33/9 36/17
 46/18 46/23 51/3
bad [2]  15/8 24/25
Badillo [2]  31/19 53/25
bags [1]  12/18
Bahamas [1]  14/3
bait [1]  61/1
bake [2]  23/25 24/2
baking [1]  24/8
banana [3]  24/4 24/9 24/15
bananas [1]  24/19
Bannister [5]  4/19 4/19 18/13 18/24
 18/25
Bar [2]  4/10 17/13
bars [1]  39/12
based [8]  6/25 25/13 27/18 47/2 57/5
 57/19 59/13 62/9
bashful [1]  22/22
basically [3]  19/16 21/22 57/21
Batting [1]  32/1
be [98]  3/25 4/6 6/10 6/12 6/15 7/3 7/4
 7/12 9/22 10/8 10/9 10/24 11/6 11/12
 12/3 12/15 12/15 12/19 12/22 13/13
 13/14 15/15 15/20 16/2 16/13 18/6
 18/6 18/8 18/10 18/11 18/13 18/14
 21/5 21/10 21/16 22/22 23/12 23/14
 23/15 23/16 23/17 23/18 23/20 23/21
 23/24 24/18 24/20 25/14 25/18 26/4
 26/23 27/14 27/23 28/14 29/1 29/2
 29/22 30/5 31/7 31/13 33/10 34/7 35/5
 35/8 35/18 36/4 36/5 39/14 45/20 46/1
 46/3 46/10 47/22 49/1 51/17 51/25
 52/8 52/13 52/18 52/21 54/24 55/6
 55/18 56/2 56/3 56/6 56/8 56/15 56/19
 56/21 57/25 58/16 59/20 60/14 60/16
 61/6 62/16 62/23
BEACH [4]  1/6 3/18 17/20 60/3
because [35]  12/4 12/21 13/3 13/4 14/7
 15/15 16/1 21/4 21/7 21/7 22/7 22/19
 22/25 24/19 25/22 26/2 27/15 27/22

**B**

because... [17]  27/25 28/16 34/7 34/15 34/18 43/16 45/7 51/5 51/15 52/20 52/21 59/12 60/13 60/22 61/3 61/7 61/20
become [1]  50/18
becomes [7]  54/25 55/1 55/2 55/3 55/4 55/4 55/5
becoming [1]  61/1
beef [1]  47/24
been [26]  5/4 7/1 8/20 9/18 14/7 20/11 22/3 26/3 26/11 26/18 27/18 29/25 30/2 35/12 39/15 41/4 49/24 57/6 57/15 58/25 59/13 59/22 60/4 60/13 61/13 61/24
before [27]  1/9 4/14 5/17 7/9 7/13 7/20 8/6 10/9 11/5 11/14 14/12 14/13 14/15 14/25 15/3 15/23 17/6 18/15 19/23 22/3 23/10 32/7 33/23 35/9 35/25 58/15 58/18
began [1]  58/9
begged [1]  61/15
beginning [2]  17/5 58/21
behalf [8]  3/11 3/15 4/1 35/23 42/21 58/8 58/23 59/21
being [22]  5/24 6/21 10/18 16/25 17/17 19/13 20/13 22/14 27/9 28/11 29/11 29/20 30/13 30/22 31/4 31/10 31/22 32/3 34/9 43/2 51/15 52/22
believe [12]  6/14 7/7 21/15 24/10 44/22 44/24 46/1 51/19 57/17 58/4 58/14 59/4
believing [1]  51/14
Bell [3]  1/20 4/7 17/24
bench [1]  28/5
best [7]  4/12 18/25 47/21 47/23 47/24 48/1 57/16
better [4]  10/5 10/5 47/6 56/3
between [2]  32/23 56/19
beyond [4]  20/16 20/25 21/18 62/20
bias [1]  23/13
biased [1]  27/15
big [1]  43/18
Bill [1]  16/7
biology [4]  50/11 50/15 50/16 50/18
bit [4]  15/21 29/6 37/20 61/1
bite [1]  22/22
Bixby [1]  16/7
Blvd [2]  1/24 63/18
body [2]  9/20 38/7
bodybuilders [1]  43/17
bodybuilding [2]  38/11 43/10
both [12]  4/9 16/21 19/20 20/22 21/6 23/12 23/14 23/17 24/16 25/2 30/4 30/4
bottom [1]  33/20
box [2]  52/20 53/2
BPI [19]  1/4 3/7 3/11 3/15 4/5 17/9 17/10 18/7 18/14 19/16 36/1 58/8 58/19 58/23 60/4 60/7 61/7 61/9 62/13
BPI's [1]  57/25
brand [1]  17/12
break [5]  22/10 22/10 23/2 23/7 47/18
breaks [1]  34/5
BRICKELL [3]  1/14 1/15 3/15
brief [2]  36/2 58/3
briefed [2]  56/25 57/17
briefly [2]  46/22 51/24
bring [14]  3/24 4/14 5/16 9/10 48/22 51/11 55/7 56/17 56/24 57/10 57/22

57/23 61/21 62/5
bringing [1]  18/12
brother [2]  25/15 36/21
brother's [1]  26/2
brought [4]  18/6 19/16 21/7 48/23
Broward [6]  1/24 29/15 29/16 42/16 59/5 63/18
building [2]  13/5 40/10
bulging [1]  22/7
burden [6]  20/15 20/19 20/23 21/8 21/20 60/7
burdens [1]  32/23
business [4]  36/15 41/22 41/22 42/10
busy [1]  56/16
but [40]  6/13 6/24 7/7 7/20 7/25 10/11 10/15 10/25 11/1 11/25 15/4 15/14 15/18 15/19 17/25 24/23 28/5 30/3 35/5 35/14 35/15 36/7 37/5 37/19 40/7 41/18 43/7 46/10 47/25 48/21 49/1 49/18 49/20 50/24 51/1 59/23 61/3 61/7 61/16 62/22
buy [1]  14/15

**C**

C-E-R-T-I-F-I-C-A-T-E [1]  63/10
cake [3]  24/3 24/4 24/9
calcium [1]  39/2
calendar [1]  56/15
California [1]  4/10
call [7]  3/4 3/6 4/15 20/20 61/10 61/16 62/3
calling [1]  18/8
came [2]  48/18 49/19
can [72]  3/6 7/15 7/18 7/21 7/21 8/22 8/25 9/10 9/19 10/20 12/7 12/14 12/15 12/20 13/1 13/4 13/18 14/14 14/17 15/18 16/5 16/10 16/16 17/19 21/2 21/22 22/14 22/21 23/4 23/14 23/17 23/21 24/20 25/3 25/12 27/16 27/19 28/22 28/23 29/2 29/22 30/3 31/7 31/13 33/1 36/4 36/8 36/14 39/22 43/13 43/22 44/8 44/9 44/18 45/6 48/5 48/9 48/10 50/14 51/16 51/17 52/4 52/15 55/12 56/2 56/3 56/20 57/2 59/17 60/15 61/6 62/22
can't [17]  11/21 12/2 12/15 13/19 15/15 22/8 23/20 27/5 29/1 34/23 34/23 35/1 35/3 43/16 59/18 62/15 62/20
cancel [1]  11/21
cannot [5]  11/4 11/16 14/15 23/18 35/5
capacity [1]  59/12
care [4]  11/21 22/12 38/6 55/19
Caribbean [1]  13/24
carrots [6]  48/14 48/20 49/19 49/20 49/21 49/25
case [68]  1/2 3/6 3/8 6/3 6/6 6/22 7/5 7/14 10/14 10/16 10/20 12/24 17/2 17/8 17/25 18/8 18/9 18/10 18/12 18/16 18/22 19/4 19/12 19/21 20/3 20/4 20/16 20/23 21/2 21/5 21/10 23/19 25/2 25/4 25/19 25/23 26/3 26/5 27/2 27/9 27/14 27/16 27/18 29/11 29/21 30/4 30/23 31/12 32/9 32/14 32/15 32/18 32/23 32/23 34/25 36/1 42/24 54/24 55/6 55/12 58/11 58/22 61/24 61/25 61/25 61/25 62/4 62/5
cases [2]  28/2 34/16
cause [3]  23/24 52/21 52/22
caused [1]  60/4
certain [4]  8/2 24/23 40/23 45/11

certainly [3]  7/7 18/1 18/7
certify [1]  63/12
cetera [1]  16/15
chairman [1]  57/7
challenge [2]  53/4 53/19
chance [4]  6/22 11/7 29/5 43/4
changed [1]  58/19
charge [2]  7/13 16/13
charged [1]  10/18
chart [1]  49/5
Cheever [9]  30/17 30/19 45/21 45/23 46/13 50/11 50/20 51/1 53/1
chemical [1]  50/25
chemistry [6]  50/7 50/8 50/10 50/23 50/24 51/7
chief [4]  4/4 17/8 17/10 18/11
choice [2]  12/21 62/21
choose [1]  26/25
chopped [1]  48/20
chose [2]  60/11 60/13
chosen [1]  10/24
Chris [5]  1/20 4/4 4/18 17/10 18/10
Christine [1]  17/13
City [2]  56/5 56/6
civic [2]  12/20 15/17
civil [10]  10/19 10/20 19/15 20/20 21/5 26/11 26/12 32/15 32/23 37/21
claim [1]  20/15
claims [2]  19/17 19/20
clarify [2]  28/18 53/11
class [2]  50/6 50/8
classes [1]  50/19
Claudia [1]  54/15
clean [1]  62/16
clear [3]  19/1 28/15 61/14
clerk [1]  16/12
client [2]  4/4 16/23
clients [2]  17/1 17/2
closer [2]  48/10 61/21
cobbler [1]  24/2
Cole [7]  31/14 48/3 48/5 48/9 50/2 53/21 55/3
colleague [1]  61/5
colleagues [2]  17/11 61/16
collecting [1]  16/14
college [1]  50/18
come [11]  5/17 8/3 11/13 12/24 15/7 15/10 21/13 35/4 47/16 47/17 62/15
comes [2]  23/23 39/23
comfort [3]  22/9 23/2 23/6
comfortable [3]  14/6 14/19 14/20
coming [2]  10/7 21/8
commencing [1]  5/7
commission [1]  27/11
commissions [2]  27/4 27/8
communication [1]  34/8
company [12]  13/23 27/3 27/7 27/10 29/14 41/9 42/5 42/9 42/14 58/22 59/21 61/13
compel [1]  56/23
compelled [1]  21/3
compelling [8]  11/4 11/16 11/17 11/18 12/3 13/18 15/20 57/22
competition [2]  19/18 24/8
complete [1]  4/6
completely [2]  49/6 62/8
component [1]  47/1
compounds [1]  51/4
concern [2]  42/11 51/14
concerning [1]  5/19

**C**

condition [1]  23/1
condo [3]  45/15 45/17 45/18
confer [3]  8/19 60/22 61/18
conference [1]  7/13
conflict [1]  4/16
confused [1]  19/22
Congratulations [1]  4/12
consider [2]  6/8 13/20
consistent [1]  62/19
Constitutional [1]  21/4
consult [1]  52/3
consumer [3]  47/7 47/10 47/11
contact [1]  34/8
contempt [2]  34/19 35/9
contest [3]  43/10 43/14 43/23
context [2]  6/20 39/21
control [2]  62/11 62/13
Cooper [2]  56/5 56/6
copyrights [1]  40/14
copywriter [1]  41/17
COQ [1]  39/8
corporate [2]  17/20 19/5
correct [13]  5/13 5/14 8/13 20/18 27/11
 27/12 35/9 36/12 38/9 45/1 53/12
 53/13 61/5
correspondence [2]  61/14 61/15
could [18]  9/18 11/12 23/12 25/12
 38/16 39/14 39/20 43/15 45/2 45/23
 46/17 46/21 46/22 48/23 48/25 49/24
 52/6 60/25
counsel [13]  3/9 3/10 7/8 7/17 17/5
 17/8 17/9 35/19 35/25 50/21 53/2
 57/20 58/6
counter [2]  39/6 39/10
counting [1]  22/4
countries [2]  12/4 12/5
country [8]  10/12 12/18 13/12 14/7 14/8
 37/5 51/13 55/25
county [3]  28/5 29/15 59/5
couple [7]  4/13 12/22 36/1 36/18 42/8
 46/14 60/18
course [8]  9/4 19/19 21/12 21/18 27/20
 55/11 60/6 60/17
courses [1]  50/18
court [28]  1/1 1/23 3/4 6/4 8/6 8/9 9/21
 10/12 15/19 15/25 16/17 19/11 22/7
 23/7 25/14 26/20 26/20 26/21 28/2
 28/5 29/17 35/5 45/7 46/8 57/3 61/8
 62/15 63/17
Court's [4]  34/9 52/18 57/7 61/17
Court.....................................9 [1]  2/2
courtroom [5]  9/12 16/12 52/1 55/9
 56/13
cover [1]  34/4
created [1]  41/1
creates [2]  45/3 45/10
creatine [2]  39/19 39/22
creator [1]  45/9
credibility [2]  6/9 6/17
crime [1]  10/18
crimes [1]  10/17
criminal [15]  10/14 10/16 19/21 20/14
 20/22 21/1 22/16 25/20 25/23 26/3
 26/5 32/15 32/18 32/23 56/16
CRR [2]  1/22 63/16
cup [2]  14/22 14/23
cuts [1]  48/19
CV [2]  1/2 3/8

**D**

D.C [2]  1/12 1/19
Dade [3]  25/15 26/2 36/25
damages [1]  60/3
Daniel [2]  26/7 54/25
daughter [1]  56/1
day [2]  15/7 26/25
days [6]  5/12 12/2 16/7 58/15 58/16
 58/17
deceive [1]  49/23
deceived [1]  48/2
decide [2]  24/14 24/15
decided [2]  8/7 62/5
decision [2]  23/16 29/23
decisions [1]  12/6
deem [1]  15/20
defend [2]  12/18 16/25
defendant [12]  6/5 6/6 21/1 21/11
 21/16 23/20 25/3 26/12 27/15 31/5
 31/11 56/18
defendant's [2]  6/6 58/9
defendants [21]  1/7 1/17 3/17 3/22 4/1
 5/18 6/5 6/13 16/24 17/20 19/17 19/19
 42/21 42/23 51/11 52/14 53/14 56/22
 60/2 60/11 62/17
Defendants........................42 [1]  2/5
defended [1]  58/20
defender [3]  25/15 26/3 37/1
defense [16]  3/19 5/1 17/15 18/17
 20/14 21/13 23/15 42/18 53/9 53/21
 54/2 54/4 54/10 54/11 54/15 54/21
defenses [2]  21/14 21/15
definitely [2]  11/2 56/2
degree [3]  36/9 36/11 36/13
deliberate [1]  52/7
deliberating [1]  55/9
democracy [2]  12/8 12/14
deny [1]  19/19
depending [1]  45/10
depose [4]  60/9 60/11 60/14 61/2
deposed [2]  59/22 59/23
deposition [12]  18/15 19/7 57/14 58/20
 59/11 59/13 59/15 59/16 59/20 60/15
 61/6 62/24
deputy [2]  16/12 16/13
Derek [4]  4/20 19/5 56/25 57/4
Desert [1]  13/2
design [2]  42/2 42/3
designations [1]  59/17
designer [3]  41/11 41/20 46/24
desire [1]  15/19
despite [1]  61/17
desserts [1]  24/1
determined [1]  6/4
detriment [1]  7/7
dictators [1]  12/5
dictionaries [1]  19/3
did [17]  20/1 20/7 22/17 25/22 31/19
 32/19 32/21 41/8 41/13 41/13 41/16
 48/20 49/23 51/19 56/22 59/11 61/3
didn't [9]  20/10 25/20 29/12 41/15
 55/23 58/10 58/11 58/12 58/13
die [1]  13/8
dietary [4]  38/15 39/15 39/16 39/18
difference [3]  32/22 32/24 48/24
different [8]  10/14 20/13 20/20 47/15
 49/6 49/11 50/3 51/4
digits [1]  22/5
Dire [7]  1/8 2/2 2/3 2/5 9/21 35/23
 42/21

directly [1]  18/19
director [2]  4/7 17/24
disability [1]  22/11
discipline [1]  36/9
disclose [6]  20/10 25/16 25/21 29/12
 32/20 35/5
disclosed [1]  61/13
disclosures [4]  59/24 59/25 59/25 60/8
disconnect [1]  60/21
discuss [5]  5/16 7/15 7/19 35/17 52/12
displayed [1]  49/6
dispute [3]  8/14 13/14 20/15
disputed [1]  6/8
disputes [1]  10/13
dissatisfied [1]  39/16
dissected [1]  50/17
dissolves [1]  51/9
DISTRICT [4]  1/1 1/1 1/9 58/17
divorce [1]  59/3
divulged [1]  24/22
do [44]  4/17 5/10 5/10 5/18 7/11 12/12
 12/14 14/11 14/13 15/18 16/4 18/25
 18/25 19/9 21/1 21/16 21/22 22/15
 24/13 25/1 25/23 27/19 28/22 32/24
 34/7 34/18 34/23 37/6 37/17 37/24
 38/5 38/22 39/21 40/15 41/25 43/4
 44/10 44/19 44/20 45/19 45/20 49/23
 59/19 62/9
Do you [5]  37/6 37/17 38/22 40/15
 41/25
docket [1]  5/24
does [24]  15/19 19/10 21/12 21/13 27/6
 27/13 36/16 37/19 37/23 38/1 38/15
 40/12 44/11 44/21 45/2 50/24 50/25
 51/9 51/13 53/2 57/6 57/23 63/1 63/3
doesn't [3]  21/1 24/25 58/23
doing [4]  29/8 30/11 31/15 35/3
Dolphins [1]  55/13
don't [42]  8/1 11/25 12/1 12/1 12/7
 12/24 14/21 16/4 16/7 16/8 19/22
 20/14 20/23 21/10 22/10 22/12 22/22
 22/25 24/19 28/13 28/14 28/18 29/1
 32/20 34/6 34/19 34/22 38/16 38/19
 38/20 38/21 43/7 47/23 50/24 55/11
 55/12 56/25 57/23 59/8 62/6 62/6
 62/11
done [11]  5/6 11/6 17/4 34/12 34/20
 34/22 35/17 47/2 56/17 56/19 57/16
donuts [1]  21/3
double [1]  22/5
doubt [3]  20/17 20/25 21/19
DOWD [9]  1/17 1/17 3/16 3/16 3/22 4/8
 17/17 42/23 59/1
down [1]  62/1
Dr [4]  4/18 4/19 18/24 18/25
Dr. [1]  18/13
Dr. Steve [1]  18/13
driver's [1]  15/9
drug [2]  20/3 20/4
during [4]  8/2 22/12 34/5 57/14
duties [2]  12/20 15/17
duty [2]  15/7 35/3

**E**

each [1]  35/13
earlier [2]  44/24 46/15
early [2]  11/7 42/6
earned [1]  36/9
easier [1]  44/10
East [2]  1/24 63/18

**E**

eat [3] 21/2 47/25 48/25
Edward [2] 53/21 55/3
effect [1] 58/25
effective [2] 59/1 62/10
effects [2] 60/1 60/3
efforts [1] 58/9
eight [5] 9/16 10/1 53/8 53/12 53/18
either [8] 19/10 21/13 23/20 29/20 31/5 31/11 51/14 62/22
ELLEN [4] 1/22 15/25 63/16 63/16
Elliott [4] 1/21 4/9 4/10 18/2
else [13] 5/16 7/24 11/22 14/4 24/14 24/15 34/4 37/15 38/25 40/6 40/21 40/25 43/19
employed [1] 57/8
employee [1] 18/14
employment [1] 46/18
end [5] 10/23 11/5 11/15 17/9 34/18
energy [1] 39/12
enforcement [2] 37/9 37/11
engaging [1] 19/18
enhance [1] 6/6
enjoy [2] 12/14 13/11
enjoyed [1] 50/9
enough [2] 7/7 47/17
entered [3] 6/2 9/12 55/9
entering [1] 24/7
entirely [1] 49/11
entitled [1] 63/13
entry [1] 5/24
equal [4] 20/22 20/23 21/6 21/15
especially [2] 9/2 22/8
Esq [5] 1/11 1/14 1/17 1/18 1/18
estate [10] 27/3 27/7 27/10 42/8 42/8 42/9 42/14 42/15 45/15 45/18
et [2] 3/8 16/15
Ettinger [32] 4/20 19/5 56/25 57/4 57/14 57/22 57/24 58/2 58/9 58/10 58/12 58/22 58/24 59/1 59/2 59/3 59/4 59/16 60/16 60/23 60/24 61/4 61/7 61/10 61/12 61/20 62/4 62/12 62/13 62/19 62/21 62/24
Ettinger's [4] 58/19 58/20 59/2 62/16
evaluating [1] 6/9
Evans [6] 30/25 31/2 43/20 43/22 44/3 55/2
even [2] 21/3 34/8
event [1] 43/9
events [1] 44/1
ever [10] 12/10 14/25 16/6 26/11 39/14 39/15 39/18 41/4 41/21 47/4
every [7] 15/7 15/7 16/2 20/16 20/25 21/19 61/24
everybody [2] 43/6 50/24
everyone [21] 3/5 14/24 17/17 21/11 21/17 21/22 22/14 22/20 23/17 23/21 29/3 34/23 35/6 35/24 43/1 43/7 47/15 51/7 51/9 52/14 63/5
everything [1] 37/20
evicted [1] 46/2
evidence [10] 6/6 6/18 17/25 20/21 20/21 21/14 25/13 27/17 62/11 62/13
exactly [2] 8/23 38/17
exam [1] 17/13
example [4] 23/22 23/25 47/15 51/13
exclusion [3] 20/16 20/25 21/19
excuse [1] 51/24
executive [3] 4/4 17/10 18/11
exercise [6] 37/25 53/3 53/15 53/23

54/14 54/16
exhibit [1] 8/3
exhibits [3] 8/4 16/14 17/25
exited [2] 52/1 56/13
expected [2] 61/8 61/19
experience [18] 23/13 28/11 29/10 29/20 30/13 30/22 31/4 31/10 32/3 33/9 40/14 40/16 41/7 43/2 43/3 46/17 49/9 49/15
expert [3] 18/12 18/24 19/2
experts [2] 18/23 18/25
explain [3] 19/8 28/17 48/5
explained [2] 26/5 32/22
extended [1] 45/5
extent [2] 8/17 41/2
eyes [1] 22/7

**F**

fabricated [1] 6/5
Facebook [1] 34/14
fact [7] 6/9 27/21 29/24 44/8 57/13 61/9 61/11
facts [3] 6/22 8/3 29/23
failure [1] 27/10
fair [32] 8/8 23/11 23/12 23/17 23/18 23/20 23/21 24/12 24/18 24/20 25/3 25/13 25/18 26/4 28/12 29/1 29/2 29/11 29/20 29/22 30/5 30/14 30/22 31/4 31/7 31/10 31/13 31/22 32/3 33/10 35/15 51/15
false [3] 19/18 19/18 49/2
familiar [7] 39/19 40/18 43/9 44/9 44/12 44/21 44/25
family [1] 36/17
famous [2] 19/13 24/8
far [1] 32/1
fashion [1] 7/21
fast [1] 49/5
favor [2] 44/19 46/16
favorite [3] 50/6 50/8 50/14
FBI [1] 36/21
federal [4] 26/21 28/2 37/9 37/11
feel [5] 28/6 28/22 45/19 46/4 49/22
feeling [1] 14/6
feels [1] 48/2
fees [1] 7/6
feet [1] 28/21
fellow [2] 13/7 13/9
few [7] 4/14 19/22 40/5 43/5 43/25 52/2 52/6
field [1] 41/5
Fifth [1] 21/4
fighting [1] 12/13
figure [1] 8/18
file [1] 56/22
filed [5] 16/22 26/18 30/1 46/11 59/3
find [1] 49/1
fine [6] 24/13 26/6 28/9 28/17 30/20 56/9
finish [1] 10/25
finished [1] 22/16
firm [3] 17/12 18/2 36/18
firms [1] 36/20
first [10] 10/7 18/9 22/18 42/25 52/20 52/25 53/6 57/10 60/23 61/11
fitness [4] 37/24 38/1 38/2 38/6
five [5] 12/2 53/12 53/18 55/1 55/4
FLORIDA [8] 1/1 1/4 1/16 1/24 36/22 37/13 58/17 63/18
flying [2] 11/20 28/21

feld [1] 6/18
folded [1] 22/6
folks [2] 36/18 38/17
follow [4] 34/11 36/7 43/5 45/16
followed [1] 18/13
following [3] 4/15 14/18 54/23
food [1] 49/5
Forces [1] 12/10
foregoing [1] 63/12
forget [1] 22/3
form [2] 29/13 39/23
former [2] 7/8 18/14
formula [2] 50/25 51/8
forth [1] 9/2
fortunate [1] 10/22
forward [2] 21/8 21/13
fought [1] 13/2
four [6] 5/12 13/20 15/4 18/9 52/20 55/3
freedom [1] 12/13
freedoms [2] 12/14 13/11
FRIDAY [6] 2/7 10/2 10/7 10/9 10/23 11/9
friendly [2] 22/23 28/21
front [3] 33/19 33/20 41/23
FT [4] 1/2 1/4 1/24 63/18
Fuentes [2] 33/13 54/15
full [1] 45/12

**G**

gain [1] 39/24
game [1] 8/8
gave [1] 13/16
Gee [3] 1/21 4/9 18/2
general [2] 43/7 46/14
generally [3] 12/3 16/13 22/19
gentleman [5] 18/10 18/20 32/16 37/2 37/3
gentleman I [1] 18/10
gentleman named [1] 18/20
gentleman next [1] 37/3
gentleman was [1] 32/16
gentlemen [8] 9/24 10/3 15/23 22/2 26/5 28/20 42/22 51/23
get [27] 5/16 11/1 11/7 12/1 12/1 12/21 19/8 19/22 23/10 23/11 24/12 26/15 31/3 31/19 33/23 34/16 36/8 43/6 46/5 46/21 49/21 51/6 53/5 57/9 60/22 61/16 61/21
give [13] 9/8 12/19 13/18 22/24 23/22 27/22 30/4 33/1 34/12 35/11 52/2 55/16 59/12
given [4] 35/12 57/6 57/13 62/7
gives [2] 40/22 53/1
go [35] 5/22 11/7 12/1 12/18 12/22 13/3 14/5 14/7 14/17 15/19 21/2 22/13 22/17 22/19 22/20 23/2 23/10 25/6 26/7 28/7 35/1 38/25 46/8 47/18 47/18 47/20 47/24 49/15 52/12 53/24 54/7 54/15 54/18 55/15 56/15
goal [1] 11/1
goes [4] 5/19 23/5 53/16 56/17
going [73] 3/23 4/15 5/4 7/3 7/20 8/24 8/25 9/1 9/3 10/8 10/18 10/23 10/24 11/5 11/7 11/8 11/9 11/15 12/3 12/17 12/22 13/8 14/8 15/13 15/22 15/23 16/8 16/19 16/20 17/1 18/11 19/20 21/5 22/13 23/5 23/10 23/10 24/8 24/14 24/15 24/18 25/6 25/7 25/17 27/14 29/22 29/25 34/12 35/2 35/8

## G

going... [23] 35/11 35/15 35/17 35/18 36/1 36/2 42/10 42/12 43/5 47/16 49/21 51/23 52/19 55/10 55/16 55/19 55/24 56/21 56/21 61/22 62/18 62/22 62/23
gone [2] 12/22 34/21
good [51] 3/5 3/10 3/13 3/14 3/16 3/20 3/21 3/25 8/21 9/23 9/25 10/2 10/2 10/4 10/22 11/9 11/10 13/22 16/3 17/7 17/16 24/1 24/9 24/10 24/25 25/8 25/10 28/21 30/19 31/1 31/2 31/15 31/25 33/6 33/7 33/14 33/15 33/16 35/24 36/23 37/2 38/10 39/25 40/25 42/22 44/2 47/25 48/15 49/20 55/15 55/21
Google [1] 34/17
got [10] 5/3 20/7 21/25 31/23 48/3 48/3 49/12 49/22 55/23 62/21
Government [5] 10/17 13/24 14/1 14/2 20/24
graduates [1] 4/9
Granted [1] 53/20
graphic [2] 41/11 46/24
graphics [2] 8/2 8/10
gravy [1] 48/15
great [17] 9/17 19/13 20/7 25/11 25/17 26/1 26/10 29/4 31/9 33/19 33/22 33/24 35/10 39/9 39/11 41/21 43/2
greater [1] 20/21
green [1] 16/9
Greg [1] 35/25
Gregory [3] 1/11 3/11 17/7
grenade [2] 13/7 13/9
ground [1] 13/4
GROUP [2] 1/14 3/15
Guantanamo [1] 14/1
guess [2] 46/10 47/7
guilty [3] 20/9 32/20 32/20
guys [3] 9/13 15/10 16/16
gym [1] 38/12

## H

had [18] 5/10 6/22 20/11 20/23 25/21 26/3 29/5 36/23 39/20 41/5 45/17 48/11 49/15 49/19 52/17 60/7 61/2 61/3
hadn't [1] 61/13
half [1] 41/24
hand [15] 13/20 19/12 19/23 22/11 22/13 22/19 23/5 23/18 23/21 34/7 36/10 37/3 43/19 44/11 51/20
hands [13] 19/13 36/4 39/14 43/9 44/8 44/19 44/20 45/14 45/16 48/2 50/6 51/10 51/17
happen [2] 11/1 27/23
happened [3] 21/21 27/1 35/2
happens [1] 22/20
happy [2] 8/17 52/13
harm's [1] 12/19
has [39] 4/10 6/4 6/23 8/15 11/3 12/11 14/7 16/1 16/6 19/16 21/7 21/16 22/10 22/19 22/20 25/1 26/18 27/18 29/25 30/2 34/13 34/22 36/8 39/13 41/4 41/21 44/1 44/19 45/7 46/17 51/12 51/16 52/21 56/6 58/19 58/25 59/13 59/22 60/9
has the [1] 26/18
hasn't [1] 57/20
have [131] 3/5 4/3 4/7 4/8 4/14 4/17

4/17 4/18 5/10 5/18 5/20 6/24 7/1 7/1 7/13 7/16 8/1 9/1 9/1 10/7 14/9 11/16 11/19 12/5 12/6 12/8 12/14 13/12 13/25 14/1 14/5 14/11 14/11 14/13 14/24 14/25 15/3 15/5 15/7 15/8 15/14 15/25 16/12 16/15 16/19 16/21 16/24 16/25 17/1 17/10 17/23 17/24 18/25 19/2 19/22 20/10 20/13 20/14 20/24 21/1 21/13 22/7 22/9 23/1 23/6 23/13 23/25 25/3 25/4 25/23 26/10 28/7 31/23 32/6 32/20 34/8 34/10 34/14 34/15 34/20 34/21 35/3 35/15 36/10 36/16 36/17 36/23 38/16 39/19 40/5 40/14 40/16 41/2 41/3 42/9 42/14 43/4 45/4 45/10 45/12 46/1 47/4 47/18 47/25 48/18 49/24 50/7 50/21 51/12 51/14 52/6 53/9 53/11 53/17 55/15 55/21 55/25 56/15 56/16 56/23 58/23 59/8 59/16 60/3 60/6 60/8 60/13 60/25 61/15 62/11 62/12
haven't [2] 27/8 62/10
having [3] 11/20 37/24 60/1
he [22] 7/8 7/8 13/2 13/3 13/3 18/13 19/3 20/9 33/22 37/18 37/19 43/25 44/1 57/6 57/7 59/1 59/6 59/8 59/10 59/10 62/3 62/20
he's [3] 13/3 59/5 62/23
head [2] 16/5 16/9
health [2] 38/4 38/8
Healthcare [1] 41/8
hear [17] 15/14 16/11 18/19 18/20 18/23 19/4 19/20 20/21 24/24 27/5 43/16 45/8 48/10 57/1 57/2 58/5 62/7
heard [9] 13/17 19/19 23/19 30/5 39/18 39/21 40/2 40/7 50/7
hearing [3] 7/9 19/9 35/9
hears [1] 6/17
Helen [2] 25/7 53/1
hello [1] 34/6
help [3] 10/13 13/14 17/13
Helping [1] 17/22
her [5] 11/23 16/9 26/2 51/20 52/22
here [64] 3/25 6/18 8/21 9/2 10/1 10/7 10/9 10/12 11/3 12/10 12/15 12/19 13/5 13/14 13/17 15/6 15/10 15/16 15/16 15/22 16/1 16/4 16/18 16/22 16/23 16/24 17/9 17/13 17/17 19/10 19/15 19/22 19/22 20/14 20/19 21/5 21/5 22/5 22/14 22/22 22/23 23/15 23/17 23/25 36/21 37/13 37/23 38/1 38/11 38/15 39/14 39/14 39/15 39/18 40/13 41/4 43/2 52/15 55/18 56/2 56/4 56/21 59/20 61/16
Here's [2] 10/15 12/4
hereby [1] 63/12
high [4] 21/20 50/4 50/6 50/8
highest [3] 12/20 20/19 21/20
HILLYER [11] 1/11 1/11 3/11 3/12 8/15 17/8 35/25 43/5 44/17 46/15 57/13
him [13] 8/16 8/17 11/23 57/11 60/13 60/14 61/9 61/21 61/22 62/2 62/3 62/6 62/22
his [13] 13/7 17/10 18/12 37/3 40/23 40/24 57/14 57/19 59/6 60/12 62/5 62/7 62/23
hmm [3] 16/3 16/4 44/23
home [5] 11/7 12/22 12/24 35/1 45/25
homeless [1] 12/3
homeowner [1] 46/4
homeowners [1] 29/13

Honor [44] 3/10 3/21 4/3 4/6 4/21 4/25 5/1 5/14 5/18 6/2 6/10 7/23 9/4 9/3 13/22 18/7 18/18 21/24 31/1 31/7 31/17 33/7 35/20 42/17 51/20 52/6 52/13 52/16 52/23 52/24 53/3 53/14 53/22 53/22 54/5 54/11 54/16 54/20 54/22 58/7 60/18 61/2 62/14 63/2
HONORABLE [3] 1/9 1/23 63/17
hope [4] 43/1 43/4 43/6 55/12
Hopefully [2] 36/2 56/19
Hospice [1] 41/9
hour [1] 11/6
hours [1] 12/22
house [4] 45/14 45/17 45/18 46/6
housekeeping [1] 4/14
how [23] 7/21 15/9 15/22 16/15 23/25 24/2 24/4 25/9 26/8 28/5 28/7 28/22 29/7 30/10 30/19 31/2 31/8 33/15 38/25 39/1 42/3 50/11 60/7
However [1] 59/2
huge [1] 48/20
huh [1] 47/25
Hulk [1] 16/6
hungry [1] 48/16
husband [1] 37/16
husband's [1] 37/17

## I

I get [1] 31/19
I got [1] 31/23
I will [2] 5/5 13/20
I'd [1] 46/14
I'll [9] 5/23 24/13 36/7 38/14 44/20 52/2 52/8 52/13 63/5
I'm [56] 4/15 5/4 7/18 11/20 11/20 11/22 11/23 12/2 13/23 14/6 14/19 15/23 16/8 16/19 16/20 17/8 17/18 22/22 23/5 23/10 24/16 24/18 24/18 25/6 25/7 26/1 26/14 27/3 27/7 28/1 28/9 29/8 29/13 29/22 30/20 31/15 34/12 35/1 35/11 35/25 36/1 36/2 39/20 41/11 42/17 43/5 43/15 45/9 46/24 47/9 49/8 54/21 55/24 56/16 56/17 62/18
I've [6] 22/3 40/5 42/5 46/11 47/10 55/23
identified [5] 57/4 58/2 59/24 60/13 61/4
identify [1] 60/8
IED [2] 13/3 13/5
if [87] 5/20 9/2 9/18 10/13 11/16 11/23 11/25 12/1 12/17 12/17 12/20 13/16 13/19 14/24 14/24 15/2 15/3 15/7 16/4 19/12 20/11 21/10 21/14 22/9 22/12 23/1 23/4 23/6 23/18 23/23 24/15 25/20 25/24 27/13 28/12 28/19 29/11 29/21 30/14 30/23 31/5 31/11 32/4 33/10 34/6 34/18 35/1 35/4 36/6 36/7 36/10 37/6 37/18 38/16 38/17 39/21 41/25 43/7 44/10 44/18 45/17 45/25 46/3 46/7 49/8 49/18 51/10 51/11 51/13 52/3 52/4 52/4 52/6 52/11 52/12 56/2 56/8 56/14 56/16 56/17 56/25 57/23 58/13 59/10 59/10 62/2 62/3
if you can [3] 12/20 44/18 56/2
If you cannot [1] 23/18
ignored [1] 8/20
Imagine [2] 28/15 28/19
Imani [1] 53/17
impartial [17] 23/11 23/24 25/4 25/18

**I**

impartial... [13] 26/4 28/12 29/11 29/21 30/14 30/23 31/5 31/11 32/4 33/10 35/16 51/15 51/17
important [3] 15/11 15/17 16/1
imposed [1] 7/5
in [155] 3/24 4/10 4/11 4/14 4/23 6/3 6/14 6/16 6/23 7/1 7/2 7/10 8/10 9/14 9/19 10/11 10/12 12/10 12/10 12/12 12/19 12/20 12/22 13/2 13/5 13/23 13/23 13/23 13/24 14/1 14/2 15/8 15/12 15/16 16/7 16/13 16/14 16/17 17/2 17/8 18/6 18/8 18/9 18/9 18/22 19/4 19/4 19/7 19/12 19/17 19/18 19/21 20/16 20/22 21/1 21/5 24/20 25/18 26/11 26/20 26/23 27/7 27/8 27/16 27/18 28/2 28/5 29/15 29/16 29/17 29/21 29/24 30/4 30/23 31/12 31/17 32/12 32/23 33/19 34/19 35/4 35/16 36/1 36/4 36/9 36/17 36/18 36/21 37/5 37/9 37/13 37/23 38/1 38/11 38/25 39/1 39/3 39/21 39/23 39/24 40/3 40/7 40/10 40/15 41/5 41/6 41/23 42/3 42/5 42/13 42/16 42/23 43/1 43/11 44/1 44/8 44/14 46/16 46/18 46/23 47/2 47/21 49/4 50/4 50/6 50/8 50/18 50/24 51/3 51/5 51/9 52/9 52/19 52/20 53/2 54/24 55/7 55/13 55/20 56/6 58/3 58/11 58/16 59/4 59/12 59/24 60/5 60/6 61/8 61/9 61/19 61/24 62/10 62/24 63/13
incentive [1] 11/11
inclination [1] 28/18
including [1] 16/14
inconvenience [3] 13/13 13/13 15/6
Incredible [1] 16/6
individuals [3] 10/12 15/5 18/21
industry [2] 37/24 38/2
information [3] 57/6 60/9 60/23
informed [2] 57/15 57/20
initial [3] 59/25 59/25 60/8
injury [1] 37/19
innocent [1] 49/24
instance [2] 24/7 24/20
instructed [1] 25/14
instructing [1] 61/17
instruction [6] 5/20 7/3 7/12 34/8 34/13 34/14
instructions [8] 5/19 6/3 6/15 6/19 6/20 7/11 34/10 55/17
insurance [1] 29/14
intellectual [2] 40/13 44/18
intending [1] 35/14
interfere [3] 25/18 26/3 33/9
Interior [2] 42/2 42/3
INTERNATIONAL [4] 1/6 3/17 17/20 36/15
internship [1] 41/8
interruptions [1] 9/1
into [6] 26/15 26/16 32/11 35/14 45/23 62/15
introduce [5] 10/6 15/23 16/19 16/20 17/5
introduced [2] 15/24 18/10
inventor [1] 40/22
inventors [1] 18/21
involve [1] 47/5
involved [8] 10/17 20/14 26/11 27/16 38/11 41/5 46/16 61/13
involving [1] 10/17

IP [2] 1/14 3/15
is [130] 4/10 4/11 4/11 5/9 5/23 6/1 6/13 6/18 6/20 7/3 7/7 7/14 7/18 7/25 8/16 8/21 10/6 10/16 10/18 10/18 10/19 10/22 11/1 11/3 11/10 11/14 11/15 11/17 12/21 13/17 13/18 13/21 14/22 15/1 15/12 15/22 16/15 16/22 17/7 17/10 17/17 17/19 17/22 18/1 18/7 18/12 18/24 19/13 19/15 19/24 20/15 20/19 21/19 22/23 23/11 24/15 25/15 25/17 26/4 26/20 27/2 29/15 31/19 33/4 35/3 35/24 36/21 36/25 37/16 38/10 39/19 40/13 40/17 40/18 42/10 43/9 43/10 44/8 44/11 44/21 44/21 44/22 44/25 45/11 45/21 45/21 46/5 46/19 47/3 47/16 47/21 48/3 48/21 49/1 49/6 49/6 49/6 50/4 50/4 52/9 52/21 53/12 53/17 54/24 54/24 55/21 55/24 56/1 56/3 57/7 57/15 58/16 58/18 58/20 58/22 59/2 59/4 59/7 59/10 60/8 60/24 61/5 61/7 61/12 61/12 61/14 61/23 62/12 62/13 63/12
isn't [1] 50/12
issue [4] 5/19 6/8 18/22 55/23
issues [6] 7/16 8/20 8/24 22/11 25/23 52/21
it [99] 5/3 5/19 5/24 6/12 6/15 6/15 7/3 7/19 8/1 8/6 8/16 8/18 8/22 8/25 10/11 13/12 13/21 16/2 16/8 19/1 19/21 19/24 20/3 20/11 20/20 21/20 23/15 23/23 24/17 24/25 25/20 26/3 26/3 26/10 26/20 27/2 27/6 27/13 29/13 29/13 29/15 30/2 31/19 32/9 32/10 32/12 32/14 32/16 32/18 32/20 33/1 34/25 35/3 35/4 35/5 35/19 36/2 39/23 40/2 40/5 40/7 40/17 40/18 40/19 40/22 41/2 42/1 43/20 43/25 44/1 44/10 44/20 44/22 44/22 45/4 45/10 46/3 47/4 47/25 47/25 48/23 48/25 49/21 50/12 51/9 51/19 51/20 55/14 55/24 56/1 56/17 56/20 57/2 57/16 58/14 58/20 59/4 59/7 63/3
it's [45] 5/11 5/24 6/14 6/15 10/2 10/14 10/14 13/13 14/21 14/22 14/23 16/17 20/13 20/19 20/20 21/18 21/20 23/1 23/15 23/19 24/9 24/10 25/4 25/22 28/18 29/18 34/14 36/6 39/23 42/12 43/2 43/3 43/24 44/10 46/4 47/1 47/25 48/1 48/21 49/18 50/5 58/4 59/18 61/1 62/4
itself [1] 7/6

**J**

Jacksonville [1] 55/13
jail [2] 10/19 34/21
Jairo [1] 54/12
James [3] 1/20 4/7 17/24
Jason [2] 4/18 18/13
Javier [4] 1/14 3/14 17/11 58/7
job [4] 14/11 21/18 21/22 41/5
jobs [1] 11/24
joining [2] 35/18 51/25
joint [1] 39/4
Jose [2] 30/7 55/2
judge [22] 1/9 3/7 7/9 9/7 9/18 10/6 10/10 11/15 11/19 11/25 13/18 17/16 22/4 23/4 23/19 24/13 24/17 24/18 34/21 35/9 50/22 55/8
judging [1] 24/16
July [1] 58/11

jumbo [1] 48/19
jump [1] 13/9
jumped [1] 13/7
juries [1] 10/13
juror [37] 13/20 15/2 15/12 23/14 26/7 27/14 29/21 30/23 32/4 33/20 44/12 51/19 52/20 52/25 53/8 53/9 53/15 53/17 53/17 53/21 53/23 53/24 54/6 54/17 54/24 54/25 54/25 55/1 55/1 55/2 55/2 55/3 55/3 55/4 55/4 55/5 55/5
juror's [1] 13/10
jurors [20] 3/24 4/14 4/16 5/4 5/6 5/16 5/17 6/20 9/10 16/14 19/22 21/25 22/6 22/21 23/11 25/4 34/15 34/20 54/23 55/6
jury [35] 1/8 5/9 5/19 6/16 6/17 7/3 7/13 7/14 7/19 7/20 7/20 8/25 9/12 9/20 11/4 14/25 15/3 15/7 17/6 19/23 19/23 20/1 25/13 26/25 28/12 32/7 35/3 35/16 36/8 43/2 52/1 52/12 55/15 56/13 62/7
just [39] 4/13 5/9 5/23 11/12 17/13 18/10 22/3 22/16 22/23 28/20 29/12 29/22 36/4 36/8 36/9 38/6 38/16 38/18 39/12 39/20 41/1 43/2 43/22 44/8 44/9 44/19 44/20 45/2 45/23 46/14 46/17 46/22 46/22 48/15 48/17 53/11 59/7 59/19 60/18
justice [2] 21/6 43/3

**K**

Kaczmarski [4] 31/24 44/22 54/8 55/4
Keegan [2] 4/20 19/3
keep [4] 19/1 36/2 40/23 44/9
Kenneth [3] 31/24 54/7 55/4
kind [9] 20/1 20/2 27/2 32/9 32/14 36/9 37/18 41/12 48/15
kingdom [1] 11/12
Kisa [3] 1/21 4/9 18/1
knew [1] 33/22
know [68] 4/16 4/17 6/21 7/8 8/4 9/13 10/2 10/7 10/10 10/10 11/9 11/10 11/11 11/15 11/24 12/11 12/11 12/24 13/12 14/21 19/10 20/12 21/8 22/3 22/10 22/11 22/25 23/1 23/3 23/7 23/12 23/18 23/24 23/25 23/25 24/2 24/4 24/17 24/19 24/22 25/1 25/20 28/23 29/1 35/18 40/13 40/17 40/18 43/13 43/24 43/25 44/11 44/21 46/3 47/23 50/4 50/24 50/25 51/8 51/9 51/24 55/23 56/15 56/25 57/3 58/14 58/16 60/11
knowledge [2] 43/23 60/1
known [1] 40/5
knows [3] 6/2 19/14 51/8
KRAMER [15] 1/7 1/20 3/18 4/19 6/3 6/5 6/7 6/25 7/8 17/18 17/18 17/19 18/15 18/19 60/2
Kramer's [1] 6/9
Kreme [1] 21/2
Krispy [1] 21/2

**L**

L.L.C [2] 17/9 41/24
ladies [8] 9/23 10/2 15/22 22/2 26/5 28/20 42/22 51/23
Lady [1] 21/6
laid [1] 58/3
land [2] 28/22 28/23

**L**

Lanham [1]  61/25
large [1]  48/19
last [7]  4/6 5/11 10/20 17/25 51/7 51/11 58/3
lasts [1]  10/16
later [3]  6/14 10/23 57/1
latest [1]  56/20
LAUDERDALE [4]  1/2 1/4 1/24 63/18
law [13]  4/9 25/13 33/1 36/17 36/17 36/18 36/20 36/20 37/4 37/9 37/11 37/18 57/17
lawsuit [8]  16/23 21/7 26/11 26/18 27/17 29/25 29/25 46/10
lawyer [2]  37/16 37/17
lead [2]  3/10 13/24
learning [1]  61/11
least [3]  7/11 18/1 46/5
leave [1]  46/7
leaving [1]  55/24
lecturn [2]  35/21 42/19
led [1]  50/18
left [3]  16/21 42/7 61/19
legal [3]  1/11 3/12 41/2
less [1]  58/17
let [27]  4/17 6/15 10/5 14/24 15/21 16/20 22/11 22/25 23/2 23/7 23/22 23/25 27/2 28/17 28/17 29/9 34/4 35/18 42/25 43/7 44/11 47/14 50/3 50/11 51/24 58/5 62/15
let's [18]  19/24 21/12 24/7 24/12 24/16 26/7 28/7 29/5 30/25 31/23 33/12 33/19 42/7 53/24 54/7 54/12 54/15 54/18
license [3]  6/7 6/8 15/9
life [3]  12/7 13/7 13/10
like [29]  5/20 7/2 7/6 7/15 15/14 16/3 16/4 16/8 18/5 22/21 24/19 34/13 38/5 38/7 39/12 43/1 43/10 45/19 46/4 46/14 48/18 48/19 48/25 49/21 50/24 51/5 51/17 56/14 61/24
liked [1]  51/1
likely [2]  21/20 27/22
limit [1]  62/18
line [2]  15/15 56/8
lines [1]  10/19
list [2]  4/15 8/5
listed [2]  59/11 61/9
listen [4]  27/17 29/22 30/4 35/13
little [9]  7/25 15/21 23/19 29/6 37/20 48/14 55/23 60/21 61/1
lives [2]  15/15 59/7
living [3]  59/3 59/5 60/24
LLC [3]  1/4 1/6 1/6
local [1]  47/18
location [1]  59/6
London [1]  55/13
long [1]  34/14
longer [6]  10/16 58/22 59/3 59/5 59/7 61/12
look [11]  6/22 6/22 12/4 15/11 34/16 34/23 48/15 48/24 49/5 55/11 62/18
looked [5]  48/15 48/17 48/19 49/20 49/21
looks [3]  28/21 48/25 48/25
lot [2]  27/8 37/19
lots [1]  48/8
loudly [1]  43/16
love [2]  11/24 49/20
loved [3]  11/22 35/2 50/4
luck [1]  4/12
lucky [3]  10/15 46/12 47/16
lunch [1]  47/18

**M**

Mackenzie [14]  1/20 4/4 4/18 17/11 18/11 57/25 59/20 59/22 59/23 59/24 60/5 60/12 61/3 62/15
Mackenzie's [1]  62/19
made [2]  3/25 8/1
magazine [1]  38/4
magazines [1]  38/2
magnesium [1]  38/23
make [17]  4/15 16/3 16/7 16/10 19/21 23/7 23/13 23/22 24/4 24/8 24/14 24/16 28/7 29/23 35/15 56/24 62/2
makes [2]  12/6 39/13
making [1]  48/16
man [1]  13/1
manages [1]  42/9
manufacture [1]  6/11
manufactured [1]  6/7
many [8]  12/24 13/1 13/6 27/10 49/4 50/9 50/17 50/19
maps [1]  55/11
Marazzito [3]  4/18 18/13 58/1
Marie [1]  13/21
Marine [1]  13/6
Marine's [1]  13/7
Mark [2]  4/19 19/2
market [1]  40/23
marketing [3]  19/19 41/5 41/18
Marlly [1]  53/25
Marshals [1]  56/17
masks [1]  22/9
mass [1]  39/24
materials [2]  38/1 41/19
matter [9]  10/14 18/6 19/17 20/5 20/6 35/16 58/2 58/8 63/13
matters [1]  4/14
Matthew [4]  1/17 3/16 17/17 42/23
may [30]  3/5 4/3 4/16 4/22 6/8 6/25 9/22 10/25 13/6 13/12 15/14 16/2 19/4 19/7 23/1 23/24 26/3 34/5 34/18 35/20 42/19 43/6 47/18 51/8 52/18 56/16 56/23 57/3 60/18 61/21
may be [2]  16/2 52/18
maybe [3]  10/1 38/16 44/10
Mcintosh [3]  31/8 46/19 53/17
McKenzie [4]  13/21 14/4 24/1 29/6
me [49]  4/17 6/15 9/8 10/6 11/25 13/3 13/18 13/25 14/24 15/16 15/21 16/7 16/12 16/16 22/11 22/21 22/25 23/2 23/4 23/22 23/25 27/2 27/8 28/1 28/17 28/17 29/9 31/21 32/2 33/20 34/4 36/12 36/19 38/17 42/25 43/7 43/13 44/8 44/12 44/19 44/19 46/17 47/14 48/16 48/22 50/3 50/11 50/18 58/5
mean [8]  11/17 14/23 24/25 27/13 34/10 40/9 47/7 60/14
means [5]  22/9 22/24 23/24 27/13 33/23
media [3]  34/13 34/13 34/24
medical [1]  11/21
medicine [1]  39/4
meet [7]  3/12 8/19 14/1 14/2 55/16 60/22 61/18
member [1]  36/17
memory [2]  50/14 50/17
men [3]  12/9 13/12 15/14
mentioned [2]  19/15 19/16
menu [10]  48/8 48/12 48/15 48/17 48/22 48/22 49/1 49/9 49/18 49/20
menus [1]  49/4
mere [2]  27/21 29/24
met [2]  13/1 16/15
Miami [5]  1/16 25/15 26/2 27/8 36/25
Miami-Dade [3]  25/15 26/2 36/25
mic [1]  36/14
Michael [2]  29/6 55/1
microphone [9]  27/5 31/3 31/18 32/11 33/13 36/7 45/24 46/22 48/9
midst [1]  22/12
might [4]  36/6 45/16 47/5 47/22
military [2]  12/11 12/12
mind [15]  22/8 36/12 36/19 37/6 37/17 38/17 38/19 38/20 38/21 38/22 39/21 40/15 41/6 41/25 45/14
minimum [4]  46/5 57/18 62/14 62/15
minute [1]  50/21
minutes [3]  5/5 35/13 52/6
mistake [1]  49/24
mm [3]  16/3 16/4 44/23
mm-hmm [3]  16/3 16/4 44/23
molecular [1]  51/8
molesting [1]  32/17
moment [3]  5/20 9/8 53/22
moments [1]  52/3
Monday [10]  5/8 8/1 11/8 13/25 47/16 47/17 55/10 55/14 56/15 63/6
money [1]  27/8
months [2]  8/8 10/21
Morales [2]  33/24 44/12
more [6]  3/25 6/12 15/21 21/20 21/21 27/14
morning [28]  3/1 3/5 3/10 3/13 3/14 3/16 3/20 3/21 4/1 9/23 9/25 10/2 10/2 10/4 13/22 17/7 17/16 25/8 30/19 31/1 31/2 33/6 33/7 33/14 33/15 35/24 42/22 55/20
mortgage [2]  12/2 42/5
most [13]  11/7 11/24 12/12 12/21 15/11 15/17 16/1 23/7 23/14 25/1 27/22 32/19 36/3
motion [4]  56/22 56/23 61/15 62/10
Motiwala [4]  1/21 4/9 4/11 18/1
mouth [1]  48/10
move [5]  9/3 29/5 30/25 33/19 56/20
movies [1]  44/14
Mr [74]  3/18 6/3 6/7 6/9 6/25 7/8 8/15 17/18 17/18 17/19 18/15 18/19 19/2 19/24 30/7 30/10 30/25 31/2 31/14 33/4 33/6 43/5 43/13 43/14 43/15 43/20 43/22 43/23 44/1 44/3 44/11 44/12 44/17 44/22 46/15 48/3 48/5 48/9 50/2 57/4 57/13 57/14 57/22 57/25 58/2 58/9 58/10 58/12 58/19 58/20 58/22 58/24 59/1 59/1 59/2 59/3 59/16 59/20 59/22 59/23 60/2 60/2 60/5 60/23 60/24 61/7 61/12 62/4 62/13 62/15 62/16 62/19 62/21 62/24
Mr. [16]  29/7 43/10 43/11 56/25 57/24 58/1 59/2 59/24 60/12 60/16 61/3 61/4 61/10 61/20 62/12 62/19
Mr. Derek [1]  56/25
Mr. Ettinger [6]  57/24 60/16 61/4 61/10 61/20 62/12
Mr. Ettinger's [1]  59/2
Mr. Mackenzie [3]  59/24 60/12 61/3
Mr. Mackenzie's [1]  62/19

**M**

Mr. Marazzito [1] 58/1
Mr. Olympia [1] 43/10
Mr. Rowe [2] 29/7 43/11
Mr.Ettinger [1] 59/18
Ms [2] 45/21 50/11
Ms. [25] 4/11 14/4 14/5 24/1 25/7 28/7 29/6 30/17 30/19 31/8 31/19 33/13 33/24 34/1 34/3 44/12 44/15 45/23 46/13 46/19 50/20 51/1 51/3 53/25 59/4
Ms. Badillo [1] 31/19
Ms. Cheever [6] 30/17 30/19 45/23 46/13 50/20 51/1
Ms. Ettinger [1] 59/4
Ms. Fuentes [1] 33/13
Ms. Helen [1] 25/7
Ms. Marlly [1] 53/25
Ms. Mcintosh [2] 31/8 46/19
Ms. Mckenzie [3] 14/4 24/1 29/6
Ms. Morales [2] 33/24 44/12
Ms. Motiwala [1] 4/11
Ms. Reid [4] 14/5 34/1 34/3 44/15
Ms. Sisselman [1] 51/3
Ms. Turner [1] 28/7
much [2] 30/16 56/20
multiple [1] 8/20
multivitamin [1] 38/24
multivitamins [1] 39/10
muscle [7] 1/6 3/18 17/20 38/2 39/24 40/9 60/2
muscles [1] 43/18
must [2] 21/10 50/7
my [41] 5/11 10/6 12/2 12/2 13/23 13/23 14/7 14/11 14/22 16/12 16/12 16/24 17/7 17/11 17/11 17/17 17/22 22/18 23/5 26/25 29/13 31/17 34/7 34/10 35/20 35/24 36/21 36/25 37/5 37/16 42/23 44/7 45/25 46/1 50/7 50/23 55/24 55/25 59/10 61/5 61/16
myself [3] 10/6 15/24 19/10

**N**

N.W [1] 1/12
NaCl [1] 51/2
name [8] 4/6 10/6 17/7 17/10 17/17 18/4 18/12 35/24
name's [1] 42/23
named [2] 18/20 18/25
names [7] 4/15 4/17 17/3 18/5 19/9 34/16 34/24
natural [1] 16/2
nature [4] 36/5 36/19 38/16 41/25
near [1] 56/3
necessarily [1] 6/24
necessary [1] 13/13
need [10] 5/10 5/16 16/17 22/12 22/22 23/2 23/4 23/6 56/21 61/3
needs [1] 22/17
negotiations [1] 13/24
neutral [1] 23/16
neutralized [1] 51/5
never [6] 11/11 14/24 15/3 15/4 46/11 49/15
new [7] 4/11 6/21 17/12 18/1 18/2 32/12 32/14
news [5] 8/21 10/22 34/19 35/8 40/8
newspaper [1] 34/24
next [14] 10/23 10/25 11/2 11/5 11/15 11/20 14/9 17/22 31/18 33/4 35/19

37/3 44/7 53/16
Nice [1] 3/12
Nick [1] 17/12
Nikolaidis [3] 4/20 4/21 18/20
nine [2] 53/18 53/23
no [54] 1/2 4/16 8/8 8/14 10/18 10/18 10/23 11/22 12/7 13/5 13/8 14/21 15/1 15/17 16/5 19/12 19/13 19/13 22/17 22/17 22/22 24/21 25/25 29/12 30/15 30/24 31/7 31/13 31/21 32/5 33/11 33/18 33/21 33/22 33/25 35/8 36/5 38/14 38/21 41/15 44/16 48/22 52/23 52/24 54/1 54/9 56/8 56/10 58/22 59/3 59/5 59/6 61/3 61/12
Nobody [2] 50/9 50/9
nodding [2] 40/2 40/15
nonrefundable [1] 11/19
nonwords [1] 16/3
not [74] 4/16 6/23 6/25 7/9 7/12 8/24 9/1 10/11 10/16 11/8 11/23 12/23 13/8 14/6 14/19 14/21 14/22 14/23 15/6 15/20 16/3 16/8 18/1 20/9 21/3 21/18 21/20 21/21 23/24 24/19 25/12 25/21 25/22 26/4 27/24 28/1 28/5 29/25 32/5 32/20 34/7 34/8 34/9 34/22 35/14 41/16 43/6 44/11 44/21 44/21 47/13 47/14 48/1 48/20 48/24 49/1 50/7 50/9 51/8 51/19 57/10 57/15 57/23 58/18 58/25 59/7 59/18 59/23 60/11 60/14 60/24 61/22 62/13 62/23
nothing [9] 20/4 20/6 25/1 26/25 30/24 31/17 31/21 33/25 34/2
notice [1] 59/12
NOVEMBER [1] 63/16
now [27] 5/3 9/18 12/14 12/18 13/16 13/17 16/12 18/4 21/11 22/2 22/4 25/11 28/15 29/5 32/6 32/22 50/20 52/4 52/4 54/25 57/1 57/2 59/13 60/5 62/6 62/9 62/15
number [41] 3/8 9/14 9/15 13/20 15/9 26/7 33/20 44/12 44/15 44/24 49/25 51/19 52/20 52/25 53/4 53/4 53/7 53/8 53/9 53/15 53/17 53/17 53/19 53/21 53/23 53/24 54/6 54/17 54/24 54/25 54/25 55/1 55/1 55/2 55/3 55/3 55/3 55/4 55/5 55/5 55/6
nutrition [4] 1/6 3/18 17/21 38/7
NW [1] 1/19

**O**

objection [4] 8/5 52/22 54/1 54/9
objective [1] 23/16
observe [1] 35/5
ocean [1] 51/6
October [3] 1/5 3/1 58/14
October 6th [1] 58/14
odds [1] 22/23
off [3] 13/3 21/6 48/25
offended [1] 34/7
offered [1] 22/17
officer [6] 4/5 17/10 18/11 37/10 37/11 58/22
Official [2] 1/23 63/17
oftentimes [1] 22/3
oh [2] 34/5 47/6
okay [44] 5/22 9/18 16/17 21/18 25/5 26/1 30/3 36/18 37/15 38/15 39/5 39/9 39/17 39/19 39/25 40/6 40/9 40/12 40/25 41/10 41/13 41/21 41/22 42/7 42/10 43/10 43/19 44/9 45/15 46/3

46/3 46/9 46/25 47/14 49/14 50/2 50/3 50/10 51/19 52/10 57/3 61/23 62/1 63/5
old [1] 16/6
Olympia [4] 43/10 43/14 43/23 44/1
on [92] 3/11 3/15 4/1 5/7 6/1 6/10 6/14 6/25 8/1 8/7 10/7 10/9 11/12 13/2 13/4 13/7 13/9 13/25 14/2 14/25 15/3 15/15 16/21 17/11 17/14 19/23 19/23 20/1 20/24 22/9 23/2 25/2 25/12 25/13 25/23 27/14 27/18 28/4 28/12 28/19 29/5 29/11 29/13 30/25 33/19 34/16 34/18 35/8 35/23 36/8 37/21 38/14 39/3 42/7 42/21 43/1 45/11 45/21 47/2 47/16 47/17 47/22 48/5 48/22 49/5 49/5 49/9 49/18 49/20 51/7 55/10 55/14 56/15 56/21 57/5 57/19 58/4 58/8 58/23 59/1 59/6 59/13 59/21 60/3 60/5 60/7 60/12 61/16 62/9 62/11 62/14 63/6
once [9] 5/6 8/25 16/16 17/4 31/3 34/12 35/1 35/17 48/7
one [38] 3/25 4/6 5/18 6/3 6/19 9/8 10/11 10/18 10/18 11/22 11/22 12/6 12/20 13/23 15/1 15/4 15/16 18/12 18/23 19/13 19/14 22/17 22/17 22/19 23/13 25/11 26/24 46/11 50/21 50/23 51/7 52/25 53/4 53/5 53/5 53/7 53/22 54/25
one's [2] 13/8 35/8
ones [3] 10/15 16/22 35/2
online [2] 39/15 44/2
only [12] 4/22 5/3 5/9 7/20 10/11 11/22 12/5 13/23 37/5 49/22 53/5 57/4
opening [2] 8/3 8/12
openings [1] 5/7
opportunity [7] 21/13 23/11 25/3 30/5 35/12 60/9 61/2
or [75] 4/19 10/17 10/19 10/19 10/21 11/6 11/23 11/24 12/2 12/19 13/8 14/18 14/18 15/4 15/7 15/8 19/10 19/11 19/13 21/14 21/15 22/10 23/2 23/13 23/13 23/20 24/19 24/23 24/25 25/21 26/12 27/16 29/1 30/13 30/21 31/5 31/9 31/11 32/2 32/15 32/20 33/9 34/6 34/8 34/10 36/5 36/17 36/18 36/20 37/25 38/11 38/11 38/14 41/5 41/5 44/21 45/14 45/15 45/17 45/18 46/2 46/3 47/5 49/21 49/23 51/11 51/15 52/3 56/1 56/15 56/19 57/1 57/7 57/18 57/23
order [14] 3/4 6/2 6/10 6/11 6/24 7/5 9/14 39/1 48/20 57/22 57/24 60/5 60/6 61/17
ordered [3] 48/21 48/23 49/1
originally [2] 51/13 58/11
other [13] 4/17 10/8 12/4 14/4 15/14 15/17 17/19 22/21 24/17 26/24 57/25 60/4 61/24
others [1] 36/24
otherwise [2] 57/15 57/21
our [34] 4/7 4/8 6/18 6/25 7/10 8/2 11/24 12/9 12/18 13/12 15/14 15/25 16/2 16/20 17/24 17/25 18/1 18/9 18/15 18/19 18/23 18/25 23/12 28/18 45/7 54/5 54/14 55/6 57/12 57/16 57/19 61/14 61/22 62/10
out [14] 6/20 8/2 8/18 11/2 11/20 15/18 16/9 16/17 17/22 38/12 47/18 49/19 56/16 58/3

## O

outside [2]  34/9 62/24
outstanding [1]  24/9
over [8]  8/17 22/4 39/6 39/10 39/22
 48/18 56/17 61/16
overburnt [1]  48/19
overcome [1]  21/15
overseas [1]  12/18
own [2]  41/22 41/22
owned [3]  41/21 42/5 42/8
owner [1]  17/19
ownership [2]  45/4 45/10
owns [1]  45/14

## P

P-R-O-C-E-E-D-I-N-G-S [1]  3/2
pack [1]  12/18
page [1]  6/1
pages [1]  58/4
paid [4]  12/1 12/1 27/8 46/5
panel [2]  52/1 55/9
parade [1]  43/17
paragraphs [1]  8/10
paralegal [1]  17/14
part [4]  6/19 11/24 12/12 32/19
partial [1]  27/14
participate [3]  12/20 15/12 15/16
particular [5]  7/2 24/20 25/2 27/16 36/6
parties [9]  7/14 13/14 15/23 16/20
 19/11 23/6 30/5 34/17 61/25
partner [1]  17/22
party [1]  60/9
pass [2]  31/18 33/12
passed [1]  4/10
past [3]  7/1 14/25 15/1
patent [6]  19/18 41/1 44/21 45/2 45/12
 61/24
patent's [1]  45/9
patents [4]  18/21 40/13 44/18 44/25
Patricia [6]  3/6 5/15 16/13 16/15 55/7
 55/16
pay [3]  12/2 15/18 27/11
paying [1]  33/23
peach [1]  24/2
Pedro [3]  19/24 54/18 55/5
Pennsylvania [1]  1/19
Penny [1]  53/1
people [4]  10/1 10/13 40/5 50/9
people's [1]  12/7
per [2]  5/5 55/13
peremptory [8]  53/4 53/5 53/15 53/19
 53/23 54/6 54/14 54/16
Pereora [4]  19/24 19/25 54/19 55/5
perfectly [1]  26/6
perhaps [5]  10/23 10/25 12/2 12/12
 39/20
period [2]  58/15 58/18
permission [3]  45/19 46/1 46/6
permit [2]  5/5 8/9
permitted [1]  60/16
person [12]  12/6 16/1 22/19 22/23
 24/12 24/25 24/25 25/2 51/12 51/16
 60/1 62/4
personal [3]  27/17 35/14 37/19
personally [1]  58/21
perspective [1]  10/11
phone [3]  7/15 8/18 61/18
phones [1]  34/16
physical [2]  23/1 37/24
pick [2]  8/25 54/12

picking [1]  10/13
picture [3]  48/12 48/24 49/20
pie [1]  24/16
pilot [1]  28/19
place [1]  15/15
placed [1]  12/19
placement [1]  50/16
places [2]  10/8 12/15
plaintiff [45]  1/4 1/11 3/11 4/24 6/4
 16/22 17/8 18/5 18/8 19/6 19/16 21/7
 21/12 23/15 23/20 25/3 26/11 26/13
 27/15 27/16 27/21 27/22 27/23 29/24
 31/5 31/11 35/23 36/1 52/11 52/19
 53/2 53/16 53/18 53/25 54/2 54/8
 54/13 54/20 56/24 57/8 57/9 57/10
 57/15 57/23 58/8
plaintiff's [6]  7/17 17/5 57/12 57/20
 58/5 59/24
Plaintiff.............................35 [1]  2/3
plaintiffs [2]  57/5 57/22
plane [4]  11/19 28/19 28/22 28/23
planning [1]  14/9
plans [1]  15/14
plastered [1]  47/22
platoon [1]  13/8
play [2]  19/4 19/7
played [1]  61/6
playing [1]  18/14
plea [1]  56/16
please [19]  3/9 9/10 13/19 14/25 15/2
 15/3 15/5 15/5 16/7 16/9 17/5 19/12
 22/11 22/25 23/2 23/7 23/20 35/13
 48/10
PLLC [2]  1/11 1/14
plus [3]  14/6 22/4 37/1
point [2]  6/18 15/19
points [2]  6/10 60/19
pop [1]  16/9
popular [1]  19/13
portion [3]  6/14 6/16 58/3
position [1]  61/19
possible [3]  12/21 36/7 61/10
possibly [1]  18/9
pot [4]  48/12 48/12 48/13 49/18
potatoes [2]  48/14 48/20
potential [1]  19/11
powder [1]  39/23
power [3]  57/7 61/7 61/8
practices [1]  37/18
precise [2]  6/11 6/12
preclude [8]  28/11 29/10 30/13 30/22
 31/4 31/10 31/21 32/3
precluding [2]  57/24 58/1
predicted [1]  44/7
prejudicial [1]  7/3
preliminary [4]  5/20 6/20 7/11 58/8
premature [2]  7/25 8/16
prepare [1]  5/10
prepared [1]  56/15
preponderance [1]  20/20
presence [2]  34/9 44/1
present [3]  1/20 21/14 59/18
presented [1]  49/7
presumed [1]  58/16
pretrial [2]  8/2 8/10
pretty [2]  47/25 56/20
prevent [1]  29/20
previous [1]  32/6
prior [1]  61/14
prison [2]  10/19 34/19

probably [4]  10/8 15/8 16/1 32/12
problem [4]  56/10 62/25 63/1 63/3
problematic [2]  7/4 7/10
proceed [5]  3/6 3/23 5/7 52/4 52/4
proceeding [1]  63/7
proceedings [1]  63/13
process [9]  11/20 13/14 13/15 15/12
 15/22 16/14 23/23 24/24 34/5
produce [5]  61/9 61/22 62/6 62/21
 62/22
produced [1]  62/11
product [2]  40/24 47/6
prohibited [1]  34/17
prolong [1]  8/24
promise [3]  22/15 22/21 23/4
proof [3]  20/15 32/23 60/7
proper [1]  59/7
properties [1]  42/9
property [3]  12/7 40/13 44/18
proposed [7]  5/19 6/3 6/4 6/13 6/14
 6/19 7/12
prosecution [1]  10/17
prosecutor [1]  20/13
prospective [2]  9/20 52/1
protect [1]  40/23
protecting [1]  13/12
prove [2]  20/24 21/10
proven [1]  27/18
provide [3]  58/10 58/12 59/17
provided [2]  59/14 59/16
provider [1]  11/22
pry [1]  35/14
public [4]  25/15 26/3 36/25 59/5
pudding [3]  24/5 24/9 24/15
puffery [1]  47/5
purchase [2]  14/12 14/13
purchased [2]  14/10 39/16
purpose [1]  23/9
put [5]  10/11 48/9 51/9 61/14 62/9

## Q

question [30]  5/5 7/2 8/8 8/15 11/6 16/5
 31/3 31/9 31/16 31/20 32/2 33/8 33/17
 33/23 36/6 43/6 43/8 44/7 45/13 45/17
 46/15 47/15 50/3 50/4 50/8 50/23
 50/23 51/7 51/11 59/10
questioned [1]  48/21
questionnaires [1]  25/6
questions [11]  23/9 24/25 25/11 35/12
 35/13 35/21 36/2 36/3 43/6 44/18
 46/14
quite [1]  43/25

## R

raise [14]  5/21 8/6 13/19 19/12 19/23
 22/11 22/13 22/19 23/5 23/18 23/21
 36/4 36/10 51/20
raised [3]  19/13 37/3 43/19
RASSIE [3]  1/22 63/16 63/16
rather [1]  10/9
reach [2]  20/7 32/19
reached [2]  20/11 28/20
react [1]  51/5
reaction [1]  47/11
read [11]  6/16 7/12 7/19 17/3 18/5 22/8
 34/24 38/1 38/4 38/5 60/15
ready [2]  52/4 52/5
real [10]  27/3 27/7 27/10 42/8 42/8
 42/9 42/14 42/15 45/15 45/18
really [2]  47/6 50/9

**R**

reason [7] 11/4 11/16 11/17 11/18 13/18 15/20 25/12
reasonable [4] 20/17 20/25 21/19 58/16
reasonably [1] 61/8
reasons [2] 12/3 62/9
rebut [1] 21/14
recap [1] 59/7
recess [1] 52/17
recognize [2] 19/10 22/24
record [5] 3/9 6/25 16/2 16/5 59/5
refused [1] 61/17
regard [4] 12/7 40/3 40/7 40/9
register [1] 45/4
regular [1] 38/23
Reid [4] 14/5 34/1 34/3 44/15
related [4] 20/4 20/6 38/8 45/13
relationships [1] 36/19
relax [1] 55/11
reliable [2] 47/13 47/14
remain [1] 52/15
remainder [1] 51/25
remains [1] 20/23
remember [6] 7/5 13/6 21/6 22/18 45/6 45/7
remind [2] 44/19 46/17
removed [1] 46/2
render [3] 23/16 25/13 27/18
rent [1] 12/2
repeat [3] 14/14 36/3 45/6
REPORTED [1] 1/22
reporter [5] 1/23 15/25 19/11 45/7 63/17
represent [3] 16/23 17/18 42/23
representative [2] 4/4 59/21
represented [4] 7/1 7/8 8/16 57/14
representing [2] 3/17 3/22
request [1] 8/1
required [1] 41/6
requires [1] 13/25
research [2] 34/24 55/11
reside [1] 57/6
residence [3] 57/19 59/2 59/6
resolve [8] 7/21 8/19 8/22 8/25 10/13 13/14 25/4 55/24
respect [2] 15/18 22/25
respective [1] 36/19
respiratory [1] 50/19
respond [1] 60/18
response [1] 61/23
responses [1] 39/20
rest [1] 18/15
restaurant [8] 47/19 47/20 47/22 48/7 48/11 49/5 49/16 49/23
restrict [1] 60/12
restroom [2] 22/8 22/18
reverse [1] 9/14
review [2] 6/25 7/10
rewind [1] 6/24
right [82] 3/23 4/2 4/13 5/1 5/3 5/15 9/23 10/10 11/9 12/6 12/13 12/17 15/21 16/24 16/25 19/9 20/10 20/17 20/22 21/3 21/4 24/1 24/1 25/22 26/13 26/24 28/10 28/15 28/23 29/3 29/4 29/9 29/15 29/19 30/3 31/18 31/23 32/1 32/19 33/22 34/3 35/9 37/22 39/3 39/11 40/22 43/19 44/3 44/15 44/25 45/21 46/4 46/19 47/19 47/22 48/25 49/2 49/3 49/8 49/10 49/17 49/19 49/22 50/5 50/5 50/9 51/3 52/2 52/18

53/16 53/20 53/24 54/2 54/7 54/10 54/18 54/23 55/22 58/3 59/15 60/22 61/5
rights [3] 40/23 41/2 45/12
rise [1] 56/12
RMR [2] 1/22 63/16
RMR-CRR [2] 1/22 63/16
road [1] 62/1
roast [5] 47/23 48/12 48/12 48/13 49/18
robe [1] 22/23
Robert [3] 1/18 3/21 17/22
RODNEY [4] 1/9 1/23 10/6 63/17
Rodriguez [4] 30/7 30/8 30/10 55/2
role [4] 13/23 13/23 19/3 58/19
roles [1] 17/2
Ron [1] 4/19
RONALD [7] 1/7 1/20 3/18 4/19 6/5 6/5 17/18
room [8] 1/24 26/15 26/16 26/23 52/9 52/12 55/16 63/18
Rowe [6] 29/6 29/7 43/11 43/13 43/15 55/1
rude [1] 34/10
rule [1] 22/18
rules [1] 34/10
rum [3] 24/3 24/4 24/9
run [1] 47/4
Rutois [2] 26/7 54/25

**S**

s: [1] 63/16
sacrifice [1] 22/14
said [26] 6/21 10/2 11/3 11/14 13/3 13/17 20/13 22/18 26/10 26/12 28/1 28/19 34/4 35/11 36/11 44/24 48/17 48/20 48/22 48/23 48/24 49/21 55/15 59/1 61/20 63/5
salt [6] 50/24 50/25 51/1 51/6 51/8 51/9
same [14] 8/4 12/16 31/3 31/9 31/16 31/19 32/2 33/8 33/17 40/1 40/3 40/7 40/9 52/9
sanction [1] 7/2
sanctions [2] 6/2 6/24
sandwich [3] 47/21 47/24 48/3
sat [2] 19/23 19/23
satisfy [1] 21/9
save [2] 13/7 13/9
say [33] 11/14 11/17 11/19 12/22 16/4 21/3 21/12 23/18 24/7 24/12 24/13 24/16 28/14 28/18 28/25 32/18 34/2 34/6 43/1 43/17 47/6 47/15 47/20 47/21 47/25 49/18 49/19 55/13 60/6 60/7 61/21 62/1 62/23
saying [2] 13/17 28/25
says [4] 6/11 16/7 25/11 47/23
scale [2] 21/8 21/12
scheduled [2] 13/25 14/2
scheduling [1] 11/1
SCHEFFEL [7] 1/17 1/18 3/17 3/22 3/22 4/8 17/23
school [8] 28/16 36/18 37/4 50/5 50/7 50/8 56/1 56/3
Schwarzenegger [4] 43/25 44/9 44/11 44/13
science [3] 50/5 50/19 51/1
season [1] 16/6
seat [2] 3/6 15/5
seated [4] 9/18 9/22 17/9 52/18
second [2] 6/13 46/21

Secondly [1] 58/19
section [1] 8/4
see [15] 11/9 24/19 26/2 31/23 34/5 34/22 43/3 44/1 47/7 49/4 55/10 55/14 56/10 60/21 63/5
seeking [1] 56/23
seem [1] 13/13
seen [3] 6/25 47/10 56/23
select [6] 5/4 5/6 5/9 7/19 7/20 52/3
selected [12] 11/17 13/17 13/19 25/24 29/21 30/14 30/23 31/6 31/12 32/4 33/10 35/1
Selection [1] 1/8
selections [1] 35/18
sense [1] 39/13
serve [16] 10/22 10/24 11/16 12/10 13/19 15/8 15/13 20/1 32/4 33/10 43/1 57/16 58/9 59/12 60/25 61/23
served [9] 12/10 12/12 14/25 15/2 15/3 57/11 57/19 59/1 59/9
service [14] 32/7 57/13 57/16 57/18 57/19 58/13 58/13 58/23 58/25 59/6 59/7 59/8 62/2 62/10
serving [2] 15/11 21/6
session [2] 3/1 52/19
set [5] 9/7 27/17 30/3 56/14 58/11
seven [7] 10/1 49/22 52/20 53/4 53/18 53/19 55/6
several [3] 6/18 7/16 7/16
shake [1] 16/5
share [2] 43/22 45/20
sharp [1] 56/1
she [11] 16/1 16/5 16/10 16/15 16/16 48/18 48/21 48/23 48/23 52/21 56/6
She's [3] 15/25 55/16 55/19
shopped [1] 39/14
Short [1] 52/17
should [9] 5/11 11/6 36/5 45/20 46/1 52/9 52/20 56/8 56/19
show [13] 17/24 39/14 43/9 44/8 44/10 44/19 44/20 45/14 45/16 48/2 50/6 51/10 51/17
showed [1] 49/9
sibling [1] 36/25
side [5] 5/5 16/22 17/14 18/19 37/21
sides [6] 19/20 20/22 23/12 23/14 23/17 30/4
significant [2] 7/6 7/7
Simple [2] 21/22 62/20
since [2] 57/14 62/22
single [1] 50/23
sir [29] 9/9 9/11 26/8 26/9 27/25 28/6 29/7 30/7 30/14 30/15 30/24 31/8 31/15 32/2 33/5 33/11 33/12 37/12 37/14 38/3 38/12 39/7 39/10 39/11 40/15 43/21 44/4 45/7 60/14
Sisselman [3] 25/7 51/3 53/1
sit [12] 9/14 11/4 12/19 15/16 21/2 22/6 25/2 25/12 27/14 28/12 29/11 56/16
sitting [10] 3/18 4/7 10/9 10/12 11/12 17/3 17/6 25/23 28/2 54/24
situation [1] 47/4
six [8] 26/14 28/1 28/2 53/2 53/18 55/1 58/14 58/17
skies [1] 28/21
sleep [1] 21/2
slightly [1] 50/3
slipped [1] 29/13
slowly [1] 16/10
SMITH [14] 1/9 1/23 3/8 10/6 10/10

**S**

SMITH... [9]  13/18 17/16 23/4 24/13 24/17 34/21 35/9 50/22 63/17
smooth [1]  9/1
so [67]  3/6 5/9 6/11 7/3 7/25 8/9 8/16 9/18 9/19 10/24 11/7 11/8 11/11 11/13 12/14 12/15 12/17 12/19 13/7 14/18 15/16 16/10 18/24 19/12 19/13 19/15 22/21 22/24 24/13 25/2 25/21 28/13 28/14 28/19 28/25 32/1 34/20 35/5 35/8 35/13 36/8 41/11 43/7 44/17 46/11 47/1 48/10 49/8 50/6 50/17 54/23 56/3 57/3 57/11 57/21 57/25 58/16 59/6 59/7 59/10 59/19 60/7 60/9 60/21 61/1 61/11 61/19
Sobrado [4]  1/14 3/14 17/11 58/7
social [2]  34/13 34/13
soil [1]  13/2
sole [2]  58/2 61/4
solve [2]  63/1 63/3
solves [1]  62/25
some [16]  8/19 12/5 12/19 15/12 18/15 25/6 34/12 34/20 44/17 45/15 45/17 46/17 47/5 47/5 55/16 61/5
somebody [3]  24/15 45/18 45/25
someone [5]  12/11 12/11 24/14 45/3 46/5
something [9]  7/21 13/8 23/23 37/24 45/3 45/10 48/19 48/25 49/23
sometime [1]  7/13
sometimes [6]  10/20 11/1 22/6 23/12 23/22 28/18
somewhat [1]  49/2
Son [3]  1/18 4/1 17/23
sorry [6]  9/19 39/20 43/15 45/9 47/9 54/21
sort [5]  6/20 38/8 45/15 45/17 49/15
south [2]  1/15 36/22
SOUTHERN [2]  1/1 58/17
space [1]  41/6
speak [9]  11/13 16/10 23/11 29/5 34/6 36/14 43/15 45/23 60/5
speaking [1]  16/10
Specifically [1]  6/6
spiel [1]  13/16
spoken [1]  16/2
sports [9]  1/4 3/7 3/11 3/15 17/9 18/7 36/1 37/25 58/8
stand [5]  9/19 15/1 15/2 15/4 17/19
standing [1]  15/1
Star [1]  21/25
start [14]  11/8 19/24 20/23 21/6 25/7 39/22 41/22 41/23 42/7 47/17 52/19 56/3 58/15 58/18
starting [2]  52/25 53/9
startled [1]  28/1
starts [1]  20/22
state [8]  3/9 26/20 26/22 28/3 28/4 29/17 29/18 45/4
statement [2]  8/3 45/7
statements [1]  47/5
STATES [2]  1/1 1/9
stay [1]  52/9
STENOGRAPHICALLY [1]  1/22
steps [1]  16/16
Steve [1]  18/13
Steven [1]  4/18
still [7]  14/19 26/14 26/14 42/10 42/12 44/1 57/7
stipulated [1]  9/2

stipulation [2]  8/2 8/10
stipulations [1]  8/7
stop [1]  22/13
stopped [1]  22/4
Storm [1]  13/2
story [1]  18/19
street [1]  47/23
stress [1]  22/10
stricken [2]  52/21 52/22
strictly [1]  34/17
strike [3]  53/15 53/23 54/6
strong [2]  51/12 51/16
stuff [2]  38/7 44/2
style [1]  36/4
Suarez [3]  33/4 33/6 54/12
subject [1]  58/1
subjects [1]  60/13
submitted [1]  7/14
subpoena [6]  57/7 57/11 57/19 60/25 61/23 62/2
subscribe [1]  38/2
substitute [1]  57/18
sudden [1]  24/14
sue [2]  27/10 46/4
sued [1]  16/25
suggesting [1]  7/18
suing [3]  27/3 27/7 29/13
suit [2]  19/15 20/20
Suite [2]  1/12 1/15
Sullivan [1]  17/12
summon [1]  15/9
supplement [3]  39/15 39/16 39/18
supplemental [1]  59/25
supplements [1]  38/15
supposedly [1]  61/12
sure [17]  4/16 5/4 5/23 16/10 19/21 23/13 23/23 28/7 35/2 35/15 35/22 39/3 39/13 39/22 42/7 42/20 60/20
surgery [1]  11/21
swear [1]  9/19
swearing [1]  16/14
switch [1]  61/1
sworn [2]  9/20 37/9
system [2]  43/3 46/8

**T**

T.V [1]  40/7
table [9]  3/19 4/8 17/3 17/6 17/9 50/25 50/25 51/8 51/9
take [13]  12/7 15/12 22/9 35/4 38/14 38/15 39/4 39/23 46/21 50/18 52/11 55/19 55/25
taken [1]  40/5
takes [2]  53/8 53/20
taking [3]  38/6 38/17 59/13
talk [5]  8/18 32/11 34/14 34/24 35/4
talking [1]  26/1
tea [2]  14/22 14/23
team [1]  17/11
technical [1]  18/12
telephone [1]  61/16
telephonic [1]  8/19
television [1]  55/12
tell [18]  11/25 13/1 15/21 16/16 16/17 17/2 19/3 23/5 31/19 32/1 38/17 43/13 44/8 45/2 46/22 48/24 50/14 51/1
telling [7]  21/21 36/12 36/19 38/22 40/15 41/7 45/14
ten [3]  5/5 35/13 49/21
tendencies [1]  16/3

tendency [1]  34/15
terms [5]  6/16 7/2 14/22 46/18 50/24
testified [1]  62/24
testify [6]  4/23 7/9 19/2 61/20 62/20 62/20
testifying [3]  18/6 58/1 59/21
testimony [17]  5/7 11/8 19/8 22/12 51/14 51/15 56/24 59/17 59/19 59/20 60/12 61/6 62/5 62/7 62/16 62/19 62/23
than [9]  10/9 10/23 14/4 21/20 21/21 24/18 47/6 49/11 58/17
thank [55]  7/23 9/5 9/17 9/17 9/22 10/7 15/5 17/15 17/16 17/17 18/2 18/18 19/8 21/25 26/6 26/9 27/25 28/9 30/7 30/16 30/20 31/8 31/14 32/6 33/4 33/12 34/3 35/19 35/20 37/8 37/23 38/10 38/14 39/9 40/12 41/4 42/17 42/18 42/25 44/3 44/5 44/17 45/13 46/12 50/2 50/2 50/20 50/22 51/21 51/22 52/16 56/10 58/7 63/4 63/6
that [250]  4/15 4/16 4/16 5/5 5/6 5/21 6/4 6/10 6/12 6/13 6/14 6/16 6/23 6/25 7/2 7/3 7/6 7/12 7/12 7/13 7/19 7/21 7/22 8/5 8/7 8/7 8/10 8/14 8/17 9/18 9/19 9/19 10/9 11/3 11/3 11/4 11/5 11/14 11/15 11/16 11/25 12/5 12/14 12/14 12/15 13/4 13/7 13/11 13/16 13/16 13/18 13/19 13/20 14/14 15/13 15/13 15/17 15/20 16/5 18/21 19/4 19/7 19/8 20/7 20/13 20/15 20/16 20/22 21/9 21/11 21/14 21/15 21/17 21/17 21/21 21/22 21/23 21/25 22/1 22/15 22/17 23/1 23/5 23/23 23/23 24/20 24/22 24/23 24/23 24/24 25/1 25/2 25/14 25/16 25/17 25/21 26/2 27/9 27/16 27/19 28/4 28/11 28/22 29/3 29/10 29/20 29/20 29/24 29/25 30/3 30/13 30/16 30/22 31/10 31/19 31/21 31/23 32/3 32/18 33/9 33/23 34/4 34/15 34/18 34/19 34/21 34/22 34/22 34/23 35/6 35/11 37/25 38/3 38/7 38/14 39/12 39/16 39/19 40/5 40/10 40/12 41/1 41/2 41/6 41/6 42/9 42/10 43/4 43/10 44/2 44/22 44/25 44/25 45/4 45/10 45/11 45/11 45/12 45/18 45/21 45/21 45/21 46/10 46/19 47/2 47/5 47/8 47/10 47/12 47/23 48/2 48/3 48/3 48/6 48/11 48/18 48/21 48/23 49/1 49/4 49/8 49/15 49/16 49/18 49/22 49/22 49/23 49/24 50/4 50/17 51/9 51/12 51/15 51/16 51/16 51/17 51/18 52/9 53/1 53/12 53/20 55/13 55/15 55/19 56/25 57/6 57/6 57/10 57/12 57/13 57/14 57/17 58/3 58/20 58/25 59/1 59/5 59/6 59/12 59/17 59/18 60/3 60/5 60/8 60/9 60/12 60/13 60/14 60/16 60/24 60/24 61/5 61/5 61/8 61/10 61/11 61/12 61/13 62/9 62/10 62/10 62/11 62/13 62/14 62/16 62/20 62/24 63/1 63/5 63/12
that's [35]  7/10 10/5 10/5 11/11 12/23 13/15 13/20 15/4 15/9 16/3 19/24 20/11 21/18 23/15 23/16 24/1 25/4 25/17 26/1 26/6 27/9 27/12 28/17 34/17 35/19 40/1 46/18 47/22 50/11 51/20 51/20 53/8 55/14 56/20 62/8
their [25]  8/8 10/13 13/14 15/15 16/23 17/1 17/2 17/3 21/4 21/10 21/15 22/6 22/7 25/4 34/7 34/16 35/13 35/17

**T**

their... [7]  41/22 41/22 43/19 45/20 51/14 60/3 62/4

them [13]  4/24 12/24 15/18 16/20 36/4 38/16 41/6 42/9 46/1 46/8 55/7 58/1 59/12

themselves [2]  16/21 17/1

then [9]  18/14 46/5 46/8 51/5 51/24 56/10 58/12 61/21 62/14

therapist [1]  50/19

there [23]  6/1 6/2 9/14 11/3 11/12 11/14 11/23 12/5 13/6 19/8 21/2 22/6 33/24 38/10 39/22 47/22 47/22 47/24 48/12 49/6 52/22 56/6 59/3

there's [16]  4/16 8/5 8/8 8/14 11/22 12/5 13/5 15/17 22/21 24/23 30/24 34/20 45/11 51/4 56/8 56/14

Thereupon [6]  9/12 9/20 52/1 55/9 56/13 63/7

THERMOLIFE [5]  1/6 3/8 3/17 17/20 60/2

these [6]  8/19 8/24 10/20 12/1 12/23 23/9

they [69]  8/3 12/6 12/7 12/13 12/15 14/15 15/9 15/15 16/21 16/23 16/25 16/25 17/1 20/20 20/23 20/24 21/2 21/6 21/7 21/10 22/7 23/17 24/15 27/8 34/6 34/17 34/21 35/4 35/15 36/5 39/16 41/1 41/2 45/3 45/4 45/10 45/11 46/7 47/21 48/2 48/3 48/3 49/9 49/19 51/5 51/12 57/23 58/10 58/11 58/12 58/13 59/15 59/16 59/17 59/18 59/19 60/7 60/13 60/15 61/9 61/10 61/20 61/20 61/21 62/1 62/6 62/6 62/10 62/11

they're [13]  4/9 16/22 17/1 21/3 21/21 34/7 34/9 34/10 35/14 35/15 47/20 51/13 59/13

they've [3]  35/12 59/16 61/17

thing [3]  6/13 15/17 25/22

things [10]  4/13 9/2 11/1 16/9 24/23 34/17 39/6 39/12 57/21 61/21

think [33]  6/18 7/14 8/7 8/16 10/15 12/9 12/21 13/11 15/9 19/22 23/17 25/12 28/13 28/14 28/19 28/21 28/25 29/18 30/2 36/23 37/2 37/3 39/19 43/25 49/14 49/14 49/24 51/2 52/20 56/16 62/8 62/9 63/1

thinking [1]  10/8

third [3]  54/5 54/14 58/25

this [98]  3/7 4/17 4/23 5/11 5/23 6/1 6/8 6/22 7/15 7/18 7/25 8/18 9/3 10/7 10/9 10/15 10/19 11/4 11/17 11/20 13/5 13/14 14/7 14/24 15/12 15/19 15/20 15/22 16/4 17/8 18/6 18/8 19/4 19/12 19/15 19/17 20/4 20/6 20/15 22/2 22/23 23/9 23/19 23/23 24/9 24/24 25/2 25/14 25/18 25/23 26/4 26/15 26/16 26/23 27/14 27/18 28/5 28/12 28/18 28/22 28/23 29/11 29/21 30/4 30/23 31/12 34/5 34/25 35/5 35/11 35/16 36/1 36/8 42/24 43/2 44/10 44/20 45/16 47/23 48/21 48/25 49/1 50/4 50/4 51/25 54/24 55/6 55/12 57/25 58/10 58/21 59/4 59/18 60/22 60/25 61/24 62/5 63/7

Thomas [2]  4/19 18/24

those [18]  4/22 4/24 10/19 10/22 10/24 11/25 12/3 13/11 18/20 19/9 19/19 21/5 40/14 44/10 51/24 55/6 60/6

60/10

though [1]  51/4

thought [1]  13/3

thoughts [2]  45/20 48/5

three [7]  15/4 15/8 18/8 39/21 53/11 53/15 55/2

through [8]  23/10 25/6 36/8 42/17 53/1 53/9 53/12 59/19

throughout [6]  8/4 11/20 22/2 23/23 24/24 34/5

Thursday [2]  10/25 14/2

ticket [3]  11/19 14/14 14/15

tickets [2]  14/10 14/12

til [1]  11/12

time [24]  5/10 6/7 7/22 12/16 12/19 15/12 15/20 18/3 18/24 23/8 35/5 35/11 40/23 42/25 45/5 45/11 51/22 55/18 55/24 56/17 59/11 60/12 60/23 61/12

times [5]  7/16 8/20 15/8 43/25 49/4

tip [2]  21/8 21/12

toast [1]  47/24

today [15]  5/3 5/9 7/11 7/19 7/20 8/21 8/22 8/25 11/6 25/9 42/25 43/2 60/21 61/12 61/14

together [1]  62/1

told [5]  13/3 24/23 35/25 57/10 60/23

tomorrow [1]  55/25

too [5]  22/9 22/14 23/6 28/5 59/22

took [4]  17/13 50/16 50/19 59/15

top [1]  62/14

topics [1]  60/4

towards [1]  27/15

Tower [1]  1/15

trademark [1]  61/25

trademarks [1]  40/14

transactions [1]  62/7

transcription [1]  63/13

transpired [1]  6/23

travel [3]  13/25 13/25 14/1

traveling [1]  52/21

treating [1]  16/16

trial [33]  4/7 4/23 5/7 5/11 9/1 9/3 11/8 11/12 11/15 16/13 17/24 20/2 22/2 22/12 22/16 22/16 23/9 25/20 25/23 47/17 51/25 56/24 57/23 57/24 58/11 58/15 58/18 59/18 59/19 61/9 61/20 62/3 62/6

trials [1]  10/20

tried [3]  41/22 57/9 60/22

true [2]  21/21 58/20

trust [1]  15/16

truth [2]  16/16 16/17

try [7]  8/18 13/9 36/7 55/6 55/24 56/3 62/16

trying [3]  7/11 15/6 47/5

turn [3]  5/23 6/15 42/19

Turner [1]  28/7

twelve [1]  22/4

twice [1]  26/24

Twitter [1]  34/14

two [26]  4/8 6/10 11/6 11/24 12/15 15/1 15/8 17/19 18/21 18/21 18/23 18/25 26/7 36/24 37/4 37/5 39/20 41/11 51/12 53/9 53/11 53/18 54/24 55/1 55/25 57/21

type [3]  36/6 37/25 38/3

typically [1]  10/16

**U**

U.S [2]  13/2 44/21

Uncomfortable [1]  28/23

uncontested [1]  8/3

under [3]  34/7 34/10 57/17

understand [13]  6/21 15/13 21/11 21/17 21/17 21/22 28/4 28/5 29/3 32/24 34/23 35/6 57/5

understanding [6]  5/11 47/3 49/8 57/12 57/15 57/20

unfair [4]  19/18 60/14 62/8 62/17

unfortunately [6]  12/23 12/25 34/15 34/18 34/20 49/14

UNITED [2]  1/1 1/9

unless [3]  24/22 56/20 62/21

Unlike [1]  20/22

until [6]  10/25 11/8 22/17 56/17 58/14 63/8

untimely [2]  58/10 59/8

up [18]  12/19 15/1 15/2 15/4 17/19 34/16 34/18 36/7 43/5 43/15 44/10 45/16 48/20 49/5 53/16 56/14 56/20 62/16

upcoming [1]  5/11

us [27]  8/9 12/21 15/23 17/14 17/22 17/23 31/19 35/18 38/22 40/15 41/7 45/2 45/14 46/22 50/14 51/1 51/25 53/2 53/8 53/20 57/20 58/10 58/12 58/12 58/13 61/13 61/17

use [8]  8/1 8/9 22/8 23/7 27/5 54/5 59/17 62/23

using [3]  45/18 45/25 46/5

utmost [1]  22/25

**V**

Valle [1]  7/9

vein [1]  40/10

verdict [7]  20/8 20/11 21/10 21/16 25/13 27/18 32/19

versus [2]  3/8 28/23

very [12]  21/19 26/9 30/16 31/25 36/2 36/16 36/23 37/2 38/10 39/25 40/25 50/17

videotaped [1]  18/15

violate [1]  34/22

violating [1]  34/21

visual [3]  47/1 48/8 48/12

Vitamin [4]  38/23 39/2 39/8 39/8

vivid [1]  50/17

Voir [7]  1/8 2/2 2/3 2/5 9/21 35/23 42/21

voluntarily [2]  57/11 61/22

volunteer [1]  24/13

**W**

Wait [1]  50/7

waiting [3]  4/11 26/14 27/10

waitress [1]  48/18

walk [1]  13/2

walking [1]  13/4

wall [1]  49/5

want [36]  3/6 4/13 5/15 10/6 10/24 15/19 16/4 16/8 22/3 22/24 23/7 23/13 23/17 23/22 24/12 24/16 24/17 24/18 25/1 28/14 34/19 34/22 35/4 42/25 45/20 52/3 52/3 52/11 52/12 52/12 55/7 56/25 62/3 62/6 62/6 62/21

wanted [6]  8/6 14/7 20/11 25/16 29/12 34/4

wants [1]  62/3

## W

was [59]  6/1 6/2 6/4 6/8 7/8 7/9 9/20 13/2 13/6 14/9 20/3 20/9 20/16 21/15 21/20 25/20 28/4 32/9 32/10 32/12 32/14 32/16 32/16 32/18 32/20 42/1 43/20 44/22 45/18 45/25 46/16 48/8 48/12 49/9 49/11 49/22 50/7 50/8 50/15 50/17 51/19 57/4 57/12 57/19 58/2 58/11 58/14 58/14 59/4 59/7 59/10 59/10 59/23 59/24 61/4 61/8 62/4 62/10 63/7
Washington [2]  1/12 1/19
wasn't [2]  41/17 59/9
wasted [1]  26/25
watch [3]  11/23 35/4 55/12
water [1]  51/10
wave [1]  34/6
way [6]  12/19 19/21 23/13 44/10 44/20 53/1
we [111]  3/6 4/3 4/7 4/8 4/14 4/17 4/18 6/24 7/1 7/6 7/12 7/12 7/15 7/16 7/19 7/21 7/25 8/1 8/5 8/7 8/25 10/25 11/6 11/24 12/12 12/14 12/14 12/24 13/11 13/11 14/4 15/13 16/8 17/9 17/23 17/24 18/15 18/24 19/2 19/4 19/7 19/8 19/22 20/11 20/13 22/13 22/24 23/7 23/12 23/13 23/13 23/16 23/22 24/12 25/1 27/5 28/7 28/20 32/21 33/23 34/10 34/19 36/8 36/23 36/23 39/19 39/20 39/22 43/16 48/10 49/15 50/4 50/17 50/23 51/8 51/16 51/17 52/4 52/6 52/9 53/3 53/9 53/11 53/17 53/22 54/5 54/16 54/22 56/3 56/21 56/25 57/5 57/10 57/11 57/17 57/24 58/13 58/20 59/8 60/21 60/25 61/2 61/3 61/3 61/8 61/14 61/15 61/19 62/7 62/9 62/15
we'd [3]  5/20 6/11 8/9
we'll [17]  5/6 5/6 7/13 18/8 18/14 18/25 19/8 35/18 38/25 47/17 47/17 51/24 55/14 56/10 61/23 62/2 62/2
we're [37]  3/23 5/4 5/6 6/21 6/23 7/10 7/20 8/17 8/24 8/25 9/1 9/3 9/7 10/23 10/24 11/5 11/7 15/6 15/13 17/4 18/11 22/13 22/22 23/10 28/21 35/17 35/17 47/6 51/23 52/19 55/10 56/23 57/21 60/23 61/11 61/19 61/22
we've [15]  6/22 7/16 8/18 8/20 49/15 57/3 57/6 57/9 57/15 57/16 57/18 58/3 60/22 61/24 62/9
week [12]  10/23 10/25 11/2 11/5 11/15 11/20 14/9 14/18 15/7 17/22 35/19 58/17
weekend [2]  8/17 55/15
weeks [3]  10/20 10/21 55/25
weight [1]  20/21
weightlifting [1]  38/11
welcome [2]  9/6 44/6
well [44]  3/22 3/23 4/1 4/4 4/13 5/1 7/15 8/14 10/5 10/14 12/11 13/5 14/17 15/24 16/19 16/21 17/1 17/12 19/7 23/6 26/9 26/17 29/6 29/8 30/11 34/3 34/4 34/11 35/13 36/16 40/2 40/12 42/15 44/20 47/14 47/16 48/7 48/18 48/24 60/15 61/3 61/22 62/1 62/18
went [5]  26/24 36/17 37/4 48/7 48/11
were [22]  8/5 8/7 12/17 12/17 26/10 26/12 27/13 28/12 28/19 29/11 29/21 30/14 30/23 31/5 31/11 32/4 33/10 48/2 49/21 57/10 58/9 60/6

what [67]  4/17 5/10 6/23 7/10 7/18 8/15 9/13 11/15 11/17 13/17 14/11 14/13 14/20 14/21 14/23 15/1 20/1 20/1 20/24 21/21 22/20 23/15 23/16 23/18 23/19 24/17 25/4 26/1 26/20 27/2 27/18 32/9 32/14 34/4 35/2 35/2 35/3 36/13 37/18 38/5 38/17 39/21 40/13 40/15 40/17 40/18 41/25 43/13 44/21 45/2 45/11 45/19 47/21 48/19 48/21 49/1 49/6 49/6 49/9 49/11 50/14 55/18 56/17 59/13 60/6 62/19 62/24
what's [4]  6/21 47/3 47/11 56/20
whatever [1]  41/2
when [29]  6/8 6/9 7/8 9/7 11/17 12/4 12/9 13/11 14/8 15/11 15/14 16/8 16/9 19/8 22/19 24/24 26/19 28/1 28/25 32/18 45/3 46/5 46/7 47/16 48/3 48/23 51/5 51/6 51/9
where [10]  13/23 20/22 26/18 36/4 37/6 47/4 49/4 49/9 50/19 61/19
whether [6]  7/2 22/10 24/19 32/20 46/16 61/2
which [14]  6/3 10/16 11/10 13/24 20/19 21/19 50/18 53/5 53/17 54/24 54/25 56/23 58/2 58/14
while [2]  16/2 58/20
who [40]  4/22 10/22 10/24 11/25 12/6 12/9 12/11 13/1 13/6 15/15 16/13 16/22 16/24 17/2 18/5 18/6 19/2 19/22 19/23 21/5 22/24 23/11 23/14 34/20 36/17 43/9 43/19 44/8 44/11 44/11 44/19 44/20 45/14 46/17 48/2 51/24 52/3 54/23 59/12 62/4
who's [11]  3/18 4/7 17/6 17/12 17/13 17/24 18/11 18/14 19/5 25/1 35/18
whoever [1]  47/16
whole [2]  13/8 23/9
wholly [1]  62/16
whom [3]  20/24 21/11 21/16
whose [2]  50/6 50/8
why [4]  10/15 12/4 13/18 25/12
wife [3]  55/24 59/2 59/6
will [20]  5/5 13/20 16/13 17/24 17/24 18/6 18/6 18/10 18/13 18/18 18/20 18/23 19/2 19/3 22/6 25/14 36/4 51/25 54/24 59/20
win [1]  55/13
Wisconsin [1]  1/12
within [6]  11/6 14/25 15/1 57/6 61/7 62/13
without [3]  45/19 45/25 46/6
witness [12]  18/9 19/5 19/5 26/12 51/11 51/17 57/4 57/5 58/2 58/21 61/4 61/10
witness' [1]  51/15
witnesses [13]  4/22 6/17 16/15 17/3 18/4 18/5 18/9 19/12 34/9 57/25 60/8 60/10 62/1
women [5]  12/9 12/23 12/23 13/12 15/15
won [1]  43/25
won't [4]  6/21 7/19 26/23 36/3
wonderful [2]  30/12 43/3
word [1]  16/2
work [13]  8/17 12/1 13/22 15/22 27/6 28/16 37/23 41/6 41/13 43/3 47/2 57/9 61/25
worked [2]  41/18 60/25
working [2]  11/25 38/12
works [2]  19/21 36/18

world [2]  24/8 47/21
worry [1]  49/25
would [54]  6/15 6/16 7/4 7/12 7/15 8/14 9/14 13/3 13/8 18/5 24/17 28/11 29/10 29/20 30/13 30/22 31/4 31/10 31/21 32/3 33/9 36/12 36/18 41/6 43/1 45/14 46/1 46/3 46/4 46/8 46/10 48/18 49/22 53/3 53/14 53/23 54/5 55/6 56/3 57/10 57/12 57/24 57/25 58/13 59/12 59/19 60/5 60/14 60/16 61/9 61/10 61/21 62/16 62/19
wouldn't [6]  22/24 24/18 24/22 38/17 46/7 49/25
write [3]  29/13 41/13 41/15
written [1]  6/7

## Y

Yeah [7]  27/7 29/19 39/4 41/6 41/8 53/14 56/8
year [3]  14/25 15/8 41/24
years [13]  13/1 13/6 15/2 22/4 26/15 27/10 28/1 28/2 32/13 37/1 37/4 37/5 41/11
yes [50]  3/7 4/25 5/2 5/25 9/9 9/11 13/20 13/22 14/5 14/19 21/24 22/18 24/6 24/11 28/24 30/9 30/18 32/8 33/3 33/5 35/7 36/5 37/12 37/14 38/3 38/13 38/14 39/10 40/4 40/7 40/11 40/20 40/22 41/1 42/12 42/16 43/12 43/21 44/4 45/9 45/22 46/8 46/20 48/4 48/11 48/13 49/13 50/13 54/3 55/8
yesterday [2]  22/16 56/22
York [3]  4/11 32/12 32/14
you [403]  3/5 3/6 3/12 4/12 5/10 5/15 5/20 5/21 6/8 6/16 6/21 7/5 7/7 7/18 7/21 7/23 8/4 8/21 8/25 9/5 9/7 9/10 9/13 9/13 9/17 9/17 9/18 9/19 9/22 9/22 10/7 10/8 10/16 11/2 11/4 11/5 11/9 11/9 11/11 11/11 11/14 11/14 11/16 11/19 11/25 12/4 12/9 12/11 12/11 12/15 12/17 12/17 12/20 12/21 13/1 13/4 13/5 13/6 13/9 13/11 13/16 13/17 13/18 13/19 14/10 14/11 14/11 14/12 14/13 14/13 14/14 14/15 14/16 14/17 14/23 14/24 14/24 14/24 15/2 15/3 15/5 15/7 15/7 15/8 15/9 15/11 15/13 15/13 15/18 15/21 15/25 16/3 16/4 16/5 16/9 16/10 16/11 16/15 16/16 16/16 16/17 16/19 16/19 16/21 16/24 17/2 17/15 17/16 17/17 17/19 17/25 18/2 18/10 18/18 18/18 18/19 18/23 19/3 19/8 19/19 19/21 20/1 20/7 20/10 20/14 20/21 20/23 21/8 21/9 21/14 21/16 21/21 21/22 21/25 22/3 22/9 22/12 22/13 22/14 22/21 22/23 22/25 23/1 23/2 23/4 23/5 23/6 23/18 23/18 23/22 23/24 23/24 23/24 24/1 24/4 24/9 24/12 24/14 24/17 24/18 24/19 24/22 24/23 24/24 25/9 25/12 25/12 25/14 25/22 25/23 26/2 26/5 26/6 26/8 26/9 26/10 26/11 26/12 26/12 27/2 27/5 27/13 27/16 27/19 27/21 27/22 27/22 27/25 27/25 28/1 28/5 28/8 28/9 28/11 28/12 28/14 28/14 28/18 28/19 28/22 28/25 28/25 29/1 29/1 29/7 29/9 29/10 29/11 29/20 29/21 29/24 30/3 30/7 30/10 30/13 30/14 30/16 30/19 30/20 30/22 30/23 31/2 31/3 31/4 31/5 31/8 31/9 31/10 31/11 31/14 32/3 32/4 32/6 32/6 32/18

## Y

you... [168]  32/19 32/20 32/22 32/24
33/1 33/2 33/4 33/10 33/12 33/15 34/3
34/5 34/6 34/12 34/18 34/18 34/23
34/23 35/1 35/1 35/2 35/3 35/5 35/18
35/19 35/20 35/25 36/1 36/4 36/10
36/11 36/12 36/14 36/18 37/3 37/6
37/8 37/17 37/23 38/5 38/10 38/15
38/16 38/20 38/22 39/9 39/21 39/23
40/2 40/9 40/12 40/15 40/16 40/18
41/2 41/4 41/6 41/13 41/13 41/16
41/18 41/25 42/17 42/18 42/25 43/4
43/13 43/13 43/15 43/16 43/22 44/3
44/5 44/7 44/8 44/9 44/12 44/17 44/18
44/24 45/2 45/6 45/8 45/13 45/14
45/17 45/19 45/19 45/23 46/3 46/4
46/12 46/12 46/17 46/21 46/22 47/4
47/16 47/18 47/20 47/24 47/24 47/25
47/25 48/5 48/9 48/10 48/21 49/4 49/8
49/9 49/11 49/19 49/21 49/22 49/22
49/23 49/23 50/2 50/2 50/7 50/14
50/20 50/21 50/22 51/1 51/6 51/9
51/10 51/21 51/22 51/24 51/24 52/2
52/3 52/3 52/11 52/11 52/12 52/16
52/18 53/5 53/9 55/7 55/10 55/12
55/14 55/16 55/19 55/21 56/2 56/10
56/11 56/16 56/23 56/25 58/7 58/14
58/16 59/11 60/11 61/2 62/3 62/12
62/21 62/22 63/4 63/6
you were [4]  26/10 26/12 30/23 49/21
you'd [2]  10/9 56/14
You'll [1]  55/16
you're [40]  8/21 9/6 9/14 10/11 10/15
 11/7 11/9 11/16 12/22 13/16 13/19
 14/8 16/8 16/17 19/20 24/7 24/8 24/14
 24/25 25/24 27/9 27/14 27/16 29/25
 33/23 34/12 35/1 37/6 38/17 40/2
 40/15 40/18 44/6 44/25 47/15 48/16
 52/4 52/4 61/5 62/22
you've [7]  5/4 5/9 9/18 36/3 39/21 47/2
 62/21
young [1]  13/1
your [106]  3/9 3/10 3/21 4/3 4/6 4/21
 4/25 5/13 5/14 5/18 6/2 6/10 7/23 9/4
 9/5 12/18 13/9 13/12 13/19 13/22 14/8
 14/23 15/19 16/5 17/6 18/3 18/7 18/18
 19/12 19/23 21/10 21/16 21/18 21/24
 22/8 22/11 22/13 22/19 23/8 23/18
 23/21 24/8 25/14 25/18 26/4 27/11
 27/17 28/10 29/10 30/12 30/21 31/1
 31/3 31/7 31/9 31/17 32/2 33/7 33/8
 33/9 35/2 35/14 35/20 36/4 36/10
 36/19 37/17 38/6 41/7 42/17 42/25
 43/22 45/6 45/19 45/19 46/4 46/6 46/6
 46/22 47/3 47/11 48/5 48/10 48/25
 50/14 51/20 51/22 52/6 52/13 52/16
 52/23 52/24 53/3 53/14 53/22 53/22
 54/5 54/11 54/16 54/20 54/22 58/7
 60/18 61/1 62/14 63/1
yourself [1]  17/6

## Z

Zero [1]  62/12