UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-60505-SMITH/VALLE

BPI SPORTS, LLC,

    Plaintiff,

v.

THERMOLIFE INTERNATIONAL, LLC,
MUSCLE BEACH NUTRITION, LLC, and
RONALD L. KRAMER,

    Defendants.

_____

## ORDER ON MOTIONS FOR FEES AND COSTS

This cause comes before the Court upon a *sua sponte* review of the record. Currently, both Plaintiff and Defendants are seeking awards of attorneys' fees and costs in the above-styled action (the "Fees and Costs Motions"). *See* (ECF Nos. 365, 366, 386, 387, 392).[1] However, pending before the Court are two motions, including Plaintiff's Motion for a New Trial (ECF No. 360) and Defendants' Motion for Judgment as a Matter of Law (ECF No. 361), which may be dispositive of the Fees and Costs Motions. Consequently, in the interest of efficient case management and to preserve judicial resources, the Court will refrain from ruling on the merits of the Fees and Costs Motions.[2] *See Lustig v. Bear Stearns Residential Mortg. Co.*, No. 08-CV-14419, 2010 WL 11519359, at *1 (S.D. Fla. June 3, 2010) (exercising court's discretion to deny without prejudice motion for fees for "administrative purposes"); *U.S. for use and benefit of GLF Constr. Corp. v. FEDCON Joint*

---

[1] All motions for fees and costs have been referred to the undersigned for appropriate resolution. *See* (ECF No. 38).

[2] Because this Order is not dispositive, the motions may be addressed by Order rather than through a Report and Recommendation. *See Regions Bank v. Chi. Title Ins. Co.*, No. 10-CV-80043, 2011 WL 13225148, at *4 (S.D. Fla. Dec. 12, 2011) (noting that dispositive motions must be addressed in a Report and Recommendation).

*Venture*, No. 8:17-CV-1932, 2021 WL 1186839, at *2 (M.D. Fla. Mar. 30, 2021) (denying motions for attorney's fees and costs without prejudice pending resolution of motion for a new trial).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Application for Bill of Costs, (ECF No. 365), is **DENIED WITHOUT PREJUDICE**;

2. Defendants' Motion to Tax Costs, (ECF No. 366), is **DENIED WITHOUT PREJUDICE**;

3. Plaintiff's Motion for Attorneys' Fees, (ECF No. 386), is **DENIED WITHOUT PREJUDICE**;

4. Defendants' Sealed Motion for Attorney's Fees and Sanctions, (ECF No. 387), is **DENIED WITHOUT PREJUDICE**;

5. Defendants' Motion for Attorney's Fees and Sanctions, (ECF No. 392), is **DENIED WITHOUT PREJUDICE**;

6. Defendants' Motion to Seal Their Reply in Support of Their Motion for Attorney's Fees and Sanctions, (ECF No. 405), is **DENIED WITHOUT PREJUDICE**.

7. The parties may re-file their respective motions and supporting documents, if applicable, no later than twenty-one (21) days following the disposition of Plaintiff's Motion for a New Trial (ECF No. 360) and Defendants' Motion for Judgment as a Matter of Law (ECF No. 361).

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 4th day of May, 2022.

*Alicia O. Valle*
ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

cc: U.S. District Judge Rodney Smith
    All counsel of record