UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-cv-60505-RS

BPI Sports, LLC

                Plaintiff(s),

vs.

ThermoLife International LLC et al

                Defendant(s).
_____/

FILED BY ___ D.C.
MAR 31 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

**RELEASE OF EXHIBITS**

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
    Item Nos. _____

☐ Oversize records (larger than 10" x 12" x 15")
    Item Nos. _____

☑ Stored by Records Section in: ☐ Miami ☐ FTL ☑ WPB ☐

☑ Other (Explain): 1 Can of Muscle Beach Creatine Supplement  re# 349

☐ Attachments
(Exhibit list, Order of Court)

Exhibits Released by:
_____
(Deputy Clerk)

Signature: _____
Print Name: Maria Castro Sanchez
Agency or Firm: Reed Smith LLP
Address: 200 S. Biscayne Blvd, Suite 2600
Miami, FL 33131
Telephone: 786-747-0256
Date: 03/31/25

ORIGINAL - Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record