UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60505-CIV-SMITH

BPI SPORTS, LLC,

    Plaintiff,

v.

THERMOLIFE INTERNATIONAL, LLC,
and RONALD L. KRAMER,

    Defendants.
_____/

## ORDER OF REFERENCE

It is **ORDERED** that the following motions is **REFERRED** to Magistrate Judge Strauss for appropriate rulings: Defendants' Second Renewed Motion to Tax Costs Pursuant to 28 U.S.C. § 1920 [DE 447] and Defendants Thermolife International, LLC's, Muscle Beach Nutrition, LLC's and Ronald L. Kramer's Second Renewed Motion for Attorney's Fees and Sanctions [DE 448].

DONE and ORDERED in Fort Lauderdale, Florida, this 9th day of February, 2026.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record