## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

BPI SPORTS, LLC,

      Plaintiff,

vs.

THERMOLIFE INTERNATIONAL, LLC,
MUSCLE BEACH NUTITION LLC and
RONALD L. KRAMER,

      Defendants.

**CASE NO.: 0:19-cv-60505-SMITH/VALLE**

## BPI SPORTS, LLC'S RENEWED REQUEST FOR RULING

Plaintiff, BPI Sports, LLC ("BPI"), by and through its undersigned counsel, pursuant to the decision of the Court of Appeals for the Federal Circuit affirming the Court's Sanctions Order and the decision of the Supreme Court of the United States denying ThermoLife International, LLC, Muscle Beach Nutrition LLC and Ronald Kramer's (collectively, "Defendants") petition for writ of certiorari, respectfully requests that the associated fees and costs be deemed reasonable and Defendants be directed to immediately pay same, and in support thereof, states as follows.

1.      On August 20, 2021, as required by Court's Sanction Order dated July 14, 2021 [D.E. 252] ("Sanction Order"), BPI prepared a Supplemental Memorandum to support its reasonable attorneys' fees and costs incurred in connection with the Motion for Monetary and Terminating Sanctions and the two prior motions to compel discovery, which totaled $131,395.00 in fees and $523.20 in costs for a total of $131,918.00 ("Supplement"). D.E. 278.

2.      A response to BPI's Supplement was due within fourteen (14) days after the filing, or by September 3, 2021. Local Rule 7.1(c)(1). Defendants did not respond to the Supplement.

Page 1

3.     On September 20, 2021, BPI filed a Notice of Non-Response to the Supplement in Support of BPI's Motion for Terminating and Monetary Sanctions requesting that its reasonable fees and costs be awarded. D.E. 288.

4.     On June 16, 2025, the Court of Appeals for the Federal Circuit affirmed the Sanctions Order. D.E. 446.

5.     Following the result of the appeal, on September 22, 2025, pursuant to Local Rule 7.1, counsel for BPI emailed counsel for Defendants requesting that Defendants confirm their intention to remit payment to BPI in the amount of $131,918.00, or provide a basis for any alternate position. In response, counsel for Defendants indicated that it would "confer with our client and respond shortly." No response was received. Accordingly, on September 26, 2025, counsel for BPI emailed counsel for Defendants following up on its request for Defendants' position. On September 29, 2025, BPI filed its first Request for Ruling. D.E. 451.

6.     On January 15, 2026, Defendants filed their petition for writ of certiorari with the Supreme Court of the United States requesting review of the Court of Appeals for the Federal Circuit's decision to affirm the Sanctions Order.

7.     On March 23, 2026, the Supreme Court of the United States denied the petition for writ of certiorari. Accordingly, as of this date, all appeals of the Sanctions Order were exhausted.

8.     Subsequently, on March 31, 2026, pursuant to Local Rule 7.1, counsel for BPI emailed counsel for Defendants requesting that Defendants confirm their intention to remit payment to BPI in the amount of $131,918.00, or provide a basis for any alternate position. Otherwise, BPI intended to seek relief from the Court. On April 2, 2026, counsel for Defendants indicated that he would be "conferring with our client and will get back to you shortly." No response was received. Accordingly, on April 13, 2026, counsel for BPI emailed counsel for

Defendants following up on the request for Defendants' position. At the time of this filing, no response has been received.

9.      Based on the foregoing, BPI respectfully renews its request that the fees and costs associated with the Motion for Sanctions be deemed reasonable and Defendants be directed to immediately pay the full amount specified.

Respectfully submitted,                                    Dated this 6th day of May, 2026.

HILLYER LEGAL, PLLC

*s/ Gregory L. Hillyer*
Gregory L. Hillyer
Fla. Bar No. 682489
Email: ghillyer@hillyerlegal.com
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20015-2052
Telephone: 202-686-2884
Facsimile: 202-686-2877

## CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY, that pursuant to L.R. 7.1, counsel for BPI made a good faith attempt to meet and confer with defense counsel regarding the relief requested in this notice. At the time of this filing, defense counsel has not indicated whether Defendants will oppose the relief requested.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this Notice was filed via CM/ECF on May 6, 2026 and served on counsel of record.

*s/ Gregory L. Hillyer*