## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| BPI SPORTS, LLC,      ) | |
|       ) | |
|   *Plaintiff*,   ) | |
|       ) | **CASE NO. 0:19-cv-60505-SMITH** |
|   v.     ) | |
|       ) | |
| THERMOLIFE INTERNATIONAL, LLC, ) | |
| MUSCLE BEACH NUTRITION, LLC,  ) | |
| and     ) | |
| RONALD L. KRAMER.    ) | |
|       ) | |
|       ) | |
|   *Defendants*.   ) | |
|       ) | |

## DECLARATION OF MATTHEW J. DOWD IN SUPPORT OF MOTION
## UNDER RULE 60(b)(6) TO VACATE PORTIONS OF THE ORDER OF JULY 14, 2021

I, Matthew J. Dowd, hereby declare, under penalty of perjury, as follows:

1. I am a member and managing partner of the firm Dowd Scheffel PLLC ("Dowd Scheffel"), located in Washington, DC. Along with local counsel Reed Smith, Dowd Scheffel represents Defendants ThermoLife International, LLC, Muscle Beach Nutrition, LLC, and Ronald L. Kramer (hereinafter, collectively referred to as "Defendants") in the above-referenced action.

2. I make and submit this declaration in connection with the Motion Under Rule 60(b)(6) To Vacate Portions of the Order of July 14, 2021.

3. Attached as **Exhibit 1** is a true and correct copy of the Non-Precedential Opinion in *BPI Sports, LLC v. ThermoLife International, LLC*, Nos. 2023-1068, -1625, -1112, 2025 WL 1683234 (Fed. Cir. June 16, 2025).

4. Attached as **Exhibit 2** is a true and correct copy of the Corrected Non-Confidential Opening Brief of Appellants ThermoLife International, LLC, Ronald L. Kramer, and Muscle

1

Beach Nutrition LLC in *BPI Sports, LLC v. ThermoLife International, LLC*, Nos. 2023-1068, -1625, -1112 (Fed. Cir. filed June 29, 2023).

5.      Attached as **Exhibit 3** is a true and correct copy of the Corrected Non-Confidential Reply Brief of Appellants ThermoLife International, LLC, Ronald L. Kramer, and Muscle Beach Nutrition LLC in *BPI Sports, LLC v. ThermoLife International, LLC*, Nos. 2023-1068, -1625, -1112  (Fed. Cir. filed Oct. 31, 2023).

6.      Attached as **Exhibit 4** is a true and correct copy of Appellants ThermoLife International, LLC, Ronald L. Kramer, and Muscle Beach Nutrition LLC's Combined Petition for Panel Rehearing and Rehearing En Banc in *BPI Sports, LLC v. ThermoLife International, LLC*, Nos. 2023-1068, -1625, -1112 (Fed. Cir. filed July 30, 2025).

7.      Attached as **Exhibit 5** is a true and correct copy of the Order on Petition for Panel Rehearing and Rehearing En Banc in *BPI Sports, LLC v. ThermoLife International, LLC*, Nos. 2023-1068, -1625, -1112  (Fed. Cir. Sept. 2, 2025).

8.      Attached as **Exhibit 6** is a true and correct copy of the Petition for a Writ of Certiorari in *ThermoLife International, LLC v. BPI Sports, LLC*, No. 25-860 (Jan. 15, 2026).

9.      Attached as **Exhibit 7** is a true and correct copy of the Supreme Court Denial of Petition for a Writ of Certiorari in *ThermoLife International, LLC v. BPI Sports, LLC*, No. 25-860, 2026 WL 795145 (Mar. 23, 2026).

10.      Attached as **Exhibit 8** is a true and correct copy of the Complaint in *Superhuman Inc. v. ThermoLife International, LLC*, No. 1:24-cv-23765-DPG (S.D. Fla. filed Sept. 30, 2024).

11.      Attached as **Exhibit 9** is a true and correct copy of the Complaint in *Superhuman Inc. v. ThermoLife International, LLC*, No. 2:24-cv-09589-AB-AGR  (C.D. Cal. filed Nov. 5, 2024).

12.     Attached as **Exhibit 10** is a true and correct copy of the Complaint in *Evolution Nutraceuticals, Inc. v. ThermoLife International, LLC*, No. 2:25-cv-00461-DJH (D. Ariz. filed Feb. 12, 2025).

13.     Attached as **Exhibit 11** is a true and correct copy of Plaintiff's Motion for Preliminary Injunction in *Evolution Nutraceuticals, Inc. v. ThermoLife International, LLC*, No. 2:25-cv-00461-DJH (D. Ariz. filed Apr. 26, 2025).

14.     Attached as **Exhibit 12** is a true and correct copy of the Cross-Complaint in *ThermoLife International, LLC v. Nikolaidis*, No. 25STCV23506 (Cal. Super. Ct. filed Sept. 29, 2025).

15.     Attached as **Exhibit 13** is a true and correct copy of the First Amended Cross-Complaint in *ThermoLife International, LLC v. Nikolaidis*, No. 25STCV23506 (Cal. Super. Ct. filed May 4, 2026).

16.     Attached as **Exhibit 14** is a true and correct copy of Aleeia C., *How ThermoLife Got Away With Lying in Its Marketing Material*, EvilCorporations.com (Aug. 21, 2025), accessible at https://evilcorporations.com/corporate-corruption-thermolife-supplement-scandal/.

17.     Attached as **Exhibit 15** is a true and correct copy of the LinkedIn profile of Aleeia (William) C., accessible at https://www.linkedin.com/in/aleeia-c-20ab60b3/.

18.     Attached as **Exhibit 16** is a true and correct copy of U.S. Attorney's Office, Northern District of Georgia, *Two-Time Convicted Felon CEO and His Dietary Supplement Company Convicted of $4.7 Million Fraud Scheme*, United States Department of Justice (Nov. 24, 2025), accessible at https://www.justice.gov/usao-ndga/pr/two-time-convicted-felon-ceo-and-his-dietary-supplement-company-convicted-47-million.  On page 1 of the article, the U.S. Attorney's Office states that "[f]ollowing a six-week trial, Jared Wheat and his dietary supplement company,

Hi-Tech Pharmaceuticals, Inc. ('Hi-Tech'), were convicted by a federal jury of wire fraud after fabricating documents to deceive customers into believing that the company was certified as compliant with industry manufacturing standards. Hi-Tech, which is headquartered in Norcross, Georgia, was also convicted for laundering millions of dollars in proceeds from the fraudulent scheme."

19.     Attached as **Exhibit 17** is a true and correct copy of the Home Page of the Muscle Beach Nutrition, LLC website (accessed June 24, 2026), accessible at https://musclebeach.com.

20.     Attached as **Exhibit 18** is a true and correct copy of the Apparel page of the Muscle Beach Nutrition, LLC website (accessed June 24, 2026), accessible at https://musclebeach.com/collections/apparel.

21.     Attached as **Exhibit 19** is a true and correct copy of the Accessories page of the Muscle Beach Nutrition, LLC website (accessed June 25, 2026), accessible at https://musclebeach.com/collections/accessories.

22.     Attached as **Exhibit 20** is a true and correct copy of the Pumping Iron Pre-Workout page of the Muscle Beach Nutrition, LLC website (accessed June 24, 2026), accessible at https://musclebeach.com/products/pumping-iron-pre-workout.

23.     Attached as **Exhibit 21** is a true and correct copy of the Instagram profile of Muscle Beach Nutrition, LLC (accessed June 24, 2026), accessible at https://www.instagram.com/musclebeach/.

24.     Attached as **Exhibit 22** is a compilation of true and correct copies of posts from the Instagram profile of Muscle Beach Nutrition, LLC (accessed June 24, 2026), accessible at https://www.instagram.com/musclebeach/.

25.     Attached as **Exhibit 23** is a true and correct copy of an email from Greg Hillyer to

Matthew J. Dowd dated June 24, 2026.

26.     Attached as **Exhibit 24** is a true and correct copy of the Second Amended Complaint in *ThermoLife International, LLC v. Hi-Tech Pharmaceuticals, Inc.*, No. 1:15-cv-00892-ELR (N.D. Ga. filed Sept. 25, 2017).

27.     Attached as **Exhibit 25** is a true and correct copy of Defendants' Unopposed Motion to Continue Trial Date in *ThermoLife International, LLC v. Hi-Tech Pharmaceuticals, Inc.*, No. 1:15-cv-00892-ELR (N.D. Ga. filed Apr. 11, 2025).  On page 2 of the exhibit, the motion states that "Gregory L. Hillyer, lead counsel for Defendants in this case, has been designated as an expert witness in the Criminal Case."

28.     Attached as **Exhibit 26** is a true and correct copy of the Order on Motions to Exclude Expert Testimony in *United States v. Wheat*, Criminal Action No. 1:17-cr-229-AT-CMS (N.D. Ga. filed Aug. 19, 2025).  On pages 14 to 15, the court states that Mr. Hillyer is "excluded" from "giv[ing] a medical or scientific opinion on the physiological effects of [Hi-Tech's] products," and "opin[ing] on GMP compliance norms."

29.     Attached as **Exhibit 27** is a true and correct copy of excerpts of the Transcript of Jury Trial (Nov. 13, 2025) in *United States v. Wheat*, Criminal Action No. 1:17-cr-229-AT-CMS (N.D. Ga. filed Mar. 17, 2026), as available from the court's docket.  On page 24 of the transcript, Mr. Hillyer states: "Hi-Tech might be my biggest client, yes."  On page 25 of the transcript, Mr. Hillyer states that it "is probably accurate" that "roughly half of [his current law firm's litigation matters over the last decade] involve Hi-Tech."

30.     Attached as **Exhibit 28** is a true and correct copy of Stephen Daniells, *Hi-Tech Pharmaceuticals and CEO Convicted of $4.7 Million Wire Fraud Scheme*, NutraIngredients.com (Nov. 25, 2025), accessible at https://www.nutraingredients.com/Article/2025/11/25/hi-tech-

pharmaceuticals-and-its-ceo-convicted-of-47-million-fraud-scheme/. On page 2 of the article, the following is stated: "Jared Wheat and his dietary supplement company, Georgia-based Hi-Tech Pharmaceuticals, Inc. have been convicted by a federal jury of wire fraud after allegedly fabricating documents to deceive customers into believing that the company was certified as compliant with good manufacturing practices (GMPs)."

31. Attached as **Exhibit 29** is a true and correct copy of *Hi-Tech Pharmaceuticals and CEO Convicted in Multimillion-dollar GMP Fraud Scheme*, Stack3d.com (Nov. 27, 2025), accessible at https://www.stack3d.com/2025/11/hi-tech-gmp-trial/. On pages 2-3, the following is stated: "A six-week trial has detailed how Hi-Tech falsified documents to convince customers it met federally required Good Manufacturing Practices, despite a 2010 third-party audit identifying severe failures across 75 categories, including contamination risks, improper facility conditions, and critical testing gaps."

32. Attached as **Exhibit 30** is a true and correct copy of Rosie Manins, *Money, drugs at Core of Atlanta Businessman's Fraud Trial*, the Atlanta Journal-Constitution (Oct. 23, 2025), accessible at https://www.ajc.com/news/2025/10/money-drugs-at-core-of-atlanta-businessmans-fraud-trial/. On page 5 of the article, the following is stated: "In 2017, Wheat and Hi-Tech were ordered to pay $40 million in the Federal Trade Commission's long-running lawsuit challenging their advertising," and "[i]n 2019, the FDA warned Wheat and Hi-Tech to stop selling products with an unsafe stimulant known as DMHA."

33. Attached as **Exhibit 31** is a true and correct copy of Sean Moloughney, *Jared Wheat, Hi-Tech Pharmaceuticals Convicted of Wire Fraud*, Nutraceuticals World (Nov. 25, 2025), accessible at https://www.nutraceuticalsworld.com/breaking-news/jared-wheat-hi-tech-pharmaceuticals-convicted-of-wire-fraud/. On page 1 of the article, the following is stated: "A

6

federal jury in Georgia convicted Jared Wheat (53, of Alpharetta) of wire fraud while also convicting his company Hi-Tech Pharmaceuticals of wire fraud conspiracy, wire fraud, money laundering conspiracy, and money laundering in connection with a $4.7 million scheme."

34.     Attached as **Exhibit 32** is a true and correct copy of Hi-Tech Pharmaceuticals, Inc., *BPI Sports and Hi-Tech Pharmaceuticals Complete First Prepackaged Chapter 5 and Promptly Emerge Positioned for Long-Term Growth*, PRNewswire.com (Dec. 1, 2023), accessible at https://www.prnewswire.com/news-releases/bpi-sports-and-hi-tech-pharmaceuticals-complete-first-prepackaged-chapter-5-and-promptly-emerge-positioned-for-long-term-growth-302002884.html.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on July 30, 2026.

By: /s/ Matthew J. Dowd
Matthew J. Dowd