**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

|  |  |  |
|---|---|---|
| | ) | |
| BPI SPORTS, LLC, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | **CASE NO. 0:19-cv-60505-SMITH** |
| v. | ) | |
| | ) | |
| THERMOLIFE INTERNATIONAL, LLC, | ) | |
| MUSCLE BEACH NUTRITION, LLC, | ) | |
| and | ) | |
| RONALD L. KRAMER. | ) | |
| | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

**[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION FOR RELIEF UNDER RULE 60(b) TO VACATE
PORTIONS OF THE JULY 14, 2021 ORDER**

THIS MATTER is before the Court on Defendants ThermoLife International, LLC, Muscle Beach Nutrition, LLC, and Ronald L. Kramer's Motion for Relief Under Rule 60(b) to Vacate Portions of the July 14, 2021 Order ("the Motion").  The Court, having reviewed the Motion and being fully advised in the premises, hereby ORDERS AND ADJUDGES as follows:

1.      Defendants' Motion is GRANTED.

2.      Accordingly, the Court VACATES the findings of the Order Affirming and Adopting the Report and Recommendation to District Judge (DE 252) (the "Order") to the extent that such findings conclude that the License Agreement was fabricated.  The vacated findings include but are not limited to:

a.  "Defendant Kramer fabricated a written agreement that did not exist prior to the lawsuit, and initially tried to pass it [] off as legitimate."

b.  "Defendants had committed a fraud upon the Court when Defendant Kramer knowingly fabricated evidence to advance his case."

c.  "Defendant Kramer knowingly fabricated a written document for use in litigation, initially tried to pass it off as legitimate to advance his case."

These vacated portions of the Order do not alter the Court's conclusion that Mr. Kramer created the written document referred to as the License Agreement in March 2020 in response to BPI's discovery requests.

DONE AND ORDERED in Fort Lauderdale, Florida, this the __ day of ___ 2026.

_____

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

2