# EXHIBIT 3

# United States Court of Appeals for the Federal Circuit

---

**BPI SPORTS, LLC,**
*Plaintiff-Cross-Appellant*

**v.**

**THERMOLIFE INTERNATIONAL LLC, RONALD L. KRAMER, MUSCLE BEACH NUTRITION LLC,**
*Defendants-Appellants*

---

2023-1068, 2023-1112, 2023-1625

---

Appeals from the United States District Court for the Southern District of Florida in No. 0:19-cv-60505-RS, Judge Rodney Smith.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**JUDGMENT REVERSED, SANCTIONS ORDERAFFIRMED, CROSS-APPEAL DISMISSED**

FOR THE COURT

June 16, 2025
Date

Jarrett B. Perlow
Clerk of Court