**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-60505-CIV-SMITH**

BPI SPORTS, LLC,

Plaintiff,

v.

THERMOLIFE INTERNATIONAL LLC, *et al.*,

Defendants.
_______________________________________/

**ORDER AFFIRMING AND ADOPTING**
**REPORT AND RECOMMENDATION TO DISTRICT JUDGE**

This matter is before the Court upon the Magistrate Judge's Report and Recommendation on Defendants' Second Renewed Motion to Tax Costs [DE 464] and Defendants' Objections [DE 468]. Plaintiff filed a Response to Defendants' Objections [DE 470]. In his thorough and well-reasoned Report and Recommendation [DE 464], Magistrate Judge Strauss recommends that Defendants' Second Renewed Motion to Tax Costs [DE 447] be denied.

Upon *de novo* review, the Court finds no basis to depart from the Report and Recommendation. Defendants' objections rehash their judicial estoppel argument that the Report considered and properly rejected. A party's objections are improper if they expand upon and reframe arguments already made and considered by the magistrate judge, or simply disagree with the magistrate judge's conclusions. *Rodriguez v. Inch*, No. 2:19-CV-14250-KMM, 2022 WL 2528410, at *2 (S.D. Fla. July 7, 2022). Defendants further acknowledge that their present motion does not seek post-confirmation costs, and the Court therefore need not reach the recoverability of those costs. Defendants' objections are thus overruled. Accordingly, it is

**ORDERED** that:

1. Judge Strauss's Report and Recommendation [DE 464] is **AFFIRMED** and **ADOPTED** as the Order of this Court.
2. Defendants' Second Renewed Motion to Tax Costs [DE 447] is **DENIED**.
3. Defendants' Objections [DE 468] are **OVERRULED**.
4. This case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 21st day of September 2026.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of record